UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

THE TOHONO O'ODHAM NATION,

CIVIL ACTION NO.: 2:15-CV-01135-JJT

v.

**Plaintiff**

DOUGLAS DUCEY, Governor of Arizona; et al.,

**Defendants**

## AFFIDAVIT OF SERVICE

State of Arizona }
County of Maricopa } ss.:

The undersigned, being duly sworn, deposes and says:

Deponent is not a party herein, is over 18 years of age and resides in the state of Arizona,

That on **6/23/2015** at **11:40 AM** at **1110 W. Washington Street, Suite 450, Phoenix, AZ 85007**

deponent served a(n) **Summons in a Civil Action (With Table of Contents), Complaint with Exhibits A-L, Civil Cover Sheet, The Tohono O'Odham Nation's Motion for Preliminary Injunctive Relief, [Proposed] Order Granting Plaintiff's Motion for Preliminary Injunctive Relief, Declarations of Elizabeth Francisco, Ryan Claw, Jeffrey Ehret, Michael Brown, Philip Ward Simpson, Michael D. Bailey, Adolfo F. Gamez, and Motion for Admission Pro Hac Vice of Seth P. Waxman, Danielle Spinelli, Sonya L. Lebsack**

on **Daniel Bergin, Director, Arizona Department of Gaming**, accepted by **Roger Bannan, Assistant Attorney General**,

deponent knew the person so served to be a person authorized to accept service.

Description of Person Served:
Gender: Male
Skin: White
Hair: Brown
Age: 36 - 50 Yrs.
Height: Over 6'
Weight: 161-200 Lbs.
Other:

Sworn to before me this
24TH day of June, 2015

NOTARY PUBLIC

EFRAIN SOTELO
County of Maricopa
Notary Public
Commission # 257891
My Commission Expires
February 3, 2018

Joseph Beacom
#MC-0344

Serving By Irving, Inc. | 233 Broadway, Suite 2201 | New York, NY 10279