Heidi McNeil Staudenmaier (#010387)
Brett W. Johnson (#021527)
Sara J. Agne (#026950)
Thomas Clees (#031638)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona  85004-2202
Telephone:  602.382.6000
Facsimile:  602.382.6070
E-Mail: hstaudenmaier@swlaw.com
bwjohnson@swlaw.com
sagne@swlaw.com
tclees@swlaw.com
Attorneys for Defendant Douglas Ducey, Governor
  of Arizona

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| The Tohono O'odham Nation,<br><br>             Plaintiff,<br><br>     v.<br><br>Douglas Ducey, Governor of Arizona;<br>Mark Brnovich, Arizona Attorney General;<br>and Daniel Bergin, Director, Arizona<br>Department of Gaming, in their official<br>capacities,<br><br>             Defendants. | No. 2:15-cv-01135-SPL<br><br>**NOTICE OF APPEARANCE** |

   NOTICE IS HEREBY GIVEN of the appearance of Heidi McNeil Staudenmaier, Brett W. Johnson, Sara J. Agne and Thomas Clees of Snell & Wilmer L.L.P. on behalf of Defendant Doug Ducey, Governor of Arizona.  Notice of all pleadings and documents should be transmitted to the following address:

>Heidi McNeil Staudenmaier
>Brett W. Johnson
>Sara J. Agne
>Thomas Clees
>Snell & Wilmer L.L.P.
>One Arizona Center
>400 E. Van Buren Street, Suite 1900
>Phoenix, AZ  85004-2202

hstaudenmaier@swlaw.com
bwjohnson@swlaw.com
sagne@swlaw.com
tclees@swlaw.com

DATED June 25, 2015.

                    Respectfully submitted,

                    SNELL & WILMER L.L.P.

By: _____
Heidi McNeil Staudenmaier
Brett W. Johnson
Sara J. Agne
Thomas Clees
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona  85004-2202
Attorneys for Defendant Doug Ducey,
Governor of Arizona

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 25, 2015, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a notice of electronic filing to the EM/ECF registrants.

 */s/ Tracy Hobbs*

21946850

- 3 -