IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tohono O'odham Nation,<br><br>           Plaintiff,<br><br>vs.<br><br>Douglas A. Ducey, et al.,<br><br>           Defendants. | No. CV-15-01135-PHX-SPL<br><br>**ORDER** |

Plaintiff Tohono O'odham Nation filed a Complaint (Doc. 1) and Motion for Preliminary Injunction on June 22, 2015. (Docs. 1, 3.) Plaintiff brings claims under the Supremacy Clause of the United States Constitution and the Indian Gaming Regulatory Act, seeking equitable and declaratory relief in connection with state regulatory approval and enforcement of gaming at the West Valley Resort in Glendale, Arizona.

The Court has reviewed the record and finds that transfer of this action to United States District Court Judge David C. Campbell is warranted. Rule 42.1 of the Local Rule Rules of Civil Procedure ("LRCiv"), Rules of Practice of the U.S. District Court for the District of Arizona, provides that a Judge may voluntarily reassign a case to another Judge:

> (1) If the transferee Judge previously adjudicated a case that:
> (A) arose from substantially the same transaction or event;
> (B) involved substantially the same parties or property; (C) involved the same patent, trademark, or copyright; or (D) called for the determination of substantially the same questions of law;

    (2) For any other reason which would entail substantial duplication of labor if heard by the transferor Judge; or

    (3) For reasons of judicial economy and the availability of judicial resources.

LR Civ. 42.1(e).

While the instant action presents new questions, it requires an appreciable understanding of the history of the tribal-state compact, the facility, and the parties' prior disputes. Judge Campbell has previously presided over two suits involving the West Valley Resort, one of which remains pending on appeal. *See Tohono O'odham Nation v. City of Glendale*, Case No. CV-11-00279-PHX-DGC, 2011 WL 2650205, at *11 (D. Ariz. June 30, 2011), *pending on appeal,* Case No. 11-16811 (9th Cir.); *Gila River Indian County v. United States*, Case No. CV-10-01993-PHX-DGC, 776 F. Supp. 2d 977 (D. Ariz. 2011). Given Judge Campbell's extensive familiarity with the underlying issues presented here, it would entail substantial duplication of labor if this action were heard by this Court. The Court therefore concludes that reassignment would best serve the interests of judicial economy and resources, and will transfer this action to Judge Campbell. Accordingly,

**IT IS ORDERED** that this action is **transferred** to the United States District Court Judge David C. Campbell. All future pleadings and papers submitted for filing shall bear the following complete case number: CV-15-01135-PHX-DGC.

Dated this 30th day of June, 2015.

               Honorable Steven P. Logan
               United States District Judge

*cc*: Honorable Raner C. Collins, Chief United States District Court Judge