FENNEMORE CRAIG, P.C.
Patrick Irvine (No. 006534)
Douglas C. Northup (No. 013987)
Carrie Pixler Ryerson (No. 028072)
2394 E. Camelback Road, Suite 600
Phoenix, AZ  85016-3429
Telephone:  (602) 916-5000
Email:  pirvine@fclaw.com
Email:  dnorthup@fclaw.com
Email:  cryerson@fclaw.com

*Attorneys for Defendant*
*Director Daniel Bergin, Arizona Department of Gaming*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| The Tohono O'odham Nation,<br><br>Plaintiff,<br><br>v.<br><br>Douglas Ducey, Governor of Arizona; Mark Brnovich, Arizona Attorney General; and Daniel Bergin, Director, Arizona Department of Gaming, in their official capacities,<br><br>Defendants. | No. 2:15-cv-01135-DGC<br><br>**NOTICE OF APPEARANCE** |

Pursuant to Rule 83.3, Local Rules of Practice and Procedure, United States District Court for the District of Arizona, notice is hereby given that Patrick Irvine, Douglas C. Northup and Carrie Pixler Ryerson of the law firm of Fennemore Craig, P.C. appear on behalf of defendant Director Daniel Bergin, Arizona Department of Gaming, in the above captioned matter.  Counsel respectfully requests that they be served with copies of all pleadings, orders and other documents in this matter and that they be added to the mailing certificate.

10579115

1  DATED this 1st day of July, 2015.

2  FENNEMORE CRAIG, P.C.

4  By s/ *Douglas C. Northup*
   Patrick Irvine
5  Douglas C. Northup
   Carrie Pixler Ryerson
6  *Attorneys for Defendant*
   *Director Daniel Bergin, Arizona*
7  *Department of Gaming*

# CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2015, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Seth P. Waxman
Danielle Spinelli
Kelly P. Dunbar
Sonya L. Lebsack
Wilmer Cutler Pickering Hale & Dorr LLP
1875 Pennsylvania Ave. NW
Washington, DC  2006
Email:  seth.waxman@wilmerhale.com
Email:  danielle.spinelli@wilmerhale.com
Email:  kelly.dunbar@wilmerhale.com
Email:  sonya.lebsack@wilmerhale.com
*Attorneys for Plaintiff Tohono O'odham Nation*

Jonathan Landis Jantzen
Laura Lynn Berglan
Tohono O'odham Nation
Office of the Attorney General
P. O. Box 830
Sells, AZ  85634
Email:  jonathan.jantzen@tonation-nsn.gov
Email:  laura.berglan@tonation-nsn.gov
*Attorneys for Plaintiff Tohono O'odham Nation*

Heidi McNeil Staudenmaier
Brett W. Johnson
Sara J. Agne
Thomas Clees
Snell & Wilmer LLP
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, AZ  85004-2202
Email:  hstaudenmaier@swlaw.com
Email:  bwjohnson@swlaw.com
Email:  sagne@swlaw.com
Email:  tclees@swlaw.com
*Attorneys for Defendant Governor Douglas A. Ducey*

s/ *Phyllis I. Warren*
An employee of Fennemore Craig, P.C.

Fennemore Craig, P.C.
Phoenix

10579115