MARK BRNOVICH
Attorney General
Firm Bar No. 14000
THOMAS K. CHENAL
State Bar No. 006070
KAREN J. HARTMAN-TELLEZ
State Bar  No. 021121
Assistant Attorneys General
1275 W. Washington Street
Phoenix, AZ  85007
Telephone (602) 542-4951
Facsimile (602) 542-4385
adminlaw@azag.gov
*Attorneys for Defendant Mark Brnovich*

**UNITED STATES DISCTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| The Tohono O'odham Nation, | Case No.  CV-15-01135-DGC |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | |
| Douglas Ducey, Governor of Arizona; Mark Brnovich, Arizona Attorney General; and Daniel Bergin, Director, Arizona Department of Gaming, in their official capacities. | |
| Defendants. | |

PLEASE TAKE NOTICE that defendant Mark Brnovich, Arizona Attorney General, is represented by Assistant Attorneys General Thomas K. Chenal and Karen J. Hartman-Tellez.  Undersigned counsel hereby requests that copies of all papers and pleadings be served upon her at the address set forth above or in accordance with this Court's rules and procedures regarding electronic filing and service.

-1-

DATED this 1st day of July, 2015

       MARK BRNOVICH
       Attorney General

     By: <u>s/ Karen J. Hartman-Tellez</u>
       Thomas K. Chenal
       Karen J. Hartman-Tellez
       Assistant Attorneys General

**CERTIFICATE OF SERVICE**

I hereby certify that on July 1, 2015, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a notice of electronic filing to the EM/ECF registrants.

s/Karen Hartman-Tellez

4535396