☒ AO 435
AZ Form (Rev. 1/2015)

Administrative Office of the United States Courts

**FOR COURT USE ONLY**
DUE DATE:

**TRANSCRIPT ORDER**

| | | |
|---|---|---|
| 1. NAME: Douglas C. Northup | 2. PHONE NUMBER: 602-916-5362 | 3. DATE: July 6, 2015 |
| 4. FIRM NAME: Fennemore Craig, P.C. | | |
| 5. MAILING ADDRESS: 2394 E. Camelback Rd., Suite 600 | 6. CITY: Phoenix | 7. STATE: AZ  8. ZIP CODE: 85016 |
| 9. CASE NUMBER: 2:15-cv-01135-DGC | 10. JUDGE: David G. Campbell | DATES OF PROCEEDINGS  11. July 2, 2015   12. |
| 13. CASE NAME: Tohono O'odham Nation v. Ducey et al. | LOCATION OF PROCEEDINGS  14. Phoenix | 15. STATE: AZ |

16. ORDER FOR
☐ APPEAL        ☐ CRIMINAL              ☐ CRIMINAL JUSTICE ACT    ☐ BANKRUPTCY
☐ NON-APPEAL    ☒ CIVIL                 ☐ IN FORMA PAUPERIS       ☐ OTHER (Specify)

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested.)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify) Scheduling conference / hearing | July 2, 2015 |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

18. ORDER

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES | DELIVERY INSTRUCTIONS (Check all that apply.) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30 DAYS | ☐ | ☐ | | ☐ PAPER COPY | |
| 14 DAYS | ☐ | ☐ | | ☒ PDF (e-mail) | |
| 7 DAYS  | ☐ | ☒ | | ☐ ASCII (e-mail) | |
| DAILY   | ☐ | ☐ | | | |
| HOURLY  | ☐ | ☐ | | | |
| REALTIME| ☐ | ☐ | | | |

CERTIFICATION (19. & 20.)
By signing below, I certify that I will pay all charges (deposit plus additional).

E-MAIL ADDRESS: dnorthup@fclaw.com; pwarren@fclaw.com

19. SIGNATURE: s/ Douglas C. Northup

**NOTE: IF ORDERING MORE THAN ONE FORMAT, THERE WILL BE AN ADDITIONAL CHARGE.**

20. DATE: July 6, 2015

| TRANSCRIPT TO BE PREPARED BY | | | ESTIMATE TOTAL | |
|---|---|---|---|---|
| ORDER RECEIVED | DATE | BY | PROCESSED BY | PHONE NUMBER |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

**DISTRIBUTION:**    COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY