```
                    IN THE UNITED STATES DISTRICT COURT

                        FOR THE DISTRICT OF ARIZONA
                      CIVIL MINUTES -Scheduling Conference
Phoenix Division


CIV 15-1135 PHX DGC                  DATE: 7/2/2015
Year   Case No   Initials

Title: Tohono O'odham Nation     vs. Douglas A. Ducey, et al.,
          Plaintiff                          Defendant
================================================================

HON: DAVID G. CAMPBELL


 Traci C. Abraham                    Patricia Lyons
         Deputy Clerk                       Court Reporter

ATTORNEY APPEARANCES:

      SEE BELOW                            See Below
Attorney(s) for Plaintiff(s)         Attorney(s) for Defendant(s)
================================================================
PROCEEDINGS:      X   Open Court       Chambers          Other
```

APPEARANCES: Danielle Spinelli, Jonathan Jantzen, Britt Clapham II, Daniel Quigley for plaintiff; Brett Johnson and Heidi Staudenmaier for defendant Douglas Ducey; Karen Hartman-Tellez for defendant Mark Brnovich; Douglas Northup, Patrick Irivine, Matthew McGill(telephonic), and Matthew Hoffman(telephonic) for defendant Daniel Bergin

Case management conference held. Discussion held.

Motion for extension of time to file a response to motion for preliminary injunction ( doc. #19) addressed. Each side proposes a schedule and their objections. Motion is granted.

Following schedule will be entered: Defendants will be permitted to take 6 depositions totaling no more than 20 hours. Defendants may serve 10 request for production including sub-parts. No interrogatories, requests for admissions, or subpoenas will be allowed. Depositions to be concluded by 8/7/2015.


Requests for production to be served by 7/10/2015, or earlier if possible. Responses due by 7/24/2015.

Motion to dismiss to be filed by 7/31/2015. Response by 8/14/2015. Reply by 8/21/2015.

Defendant's response to motion for preliminary injunction due by 8/14/2015. Reply by 8/21/2015.

Page 2
CV 15-1135-PHX-DGC

A hearing on the motion for preliminary injunction and motion to dismiss will be held on 9/4/2015 at 1:30 p.m.