IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Tohono O'odham Nation

    Plaintiff(s)/Petitioner(s),

vs.

Ducey et al.

    Defendant(s)/Respondent(s)

CASE NO: 15-cv-01135

Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(2)

FILED / RECEIVED — JUL 0 6 2015 — CLERK U S DISTRICT COURT DISTRICT OF ARIZONA BY_____ DEPUTY

**NOTICE: $35.00 APPLICATION FEE REQUIRED!**

I, Matthew D. McGill, hereby apply to the Court under LRCiv 83.1(b)(2) for pro hac vice admission to appear and practice in this action on behalf of Daniel Bergin, Director, Arizona Department of Gaming.

**City and State of Principal Residence:** Alexandria, VA
**Firm Name:** Gibson, Dunn & Crutcher LLP
**Address:** 1050 Connecticut Avenue, N.W.   **Suite:**
**City:** Washington   **State:** DC   **Zip:** 20036
**Firm/Business Phone:** (202) 955-8500
**Firm Fax Phone:** (202) 467-0539   **E-mail Address:** mmcgill@gibsondunn.com

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? |
|---|---|---|
| Supreme Court of the United States | 12/07/2004 | ✓ Yes  ☐ No* |
| United States Court of Appeals for the First Circuit | 11/30/2004 | ✓ Yes  ☐ No* |
| United States Court of Appeals for the Second Circuit | 10/18/2006 | ✓ Yes  ☐ No* |

* Explain:

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
|---|---|---|
|  |  |  |
|  |  |  |

* Explain:

ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.
*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*
Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?   ☐ Yes   ✓ No
Have you ever been disbarred from practice in any Court?   ☐ Yes   ✓ No

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), and will subscribe to receive court notices as required by LRCiv 83.1(c).

7-02-2015
**Date**
Fee Receipt # PHX1160353

*Signature of Applicant:* Matthew P. McGill/vll

(Rev. 04/12)

**Also, admitted in Good Standing in the following Courts:**

| TITLE OF COURT | DATE OF ADMISSION |
| --- | --- |
| United States District Court for the Southern District of New York | February 5, 2002 |
| United States Court of Appeals for the Fifth Circuit | January 27, 2003 |
| United States Court of Appeals for the D.C. Circuit | May 20, 2004 |
| United States Court of Appeals for the Eleventh Circuit | February 17, 2006 |
| United States Court of Appeals for the Ninth Circuit | June 21, 2007 |
| United States Court of Appeals for the Federal Circuit | July 2, 2007 |
| United States Court of Appeals for Fourth Circuit | March 21, 2014 |
| United States Court of Appeals for Third Circuit | March 29, 2013 |
| District for the District of Columbia | September 9, 2013 |
| United States Court of Appeals for Tenth Circuit | October 3, 2014 |

# United States District & Bankruptcy Courts for the District of Columbia
## CLERK'S OFFICE
333 Constitution Avenue, NW
Washington, DC 20001

I, **ANGELA D. CAESAR**, Clerk of the United States District Court for the District of Columbia, do hereby certify that:

## MATTHEW  D.  MCGILL

was, on the ___9th___ day of ___September___ A.D. ___2013___ admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this ___2nd___ day of ___July___ A.D. ___2015___.

**ANGELA D. CAESAR, CLERK**

By: _____
**Public Operations Administrator**

