# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Tohono O'odham Nation

    Plaintiff(s)/Petitioner(s),

vs.

Ducey et al.

    Defendant(s)/Respondent(s)

CASE NO: 15-cv-01135

Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(2)

```
_✓_ FILED      ___ LODGED
___ RECEIVED   ___ COPY

   JUL 0 7 2015

CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
BY_____ DEPUTY
```

**NOTICE: $35.00 APPLICATION FEE REQUIRED!**

I, **Timothy W. Loose**, hereby apply to the Court under LRCiv 83.1(b)(2) for pro hac vice admission to appear and practice in this action on behalf of **Daniel Bergin, Director, Arizona Department of Gaming**.

**City and State of Principal Residence:** Alhambra, California
**Firm Name:** Gibson, Dunn & Crutcher LLP
**Address:** 333 South Grand Avenue     **Suite:** _____
**City:** Los Angeles     **State:** CA     **Zip:** 90071
**Firm/Business Phone:** (213) 229-7000
**Firm Fax Phone:** (213) 229-7520     **E-mail Address:** TLoose@gibsondunn.com

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? |
|---|---|---|
| California - All State Courts | 12/20/2005 | ✓ Yes ☐ No* |
| U.S.D.C., Central District of California | 12/15/2006 | ✓ Yes ☐ No* |
| (see sheet attached) |  | ☐ Yes ☐ No* |

* Explain:

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
|---|---|---|
| None | | |

* Explain:

**ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.**
*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*
Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?  ☐ Yes  ✓ No
Have you ever been disbarred from practice in any Court?  ☐ Yes  ✓ No

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), and will subscribe to receive court notices as required by LRCiv 83.1(c).

07/06/15

**Date**

**Signature of Applicant**

Fee Receipt # PHV160361

(Rev. 04/12)

Timothy W. Loose
Court Admissions

| Title of Court | Date of Admission | In Good Standing |
|---|---|---|
| U.S.D.C., Eastern District of California | 01/06/2010 | Yes |
| U.S.D.C., Northern District of California | 03/03/2009 | Yes |
| Fourth Circuit Court of Appeals | 07/12/2011 | Yes |
| Ninth Circuit Court of Appeals | 2/25/2010 | Yes |

101956153.1

# United States District Court

## Central District of California

**CERTIFICATE OF GOOD STANDING**

I, **TERRY NAFISI**, Clerk of this Court, certify that

**Timothy W. Loose, Bar No. 241037**

was duly admitted to practice in this Court on **December 15th, 2006**
                                                  *DATE*

and is in good standing as a member of the Bar of this Court.

Dated at Los Angeles, California

on **July 6th, 2015**
       *DATE*

TERRY NAFISI
District Court Executive, Clerk of Court

By _____
Andrea Kamnik, Deputy Clerk

G-52 (09/08)(Rev. AO 136)         CERTIFICATE OF GOOD STANDING - MEMBER OF BAR