# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Tohono O'odham Nation

    Plaintiff(s)/Petitioner(s),

vs.

Ducey et al.

    Defendant(s)/Respondent(s)

CASE NO: 15-cv-01135

Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(2)

FILED ☑   LODGED ☐
RECEIVED ☐   COPY ☐
JUL 0 7 2015
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

**NOTICE: $35.00 APPLICATION FEE REQUIRED!**

I, Matthew A. Hoffman, hereby apply to the Court under LRCiv 83.1(b)(2) for pro hac vice admission to appear and practice in this action on behalf of Daniel Bergin, Director, Arizona Department of Gaming.

City and State of Principal Residence: La Canada Flintridge, California
Firm Name: Gibson, Dunn & Crutcher LLP
Address: 333 South Grand Avenue   Suite: _____
City: Los Angeles   State: CA   Zip: 90071
Firm/Business Phone: (213) 229-7000
Firm Fax Phone: (213) 229-7520   E-mail Address: mhoffman@gibsondunn.com

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? | |
|---|---|---|---|
| U.S.D.C. Central District of California | 12/02/2003 | ☑ Yes | ☐ No* |
| U.S.D.C. Eastern District of California | 05/24/2004 | ☑ Yes | ☐ No* |
| U.S. Court of Appeals for the Third Circuit | 01/14/2015 | ☑ Yes | ☐ No* |

* Explain:

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
|---|---|---|
| | | |
| | | |
| | | |

* Explain:

ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.
*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*

Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?   ☐ Yes   ☑ No
Have you ever been disbarred from practice in any Court?   ☐ Yes   ☑ No

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), and will subscribe to receive court notices as required by LRCiv 83.1(c).

7/6/15
Date
Fee Receipt # PHX160361

_____
Signature of Applicant

(Rev. 04/12)

# United States District Court

## Central District of California

**CERTIFICATE OF GOOD STANDING**

I, TERRY NAFISI, Clerk of this Court, certify that

**Matthew A. Hoffman**, Bar No. 227351

was duly admitted to practice in this Court on  December 2nd, 2003
                                                      *DATE*

and is in good standing as a member of the Bar of this Court.

Dated at Los Angeles, California

on  July 6th, 2015
       *DATE*

TERRY NAFISI
District Court Executive, Clerk of Court

By _____
Andrea Kanake           Clerk

G-52 (09/08)(Rev. AO 136)        CERTIFICATE OF GOOD STANDING - MEMBER OF BAR