FENNEMORE CRAIG, P.C.
Patrick Irvine (No. 006534)
Douglas C. Northup (No. 013987)
Carrie Pixler Ryerson (No. 028072)
2394 E. Camelback Road, Suite 600
Phoenix, AZ  85016-3429
Telephone:  (602) 916-5000
Email:  pirvine@fclaw.com
Email:  dnorthup@fclaw.com
Email:  cryerson@fclaw.com

GIBSON, DUNN & CRUTCHER LLP
Matthew D. McGill (*admitted pro hac vice*)
Matthew A. Hoffman (*admitted pro hac vice*)
Timothy W. Loose (*admitted pro hac vice*)
1050 Connecticut Avenue N.W.
Washington, DC  20036
Telephone:  (202) 955-8500
Email:  mmcgill@gibsondunn.com
Email:  mhoffman@gibsondunn.com
Email:  tloose@gibsondunn.com

*Attorneys for Defendant
Director Daniel Bergin, Arizona Department
of Gaming*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| The Tohono O'odham Nation,<br><br>            Plaintiff,<br><br>     v.<br><br>Douglas Ducey, Governor of Arizona; Mark Brnovich, Arizona Attorney General; and Daniel Bergin, Director, Arizona Department of Gaming, in their official capacities,<br><br>            Defendants. | No. 2:15-cv-01135-DGC<br><br>**NOTICE OF SERVICE OF DEFENDANTS' REQUESTS FOR PRODUCTION** |

Pursuant to LRCiv 5.2, Defendants give notice that on July 8, 2015, they served counsel for Plaintiff The Tohono O'odham Nation with Defendants' Requests for Production via email.

1  DATED this 8th day of July, 2015.

2                                                      FENNEMORE CRAIG, P.C.

3

4                                                      By s/ *Douglas C. Northup*
                                                           Patrick Irvine
5                                                          Douglas C. Northup
                                                           Carrie Pixler Ryerson
6
                                                       -and-
7
                                                       Matthew D. McGill
8                                                      Matthew A. Hoffman
                                                       Timothy W. Loose
9                                                      GIBSON, DUNN & CRUTCHER LLP

10                                                     *Attorneys for Defendant
                                                       Director Daniel Bergin, Arizona
11                                                     Department of Gaming*

# CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2015, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Seth P. Waxman
Danielle Spinelli
Kelly P. Dunbar
Sonya L. Lebsack
Wilmer Cutler Pickering Hale & Dorr LLP
1875 Pennsylvania Ave. NW
Washington, DC  2006
Email: seth.waxman@wilmerhale.com
Email: danielle.spinelli@wilmerhale.com
Email: kelly.dunbar@wilmerhale.com
Email: sonya.lebsack@wilmerhale.com
Attorneys for Plaintiff
The Tohono O'odham Nation

Jonathan Landis Jantzen
Laura Lynn Berglan
Tohono O'odham Nation
Office of the Attorney General
P. O. Box 830
Sells, AZ  85634
Email: jonathan.jantzen@tonation-nsn.gov
Email: laura.berglan@tonation-nsn.gov
*Attorneys for Plaintiff*
*The Tohono O'odham Nation*

Heidi McNeil Staudenmaier
Brett W. Johnson
Sara J. Agne
Thomas Clees
Snell & Wilmer LLP
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, AZ  85004-2202
Email: hstaudenmaier@swlaw.com
Email: bwjohnson@swlaw.com
Email: sagne@swlaw.com
Email: tclees@swlaw.com
*Attorneys for Defendant*
*Governor Douglas A. Ducey*

Thomas K. Chenal
Karen J. Hartman-Tellez
Office of the Arizona Attorney General
1275 W. Washington Street
Phoenix, AZ  85007
Email: thomas.chenal@azag.gov
Email: karen.hartman@azag.gov
*Attorneys for Defendant*
*Attorney General Mark Brnovich*

s/ *Phyllis Warren*
An employee of Fennemore Craig, P.C.

FENNEMORE CRAIG, P.C.
PHOENIX

10602497

- 3 -