Jonathan Jantzen, Attorney General, SBN 016220
Laura Berglan, Deputy Attorney General, SBN 022120
Office of Attorney General
TOHONO O'ODHAM NATION
P.O. Box 830
Sells, AZ  85634
(520) 383-3410
jonathan.jantzen@tonation-nsn.gov
laura.berglan@tonation-nsn.gov

Seth P. Waxman (*Pro hac vice*)
Danielle Spinelli (*Pro hac vice*)
Kelly P. Dunbar (*Pro hac vice*)
Sonya L. Lebsack (*Pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
(202) 663-6000
seth.waxman@wilmerhale.com
danielle.spinelli@wilmerhale.com
kelly.dunbar@wilmerhale.com
sonya.lebsack@wilmerhale.com

*Counsel for Plaintiff Tohono O'odham Nation*

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| THE TOHONO O'ODHAM NATION,<br><br>                    Plaintiff,<br><br>     v.<br><br>DOUGLAS DUCEY, Governor of Arizona; MARK BRNOVICH, Arizona Attorney General; and DANIEL BERGIN, Director, Arizona Department of Gaming, in their official capacities,<br><br>                    Defendants. | Case No. 2:15-cv-01135-PHX-DGC<br><br>**NOTICE OF SERVICE OF THE TOHONO O'ODHAM NATION'S OBJECTIONS AND RESPONSES TO DEFENDANTS' REQUESTS FOR PRODUCTION** |

1  Pursuant to LRCiv 5.2, Plaintiff the Tohono O'odham Nation hereby notifies the
2  Court that it has served on Defendants its Objections and Responses to Defendants'
3  Requests for Production.

Dated:  July 15, 2015                         Respectfully submitted,


/s/      Danielle Spinelli
Jonathan Jantzen,
   Attorney General, SBN 016220
Laura Berglan,
   Deputy Attorney General, SBN 022120
Office of Attorney General
TOHONO O'ODHAM NATION
P.O. Box 830
Sells, AZ  85634
(520) 383-3410
jonathan.jantzen@tonation-nsn.gov
laura.berglan@tonation-nsn.gov

Seth P. Waxman (*Pro hac vice*)
Danielle Spinelli (*Pro hac vice*)
Kelly P. Dunbar (*Pro hac vice*)
Sonya L. Lebsack (*Pro hac vice*)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
(202) 663-6000
seth.waxman@wilmerhale.com
danielle.spinelli@wilmerhale.com
kelly.dunbar@wilmerhale.com
sonya.lebsack@wilmerhale.com

*Counsel for Plaintiff Tohono O'odham Nation*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of July, 2015, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System. All participants in the case are registered CM/ECF users and will be served by the CM/ECF System.

/s/     Danielle Spinelli
DANIELLE SPINELLI