FENNEMORE CRAIG, P.C.
Patrick Irvine (No. 006534)
Douglas C. Northup (No. 013987)
Carrie Pixler Ryerson (No. 028072)
2394 E. Camelback Road, Suite 600
Phoenix, AZ  85016-3429
Telephone:  (602) 916-5000
Email:  pirvine@fclaw.com
Email:  dnorthup@fclaw.com
Email:  cryerson@fclaw.com

GIBSON, DUNN & CRUTCHER LLP
Matthew D. McGill (*admitted pro hac vice*)
Matthew A. Hoffman (*admitted pro hac vice*)
Timothy W. Loose (*admitted pro hac vice*)
1050 Connecticut Avenue N.W.
Washington, DC  20036
Telephone:  (202) 955-8500
Email:  mmcgill@gibsondunn.com
Email:  mhoffman@gibsondunn.com
Email:  tloose@gibsondunn.com

*Attorneys for Defendant*
*Director Daniel Bergin, Arizona Department*
*of Gaming*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| The Tohono O'odham Nation,<br><br>Plaintiff,<br><br>v.<br><br>Douglas Ducey, Governor of Arizona; Mark Brnovich, Arizona Attorney General; and Daniel Bergin, Director, Arizona Department of Gaming, in their official capacities,<br><br>Defendants. | No. CV-15-01135-PHX-DGC<br><br>**NOTICE OF VIDEOTAPED RULE 30(b)(6) DEPOSITION OF PLAINTIFF THE TOHONO O'ODHAM NATION** |

You are hereby notified that, pursuant to Federal Rules of Civil Procedure 26 and 30(b)(6), the deposition will be taken upon oral examination of Plaintiff The Tohono O'odham Nation at the time and place stated herein before an officer authorized by law to

1  administer oaths, and continuing thereafter from time to time until concluded. Testimony
2  will be recorded by audio-video and stenographic means. LiveNote may be used.

3        Pursuant to Rule 30(b)(6), Plaintiff is required to designate one or more of its
4  officers, directors, managing agents, or other persons who consent to testify on its behalf
5  who are most knowledgeable on the matters described in **Exhibit A** attached hereto. For
6  each designated deponent, the Nation may set forth the matters on which the person will
7  testify. Such persons are required to testify to matters known or reasonably available to
8  Plaintiff.

9  **DATE AND TIME OF DEPOSITION**:   August 7, 2015, at 9:00 a.m.

10 **PLACE OF DEPOSITION**:   Fennemore Craig, P.C.
11       2394 E. Camelback Road, Suite 600
      Phoenix, Arizona  85016

12

13     DATED this 22nd day of July, 2015.

14                FENNEMORE CRAIG, P.C.

15

16                By s/ *Douglas C. Northup*
17                  Patrick Irvine
                 Douglas C. Northup
18                  Carrie Pixler Ryerson

19                -and-

20                Matthew D. McGill
               Matthew A. Hoffman
21                Timothy W. Loose
               GIBSON, DUNN & CRUTCHER LLP

22                *Attorneys for Defendant*
23                *Director Daniel Bergin, Arizona*
               *Department of Gaming*

24

25

26

FENNEMORE CRAIG, P.C.
PHOENIX

10639584.1

## CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2015, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Seth P. Waxman
Danielle Spinelli
Kelly P. Dunbar
Sonya L. Lebsack
Wilmer Cutler Pickering Hale & Dorr LLP
1875 Pennsylvania Ave. NW
Washington, DC 2006
Email: seth.waxman@wilmerhale.com
Email: danielle.spinelli@wilmerhale.com
Email: kelly.dunbar@wilmerhale.com
Email: sonya.lebsack@wilmerhale.com
Attorneys for Plaintiff
The Tohono O'odham Nation

Jonathan Landis Jantzen
Laura Lynn Berglan
Tohono O'odham Nation
Office of the Attorney General
P. O. Box 830
Sells, AZ 85634
Email: jonathan.jantzen@tonation-nsn.gov
Email: laura.berglan@tonation-nsn.gov
*Attorneys for Plaintiff*
*The Tohono O'odham Nation*

Heidi McNeil Staudenmaier
Brett W. Johnson
Sara J. Agne
Thomas Clees
Snell & Wilmer LLP
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, AZ 85004-2202
Email: hstaudenmaier@swlaw.com
Email: bwjohnson@swlaw.com
Email: sagne@swlaw.com
Email: tclees@swlaw.com
*Attorneys for Defendant*
*Governor Douglas A. Ducey*

Thomas K. Chenal
Karen J. Hartman-Tellez
Office of the Arizona Attorney General
1275 W. Washington Street
Phoenix, AZ 85007
Email: thomas.chenal@azag.gov
Email: karen.hartman@azag.gov
*Attorneys for Defendant*
*Attorney General Mark Brnovich*

s/ *Phyllis Warren*
An employee of Fennemore Craig, P.C.

