1  Jonathan Jantzen, Attorney General, SBN 016220
2  Laura Berglan, Deputy Attorney General, SBN 022120
   Office of Attorney General
3  TOHONO O'ODHAM NATION
   P.O. Box 830
4  Sells, AZ  85634
5  (520) 383-3410
   jonathan.jantzen@tonation-nsn.gov
6  laura.berglan@tonation-nsn.gov

7  Seth P. Waxman (*Pro hac vice*)
8  Danielle Spinelli (*Pro hac vice*)
   Kelly P. Dunbar (*Pro hac vice*)
9  Sonya L. Lebsack (*Pro hac vice*)
   WILMER CUTLER PICKERING HALE AND DORR LLP
10 1875 Pennsylvania Avenue, N.W.
11 Washington, D.C.  20006
   (202) 663-6000
12 seth.waxman@wilmerhale.com
   danielle.spinelli@wilmerhale.com
13 kelly.dunbar@wilmerhale.com
14 sonya.lebsack@wilmerhale.com

15 *Counsel for Plaintiff Tohono O'odham Nation*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| THE TOHONO O'ODHAM NATION,<br><br>                    Plaintiff,<br><br>     v.<br><br>DOUGLAS DUCEY, Governor of Arizona; MARK BRNOVICH, Arizona Attorney General; and DANIEL BERGIN, Director, Arizona Department of Gaming, in their official capacities,<br><br>                    Defendants. | Case No. 2:15-cv-01135-PHX-DGC<br><br>**NOTICE OF SERVICE OF THE TOHONO O'ODHAM NATION'S FIRST AMENDED OBJECTIONS AND RESPONSES TO DEFENDANTS' REQUESTS FOR PRODUCTION** |

Pursuant to LRCiv 5.2, Plaintiff the Tohono O'odham Nation hereby notifies the Court that it has served on Defendants its First Amended Objections and Responses to Defendants' Requests for Production, as well as related document production.

Dated:  July 24, 2015                    Respectfully submitted,


/s/     Danielle Spinelli
Jonathan Jantzen,
   Attorney General, SBN 016220
Laura Berglan,
   Deputy Attorney General, SBN 022120
Office of Attorney General
TOHONO O'ODHAM NATION
P.O. Box 830
Sells, AZ  85634
(520) 383-3410
jonathan.jantzen@tonation-nsn.gov
laura.berglan@tonation-nsn.gov

Seth P. Waxman (*Pro hac vice*)
Danielle Spinelli (*Pro hac vice*)
Kelly P. Dunbar (*Pro hac vice*)
Sonya L. Lebsack (*Pro hac vice*)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
(202) 663-6000
seth.waxman@wilmerhale.com
danielle.spinelli@wilmerhale.com
kelly.dunbar@wilmerhale.com
sonya.lebsack@wilmerhale.com

*Counsel for Plaintiff Tohono O'odham Nation*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of July, 2015, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System. All participants in the case are registered CM/ECF users and will be served by the CM/ECF System.

/s/   Danielle Spinelli
DANIELLE SPINELLI