Jonathan Jantzen, Attorney General, SBN 016220
Laura Berglan, Deputy Attorney General, SBN 022120
Office of Attorney General
TOHONO O'ODHAM NATION
P.O. Box 830
Sells, AZ  85634
(520) 383-3410
jonathan.jantzen@tonation-nsn.gov
laura.berglan@tonation-nsn.gov

Seth P. Waxman (*Pro hac vice*)
Danielle Spinelli (*Pro hac vice*)
Kelly P. Dunbar (*Pro hac vice*)
Sonya L. Lebsack (*Pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
(202) 663-6000
seth.waxman@wilmerhale.com
danielle.spinelli@wilmerhale.com
kelly.dunbar@wilmerhale.com
sonya.lebsack@wilmerhale.com

*Counsel for Plaintiff Tohono O'odham Nation*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| THE TOHONO O'ODHAM NATION,<br><br>                    Plaintiff,<br><br>     v.<br><br>DOUGLAS DUCEY, Governor of Arizona; MARK BRNOVICH, Arizona Attorney General; and DANIEL BERGIN, Director, Arizona Department of Gaming, in their official capacities,<br><br>                    Defendants. | Case No. 2:15-cv-01135-PHX-DGC<br><br>**NOTICE OF SERVICE OF SECOND SUPPLEMENTAL PRODUCTION BY TOHONO O'ODHAM NATION** |

Pursuant to LRCiv 5.2, Plaintiff the Tohono O'odham Nation hereby notifies the Court that, in accordance with the Court's July 24, 2015 Order (Doc. 45) and The Tohono O'odham Nation's First Amended Objections and Responses to Defendants' Requests for Production, it has served on Defendants a supplemental document production.

Dated: July 30, 2015                    Respectfully submitted,


/s/      Danielle Spinelli
Jonathan Jantzen,
   Attorney General, SBN 016220
Laura Berglan,
   Deputy Attorney General, SBN 022120
Office of Attorney General
TOHONO O'ODHAM NATION
P.O. Box 830
Sells, AZ  85634
(520) 383-3410
jonathan.jantzen@tonation-nsn.gov
laura.berglan@tonation-nsn.gov

Seth P. Waxman (*Pro hac vice*)
Danielle Spinelli (*Pro hac vice*)
Kelly P. Dunbar (*Pro hac vice*)
Sonya L. Lebsack (*Pro hac vice*)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
(202) 663-6000
seth.waxman@wilmerhale.com
danielle.spinelli@wilmerhale.com
kelly.dunbar@wilmerhale.com
sonya.lebsack@wilmerhale.com

*Counsel for Plaintiff Tohono O'odham Nation*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of July, 2015, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System. All participants in the case are registered CM/ECF users and will be served by the CM/ECF System.

/s/     Danielle Spinelli
DANIELLE SPINELLI