| | |
|---|---|
| FENNEMORE CRAIG, P.C.<br>PATRICK IRVINE (006534)<br>PIrvine@fclaw.com<br>DOUGLAS C. NORTHUP (013987)<br>DNorthup@fclaw.com<br>CARRIE PIXLER RYERSON (028072)<br>CRyerson@fclaw.com<br>2394 East Camelback Road, Suite 600<br>Phoenix, AZ  85016-3429<br>Tel.:  602.916.5406<br>Fax:  602.916.5606<br><br>GIBSON, DUNN & CRUTCHER LLP<br>MATTHEW D. MCGILL (*pro hac vice*)<br>MMcGill@gibsondunn.com<br>1050 Connecticut Avenue, N.W.<br>Washington, DC  20036-5306<br>Tel.:  202.955.8500<br>Fax:  202.467.0539<br><br>MATTHEW A. HOFFMAN (*pro hac vice*)<br>MHoffman@gibsondunn.com<br>TIMOTHY W. LOOSE (*pro hac vice*)<br>TLoose@gibsondunn.com<br>333 South Grand Avenue<br>Los Angeles, CA  90071-3197<br>Tel.:  213.229.7000<br>Fax:  213.229.7520<br><br>*Attorneys for Defendant Daniel Bergin,*<br>*Director, Arizona Department of Gaming* | SNELL & WILMER L.L.P.<br>HEIDI MCNEIL STAUDENMAIER (010387)<br>HStaudenmaier@swlaw.com<br>BRETT W. JOHNSON (021527)<br>BWJohnson@swlaw.com<br>SARA J. AGNE (026950)<br>SAgne@swlaw.com<br>THOMAS CLEES (031638)<br>TClees@swlaw.com<br>One Arizona Center<br>400 E. Van Buren, Suite 1900<br>Phoenix, AZ  85004-2202<br>Tel.:  602.382.6000<br>Fax:  602.382.6070<br><br>*Attorneys for Defendant*<br>*Governor Douglas A. Ducey*<br><br>OFFICE OF THE ARIZONA ATTORNEY GENERAL (Firm Bar No. 14000)<br>THOMAS K. CHENAL (006070)<br>Thomas.Chenal@azag.gov<br>KAREN J. HARTMAN-TELLEZ (021121)<br>Karen.Hartman@azag.gov<br>1275 W. Washington Street<br>Phoenix, AZ  85007<br>Tel.:  602.542.8323<br>Fax:  602.542.4377<br><br>*Attorneys for Defendant*<br>*Attorney General Mark Brnovich* |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| The Tohono O'odham Nation,<br><br>    Plaintiff,<br><br>    v.<br><br>Douglas Ducey, Governor of Arizona; Mark Brnovich, Arizona Attorney General; and Daniel Bergin, Director, Arizona Department of Gaming, in their official capacities,<br><br>    Defendants. | Case No. 2:15-cv-01135-DGC<br><br>**NOTICE OF ERRATA** |

Defendant Daniel Bergin, on behalf of Defendants Douglas Ducey and Mark Brnovich, submits this Notice of Errata to the Court in connection with the under-seal filing on August 14, 2015 (D.E. 61, 62).  Defendants inadvertently omitted Exhibit Q from the set of exhibits accompanying their opposition to Plaintiff's Motion for a Preliminary Injunction.  D.E. 62-2. Exhibit Q was separately lodged under seal with the Court on August 17, 2015 (D.E. 63) and was served on Plaintiff the same day via e-mail.

DATED:  August 17, 2015

Respectfully submitted,

FENNEMORE CRAIG, P.C.

GIBSON, DUNN & CRUTCHER LLP

By: /s/ Matthew D. McGill
         Matthew D. McGill

*Attorneys for Defendant Daniel Bergin, Director, Arizona Department of Gaming*

NOTICE OF ERRATA