FENNEMORE CRAIG, P.C.
PATRICK IRVINE (006534)
PIrvine@fclaw.com
DOUGLAS C. NORTHUP (013987)
DNorthup@fclaw.com
CARRIE PIXLER RYERSON (028072)
CRyerson@fclaw.com
2394 East Camelback Road, Suite 600
Phoenix, AZ  85016-3429
Tel.:  602.916.5406
Fax:  602.916.5606

GIBSON, DUNN & CRUTCHER LLP
MATTHEW D. MCGILL (*pro hac vice*)
MMcGill@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, DC  20036-5306
Tel.:  202.955.8500
Fax:  202.467.0539

MATTHEW A. HOFFMAN (*pro hac vice*)
MHoffman@gibsondunn.com
TIMOTHY W. LOOSE (*pro hac vice*)
TLoose@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA  90071-3197
Tel.:  213.229.7000
Fax:  213.229.7520

*Attorneys for Defendant Daniel Bergin,
Director, Arizona Department of Gaming*

SNELL & WILMER L.L.P.
HEIDI MCNEIL STAUDENMAIER (010387)
HStaudenmaier@swlaw.com
BRETT W. JOHNSON (021527)
BWJohnson@swlaw.com
SARA J. AGNE (026950)
SAgne@swlaw.com
THOMAS CLEES (031638)
TClees@swlaw.com
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, AZ  85004-2202
Tel.:  602.382.6000
Fax:  602.382.6070

*Attorneys for Defendant
Governor Douglas A. Ducey*

OFFICE OF THE ARIZONA ATTORNEY GENERAL (Firm Bar No. 14000)
THOMAS K. CHENAL (006070)
Thomas.Chenal@azag.gov
KAREN J. HARTMAN-TELLEZ (021121)
Karen.Hartman@azag.gov
1275 W. Washington Street
Phoenix, AZ  85007
Tel.:  602.542.8323
Fax:  602.542.4377

*Attorneys for Defendant
Attorney General Mark Brnovich*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| The Tohono O'odham Nation,<br><br>             Plaintiff,<br><br>      v.<br><br>Douglas Ducey, Governor of Arizona; Mark Brnovich, Arizona Attorney General; and Daniel Bergin, Director, Arizona Department of Gaming, in their official capacities,<br><br>             Defendants. | Case No. 2:15-cv-01135-DGC<br><br>**PROOF OF SERVICE** |

**PROOF OF SERVICE**

I, Lauren M. Blas, declare as follows:

I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen years and am not a party to this action.  My business address is 333 S. Grand Avenue, Los Angeles, CA 90071-3197, in said County and State.  On August 17, 2015, I served the following document(s):

**EXHIBIT Q TO THE DECLARATION OF MATTHEW HOFFMAN (UNDER SEAL)**

**NOTICE OF ERRATA**

on the parties stated on the attached Service List:

☒ **BY ELECTRONIC SERVICE**:  On the above-mentioned date I caused Exhibit Q to be sent to the persons at the electronic notification addresses as shown on the attached Service List.

☒ **BY CM/ECF:**  On the above-mentioned date, I caused the Notice of Errata and a Notice of Electronic Filing to be electronically transmitted to all CM/ECF registrants.

☒ **(FEDERAL)**   I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 17, 2015.

/s/  Lauren M. Blas
Lauren M. Blas

Gibson, Dunn
& Crutcher LLP

PROOF OF SERVICE

**SERVICE LIST**

| | |
|---|---|
| Seth P. Waxman<br>Danielle Spinelli<br>Kelly P. Dunbar<br>Sonya L. Lebsack<br>Wilmer Cutler Pickering Hale & Dorr LLP<br>1875 Pennsylvania Ave. NW<br>Washington, DC 2006<br>Email: seth.waxman@wilmerhale.com<br>Email: danielle.spinelli@wilmerhale.com<br>Email: kelly.dunbar@wilmerhale.com<br>Email: sonya.lebsack@wilmerhale.com<br>Attorneys for Plaintiff<br>The Tohono O'odham Nation | Jonathan Landis Jantzen<br>Laura Lynn Berglan<br>Tohono O'odham Nation<br>Office of the Attorney General<br>P.O. Box 830<br>Sells, AZ 85634<br>Email: jonathan.jantzen@tonation-nsn.gov<br>Email: laura.berglan@tonation-nsn.gov<br>Attorneys for Plaintiff<br>The Tohono O'odham Nation |
| Heidi McNeil Staudenmaier<br>Brett W. Johnson<br>Sara J. Agne<br>Thomas Clees<br>Snell & Wilmer LLP<br>One Arizona Center<br>400 E. Van Buren, Suite 1900<br>Phoenix, AZ 85004-2202<br>Email: hstaudenmaier@swlaw.com<br>Email: bwjohnson@swlaw.com<br>Email: sagne@swlaw.com<br>Email: tclees@swlaw.com<br>Attorneys for Defendant<br>Governor Douglas A. Ducey | Thomas K. Chenal<br>Karen J. Hartman-Tellez<br>Office of the Arizona Attorney General<br>1275 W. Washington Street<br>Phoenix, AZ 85007<br>Email: thomas.chenal@azag.gov<br>Email: karen.hartman@azag.gov<br>Attorneys for Defendant<br>Attorney General Mark Brnovich |