1   Laura Berglan, Acting Attorney General, SBN 022120
2   Office of Attorney General
    TOHONO O'ODHAM NATION
3   P.O. Box 830
    Sells, AZ  85634
4   (520) 383-3410
5   laura.berglan@tonation-nsn.gov

6   Seth P. Waxman (*Pro hac vice*)
    Danielle Spinelli (*Pro hac vice*)
7   Kelly P. Dunbar (*Pro hac vice*)
8   Sonya L. Lebsack (*Pro hac vice*)
    WILMER CUTLER PICKERING HALE AND DORR LLP
9   1875 Pennsylvania Avenue, N.W.
    Washington, D.C.  20006
10  (202) 663-6000
11  seth.waxman@wilmerhale.com
    danielle.spinelli@wilmerhale.com
12  kelly.dunbar@wilmerhale.com
13  sonya.lebsack@wilmerhale.com

14  *Counsel for Plaintiff Tohono O'odham Nation*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| THE TOHONO O'ODHAM NATION,<br><br>           Plaintiff,<br><br>     v.<br><br>DOUGLAS DUCEY, Governor of Arizona; MARK BRNOVICH, Arizona Attorney General; and DANIEL BERGIN, Director, Arizona Department of Gaming, in their official capacities,<br><br>           Defendants. | Case No. 2:15-cv-01135-PHX-DGC<br><br>**JOINT STIPULATION CONCERNING CONFIDENTIAL INFORMATION AND DOCUMENTS TO BE FILED UNDER SEAL** |

In an effort to resolve outstanding issues with respect to confidential information produced during preliminary injunction discovery in this case, the parties have conferred and reached agreement on the following, subject to this Court's approval:

1. All parties jointly stipulate to and respectfully request that the Court enter the proposed order submitted with the Nation's Amended Motion to Seal [Dkt. 72-1].

2. With respect to use of confidential information at the hearing scheduled for September 10, 2015, the parties have agreed to the following principles, which, if approved by the Court, would permit an open hearing:

   a. All parties will treat the identity of vendors, consultants, and employees (other than those named in the Nation's declarations) as confidential and will not mention that information in open court.

   b. All parties will treat the specific calendar date for the planned opening of the West Valley Resort as confidential and will not mention that information in open court.

   c. The market analyses attached as Exhibits G & I to the Hoffman Declaration [Dkt. 62-2] are and will remain sealed. The parties will treat identity of the author of the market analyses and the financial data and revenue forecasts in those analyses (including, in particular, the appendix to each of the analyses and the projected win per unit per day figures mentioned in the reports themselves) as confidential and will not discuss that information in open court. The parties will not directly quote from those analyses in open court, unless quoting a portion of an analysis that is itself a quotation from a publicly available document. Subject to the foregoing limitations, the parties may discuss and/or paraphrase the market analyses in open court, including the general conclusions of the analyses about potential revenues from Class II gaming versus Class III gaming.

   d. If the Court has questions that require the disclosure of information covered by ¶ 2(a)-(c), the parties agree to a closed hearing to address those questions.

Dated:  September 9, 2015                    Respectfully submitted,

| | |
|---|---|
| /s/      Matthew A. Hoffman<br>Patrick Irvine (No. 006534)<br>Douglas C. Northup (No. 013987)<br>Carrie Pixler Ryerson (No. 028072)<br>FENNEMORE CRAIG, P.C.<br>2394 E. Camelback Road, Suite 600<br>Phoenix, AZ 85016-3429<br>Telephone: (602) 916-5000<br>Email: pirvine@fclaw.com<br>Email: dnorthup@fclaw.com<br>Email: cryerson@fclaw.com<br><br>Matthew D. McGill (*pro hac vice*)<br>Matthew A. Hoffman (*pro hac vice*)<br>Timothy W. Loose (*pro hac vice*)<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue N.W.<br>Washington, DC 20036<br>Telephone: (202) 955-8500<br>Email: mmcgill@gibsondunn.com<br>Email: mhoffman@gibsondunn.com<br>Email: tloose@gibsondunn.com<br><br>*Counsel for Defendant Director Daniel Bergin Arizona Department of Gaming* | /s/      Danielle Spinelli<br>Seth P. Waxman (*Pro hac vice*)<br>Danielle Spinelli (*Pro hac vice*)<br>Kelly P. Dunbar (*Pro hac vice*)<br>Sonya L. Lebsack (*Pro hac vice*)<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>1875 Pennsylvania Avenue, N.W.<br>Washington, D.C.  20006<br>(202) 663-6000<br>seth.waxman@wilmerhale.com<br>danielle.spinelli@wilmerhale.com<br>kelly.dunbar@wilmerhale.com<br>sonya.lebsack@wilmerhale.com<br><br>*Counsel for Plaintiff Tohono O'odham Nation* |
| /s/      Heidi McNeil Staudenmaier<br>Heidi McNeil Staudenmaier<br>Brett W. Johnson<br>Sara J. Agne<br>Thomas Clees<br>SNELL & WILMER LLP<br>One Arizona Center<br>400 E. Van Buren, Suite 1900<br>Phoenix, AZ 85004-2202<br>Email: hstaudenmaier@swlaw.com<br>Email: bwjohnson@swlaw.com<br>Email: sagne@swlaw.com<br>Email: tclees@swlaw.com<br><br>*Counsel for Defendant Governor Douglas A. Ducey* | /s/      Karen J. Hartman-Tellez<br>Thomas K. Chenal<br>Karen J. Hartman-Tellez<br>OFFICE OF THE ARIZONA ATTORNEY GENERAL<br>1275 W. Washington Street<br>Phoenix, AZ 85007<br>Email: thomas.chenal@azag.gov<br>Email: karen.hartman@azag.gov<br><br>*Counsel for Defendant Attorney General Mark Brnovich* |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of September, 2015, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System, which will send a notice of filing to all counsel of record.

/s/     Danielle Spinelli
DANIELLE SPINELLI