**CERTIFICATE OF SERVICE**

I hereby certify that on September 17, 2015, I electronically transmitted a **Redacted** copy of Defendants' Opposition to Plaintiff's Motion for a Preliminary Injunction to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

| | |
|---|---|
| Seth P. Waxman<br>Danielle Spinelli<br>Kelly P. Dunbar<br>Sonya L. Lebsack<br>Wilmer Cutler Pickering Hale & Dorr LLP<br>1875 Pennsylvania Ave. NW<br>Washington, DC 2006<br>Email: seth.waxman@wilmerhale.com<br>Email: danielle.spinelli@wilmerhale.com<br>Email: kelly.dunbar@wilmerhale.com<br>Email: sonya.lebsack@wilmerhale.com<br>Attorneys for Plaintiff<br>The Tohono O'odham Nation | Jonathan Landis Jantzen<br>Laura Lynn Berglan<br>Tohono O'odham Nation<br>Office of the Attorney General<br>P. O. Box 830<br>Sells, AZ  85634<br>Email: jonathan.jantzen@tonation-nsn.gov<br>Email: laura.berglan@tonation-nsn.gov<br>*Attorneys for Plaintiff*<br>*The Tohono O'odham Nation* |
| Heidi McNeil Staudenmaier<br>Brett W. Johnson<br>Sara J. Agne<br>Thomas Clees<br>Snell & Wilmer LLP<br>One Arizona Center<br>400 E. Van Buren, Suite 1900<br>Phoenix, AZ  85004-2202<br>Email: hstaudenmaier@swlaw.com<br>Email: bwjohnson@swlaw.com<br>Email: sagne@swlaw.com<br>Email: tclees@swlaw.com<br>*Attorneys for Defendant*<br>*Governor Douglas A. Ducey* | Thomas K. Chenal<br>Karen J. Hartman-Tellez<br>Office of the Arizona Attorney General<br>1275 W. Washington Street<br>Phoenix, AZ  85007<br>Email: thomas.chenal@azag.gov<br>Email: karen.hartman@azag.gov<br>*Attorneys for Defendant*<br>*Attorney General Mark Brnovich* |

s/ Phyllis I. Warren
An employee of Fennemore Craig, P.C.