UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| The Tohono O'odham Nation, | No. CV-15-01135-PHX-DGC |
| Plaintiff, | |
| v. | **ORDER GRANTING EXTENSION OF TIME** |
| Douglas Ducey, Governor of Arizona; Mark Brnovich, Arizona Attorney General; and Daniel Bergin, Director, Arizona Department of Gaming, in their official capacities, | |
| Defendants. | |

Pursuant to stipulation of the parties.  Doc. 91.

**IT IS ORDERED** that the stipulation (Doc. 91) is **granted**.  Defendant Daniel Bergin, Director, Arizona Department of Gaming, in his official capacity, shall answer or otherwise respond to Plaintiff's Complaint on or before **October 8, 2015**.

Dated this 30th day of September, 2015.

_____
David G. Campbell
United States District Judge