UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| The Tohono O'Odham Nation, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Douglas Ducey, Governor of Arizona; et al., ) <br> ) <br> Defendants. ) <br> ) | No. CV15-01135-PHX-DGC <br><br> **ORDER** |

The parties have filed a stipulated motion to extend time to respond and to enter a briefing schedule.  Doc. 94.

**IT IS ORDERED:**

1. The stipulated motion (Doc. 94) is **granted.**
2. The Nation shall respond to Defendant Bergin's counterclaims on or before **November 16, 2015**.
3. The Nation shall file its motion to dismiss on or before **November 16, 2015**.
4. Defendant Bergin shall file his response to the Nation's motion to dismiss on or before **December 16, 2015**.
5. The Nation shall file its reply in support of its motion to dismiss on or before **January 8, 2016**.

Dated this 26th day of October, 2015.

David G. Campbell
United States District Judge