| | |
|---|---|
| 1 | FENNEMORE CRAIG, P.C. |
| | Patrick Irvine (No. 006534) |
| 2 | Douglas C. Northup (No. 013987) |
| | Carrie Pixler Ryerson (No. 028072) |
| 3 | 2394 E. Camelback Road, Suite 600 |
| | Phoenix, AZ  85016-3429 |
| 4 | Telephone:  (602) 916-5000 |
| | Email:  pirvine@fclaw.com |
| 5 | Email:  dnorthup@fclaw.com |
| | Email:  cryerson@fclaw.com |
| 6 | |
| 7 | GIBSON, DUNN & CRUTCHER LLP |
| | Matthew D. McGill (*pro hac vice*) |
| 8 | 1050 Connecticut Avenue, N.W. |
| | Washington, DC  20036-5306 |
| 9 | Telephone:  (202) 955-8500 |
| | Email:  MMcGill@gibsondunn.com |
| 10 | |
| | Matthew A. Hoffman (*pro hac vice*) |
| 11 | Timothy W. Loose (*pro hac vice*) |
| | 333 South Grand Avenue |
| 12 | Los Angeles, CA  90071-3197 |
| | Telephone:  (213) 229-7000 |
| 13 | Email:  MHoffman@gibsondunn.com |
| | Email:  TLoose@gibsondunn.com |

*Attorneys for Defendant/Counterclaimant*
*Director Daniel Bergin, Arizona Department of Gaming*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| The Tohono O'odham Nation, | No. CV-15-01135-PHX-DGC |
| Plaintiff, | |
| v. | **JURY DEMAND** |
| Douglas Ducey, Governor of Arizona; Mark Brnovich, Arizona Attorney General; and Daniel Bergin, Director, Arizona Department of Gaming, in their official capacities, | |
| Defendants. | |
| Daniel Bergin, Director, Arizona Department of Gaming, in his official capacity, | |
| Counterclaimant, | |
| v. | |
| The Tohono O'odham Nation, | |
| Counterdefendant. | |

Pursuant to Rule 38(b), Federal Rules of Civil Procedure, defendant/counter-claimant Daniel Bergin, Director, Arizona Department of Gaming, demands a trial by jury on all issues in this case. Alternatively, to the extent a jury trial is not available by right, Director Bergin provides notice of an intent to request an advisory jury pursuant to Rule 39(c)(1).

DATED this 12th day of November, 2015.

FENNEMORE CRAIG, P.C.

By s/ *Douglas C. Northup*
Patrick Irvine
Douglas C. Northup
Carrie Pixler Ryerson

-and-

Matthew D. McGill
Matthew A. Hoffman
Timothy W. Loose
GIBSON, DUNN & CRUTCHER LLP

*Attorneys for Defendant/Counterclaimant Director Daniel Bergin, Arizona Department of Gaming*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 12, 2015, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

| | |
|---|---|
| Seth P. Waxman<br>Danielle Spinelli<br>Kelly P. Dunbar<br>Sonya L. Lebsack<br>Wilmer Cutler Pickering Hale & Dorr LLP<br>1875 Pennsylvania Ave. NW<br>Washington, DC  2006<br>Email:  seth.waxman@wilmerhale.com<br>Email:  danielle.spinelli@wilmerhale.com<br>Email:  kelly.dunbar@wilmerhale.com<br>Email:  sonya.lebsack@wilmerhale.com<br>*Attorneys for Plaintiff*<br>*The Tohono O'odham Nation* | Jonathan Landis Jantzen<br>Laura Lynn Berglan<br>Tohono O'odham Nation<br>Office of the Attorney General<br>P. O. Box 830<br>Sells, AZ  85634<br>Email: jonathan.jantzen@tonation-nsn.gov<br>Email: laura.berglan@tonation-nsn.gov<br>*Attorneys for Plaintiff*<br>*The Tohono O'odham Nation* |

s/ *Phyllis Warren*
An employee of Fennemore Craig, P.C.

11034701