Laura Berglan, Acting Attorney General, SBN 022120
Office of Attorney General
TOHONO O'ODHAM NATION
P.O. Box 830
Sells, AZ  85634
(520) 383-3410
laura.berglan@tonation-nsn.gov

Seth P. Waxman (*Pro hac vice*)
Danielle Spinelli (*Pro hac vice*)
Kelly P. Dunbar (*Pro hac vice*)
Sonya L. Lebsack (*Pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
(202) 663-6000
seth.waxman@wilmerhale.com
danielle.spinelli@wilmerhale.com
kelly.dunbar@wilmerhale.com
sonya.lebsack@wilmerhale.com

*Counsel for Plaintiff Tohono O'odham Nation*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| THE TOHONO O'ODHAM NATION,<br><br>              Plaintiff,<br><br>   v.<br><br>DOUGLAS DUCEY, Governor of Arizona; MARK BRNOVICH, Arizona Attorney General; and DANIEL BERGIN, Director, Arizona Department of Gaming, in their official capacities,<br><br>              Defendants. | Case No. 2:15-cv-01135-PHX-DGC<br><br>**NOTICE OF SERVICE OF THE TOHONO O'ODHAM NATION'S INITIAL DISCLOSURES** |

Pursuant to LRCiv 5.2, Plaintiff Tohono O'odham Nation hereby notifies the Court that it has provided initial disclosures to Defendant Daniel Bergin in accordance with Fed. R. Civ. P. 26(a)(1) and pursuant to the Court's November 20, 2015 case management order (Doc. 107).

Dated: December 4, 2015                Respectfully submitted,

/s/      Danielle Spinelli
Laura Berglan,
   Acting Attorney General, SBN 022120
Office of Attorney General
TOHONO O'ODHAM NATION
P.O. Box 830
Sells, AZ  85634
(520) 383-3410
laura.berglan@tonation-nsn.gov

Seth P. Waxman (*Pro hac vice*)
Danielle Spinelli (*Pro hac vice*)
Kelly P. Dunbar (*Pro hac vice*)
Sonya L. Lebsack (*Pro hac vice*)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
(202) 663-6000
seth.waxman@wilmerhale.com
danielle.spinelli@wilmerhale.com
kelly.dunbar@wilmerhale.com
sonya.lebsack@wilmerhale.com

*Counsel for Plaintiff Tohono O'odham Nation*

# CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of December, 2015, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System. All participants in the case are registered CM/ECF users and will be served by the CM/ECF System.

/s/   Danielle Spinelli
DANIELLE SPINELLI