IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Tohono O'odham Nation

    Plaintiff(s)/Petitioner(s),

vs.

Ducey et al.

    Defendant(s)/Respondent(s)

CASE NO: 2:15-cv-01135-PHX-DGC

Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(2)

FILED ___ LODGED
___ RECEIVED ___ COPY
JAN 08 2015
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

**NOTICE: $35.00 APPLICATION FEE REQUIRED!**

I, Kevin M. Lamb, hereby apply to the Court under LRCiv 83.1(b)(2) for pro hac vice admission to appear and practice in this action on behalf of Tohono O'odham Nation.

**City and State of Principal Residence:** Washington, DC
**Firm Name:** Wilmer Cutler Pickering Hale and Dorr LLP
**Address:** 1875 Pennsylvania Avenue NW    **Suite:**
**City:** Washington    **State:** DC    **Zip:** 20005
**Firm/Business Phone:** (202) 663-6000
**Firm Fax Phone:** (202) 663-6363    **E-mail Address:** kevin.lamb@wilmerhale.com

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? |
|---|---|---|
| United States District Court for the District of Connecticut | 01/04/2016 | ☑ Yes ☐ No* |
| | | ☐ Yes ☐ No* |
| | | ☐ Yes ☐ No* |

* Explain:

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
|---|---|---|
| | | |
| | | |

* Explain:

ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.
*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*
Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?   ☐ Yes ☑ No
Have you ever been disbarred from practice in any Court?   ☐ Yes ☑ No

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), and will subscribe to receive court notices as required by LRCiv 83.1(c).

1/5/16
**Date**
**Fee Receipt #** PHX16045

*Signature of Applicant*

(Rev. 04/12)

AO 136A (Rev. 10/13) Certificate of Good Standing — Court of Appeals

# UNITED STATES COURT OF APPEALS

FOR THE  Connecticut   CIRCUIT

## CERTIFICATE OF GOOD STANDING

I, Francesca Anastasio , Clerk of this Court,

certify that  Kevin Matthew Lamb  was duly admitted

to practice in this Court on  01/04/2016 , and is in good standing in this Court.
                                (Date)

Dated at  New Haven, Connecticut   on  01/04/2016
              (Location)                              (Date)

ROBERTA D. TABORA
_____
CLERK

_____
DEPUTY CLERK