FENNEMORE CRAIG, P.C.
PHOENIX

10639584.1

- 3 -

# EXHIBIT A
## DEFINITIONS

1. "Nation" refers to Plaintiff, The Tohono O'odham Nation, all entities owned, controlled, or operated by Plaintiff (including, but not limited to, the Tohono O'odham Gaming Enterprise and Tohono O'odham Gaming Office), and all employees, servants, agents, representatives, and persons or entities acting on behalf of any of the foregoing.

2. "Revenue" refers to the total income produced from any source.

3. "Maricopa County Casino" refers to a resort and gaming facility that the Nation intends to open in Maricopa County.

4. "Gaming Operations" refers to Class 2 and Class 3 Gaming as defined herein.

5. "Vendors" refers to companies or individuals with which/whom the Nation does business or intends to do business in connection with the Maricopa County Casino.

6. "Class 2 Gaming" refers to gaming as defined in 25 U.S.C. § 2703(6), including bingo, certain similar games, and certain card games. *See* paragraph 21 of Plaintiff's Complaint.

7. "Class 3 Gaming" refers to Gaming as defined in 25 U.S.C. § 2703(8), which is often referred to as "casino-style gaming," that does not encompass Class 1 and Class 2 Gaming. *See* paragraph 21 of Plaintiff's Complaint.

8. "Employees" refers to those individuals whom the Nation employs or intends to employ to provide services at the Maricopa County Casino.

9. "Department Notice" refers to the vendor notices by the Arizona Department of Gaming described in paragraphs 85-86 and 88 of Plaintiff's Complaint.

**TOPICS**

1. The facts and circumstances surrounding the Nation's decision to begin construction on a casino in Maricopa County.

2. The facts and circumstances surrounding the Nation's claim that it has already invested $100 million in the Maricopa County casino. D.E. 3 at 37.

3. The Nation's annual Revenue, including the sources of the Revenue and amount of revenue from each source, from 2007-2015.

4. The Nation's anticipated Revenue from the Maricopa County Casino, including, but not limited to, all anticipated Revenue that would be generated if the Maricopa County Casino operates as a Class 2 Gaming facility, all anticipated Revenue that would be generated if the Maricopa County Casino operates as a Class 3 Gaming facility, and all anticipated Revenue that will be generated from the Maricopa County Casino from sources other than Class 2 and Class 3 Gaming.

5. The number of customers the Nation expects to attract per month to engage in Class 2 or Class 3 gaming at the Maricopa County Casino.

6. The Nation's hiring plan and hiring practices for the Maricopa County Casino.

7. The prior and current schedules for completion and opening of the Maricopa County Casino and any estimated costs for deviating from the current construction schedule.

8. The Nation's allegation that Gaming Operations are or will be chilled as a result of Defendants' conduct.

9. All allegations in the Verified Complaint.

10. The Nation's allegation that it is suffering a loss of goodwill and other intangible harms.

11. The impacts (either positive or negative) the Maricopa County Casino will

1  have on Maricopa County.

2      12.    The impact of the Department Notice on the Maricopa County Casino,
3  including in relation to Employees and Vendors.

4      13.    Communications with prospective vendors, contractors, and employees,
5  including the declarants in this action, regarding the provision of their services to the
6  Maricopa County casino and the Vendor and Employee Notices referred to at paragraphs
7  86-87 of the Complaint.

8      14.    Communications with prospective vendors, contractors, and employees,
9  including the declarants in this action, regarding the new forms referenced at paragraph 90
10  of the Complaint.

11      15.    The Nation's responses to Defendants' requests for production.

12      16.    The Nation's plans for operating the Maricopa County Casino if Class 3
13  Gaming does not occur at the facility.

14      17.    The Nation's plans for obtaining land in Maricopa County upon which the
15  Nation intended to build a casino and resort.

16      18.    The Nation's property holdings in Maricopa County.

17      19.    The Nation's plans for any revenue generated by the Maricopa County
18  Casino.

19

20

21

22

23

24

25

26

FENNEMORE CRAIG, P.C.
PHOENIX

10639584.1