| | |
|---|---|
| Paul K. Charlton, SBN 012449 | Seth P. Waxman (*Pro hac vice*) |
| Karl M. Tilleman, SBN 013435 | Danielle Spinelli (*Pro hac vice*) |
| Erin N. Bass, SBN 030104 | Kelly P. Dunbar (*Pro hac vice*) |
| STEPTOE & JOHNSON LLP | Sonya L. Lebsack (*Pro hac vice*) |
| 201 E. Washington Street | WILMER CUTLER PICKERING |
| Suite 1600 | HALE AND DORR LLP |
| Phoenix, AZ  85004 | 1875 Pennsylvania Avenue, N.W. |
| (602) 257-5200 | Washington, D.C.  20006 |
| pcharlton@steptoe.com | (202) 663-6000 |
| ktilleman@steptoe.com | seth.waxman@wilmerhale.com |
| ebass@steptoe.com | danielle.spinelli@wilmerhale.com |
| | kelly.dunbar@wilmerhale.com |
| | sonya.lebsack@wilmerhale.com |

Laura Berglan, Acting Attorney General, SBN 022120
Office of Attorney General
TOHONO O'ODHAM NATION
P.O. Box 830
Sells, AZ  85634
(520) 383-3410
laura.berglan@tonation-nsn.gov

*Counsel for Plaintiff Tohono O'odham Nation*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| THE TOHONO O'ODHAM NATION, | Case No. 2:15-cv-01135-DGC |
| Plaintiff, | |
| v. | **NOTICE OF ASSOCIATION OF COUNSEL** |
| DOUGLAS DUCEY, Governor of Arizona; MARK BRNOVICH, Arizona Attorney General; and DANIEL BERGIN, Director, Arizona Department of Gaming, in their official capacities, | |
| Defendants. | |

1    Pursuant to Local Rule 83.3, notice is hereby given that Steptoe & Johnson LLP,

2   by and through Paul K. Charlton, Karl M. Tilleman and Erin N. Bass, is hereby

3   associated with the Office of Attorney General of the Tohono O'odham Nation and

4   Wilmer Cutler Pickering Hale and Dorr LLP as counsel of record for Plaintiff Tohono

5   O'odham Nation in the above-referenced matter.

6    DATED this 12th day of February, 2016.

7    STEPTOE & JOHNSON LLP

8

9    /s/ Karl M. Tilleman
     Paul K. Charlton
10   Karl M. Tilleman
     Erin N. Bass
11   STEPTOE & JOHNSON LLP
     201 E. Washington Street
12   Suite 1600
     Phoenix, AZ  85004
13   (602) 257-5200
14
15   Laura Berglan, Acting Attorney General
     Office of Attorney General
16   TOHONO O'ODHAM NATION
     P.O. Box 830
17   Sells, AZ  85634
     (520) 383-3410
18
19
     Seth P. Waxman (*Pro hac vice*)
20   Danielle Spinelli (*Pro hac vice*)
     Kelly P. Dunbar (*Pro hac vice*)
21   Sonya L. Lebsack (*Pro hac vice*)
22   WILMER CUTLER PICKERING
     HALE AND DORR LLP
23   1875 Pennsylvania Avenue, N.W.
     Washington, D.C. 20006
24   (202) 663-6000
25
     *Counsel for Plaintiff Tohono O'odham Nation*
26

27

28

1

**CERTIFICATE OF SERVICE**

2          I hereby certify that on this 12th day of February, 2016, I caused the foregoing

3  document to be served via email upon the following persons to the addresses noted

4  below:

5     Patrick Irvine (No. 006534)              Matthew D. McGill (*pro hac vice*)
      Douglas C. Northup (No. 013987)          Matthew A. Hoffman (*pro hac vice*)
6     Carrie Pixler Ryerson (No. 028072)       Timothy W. Loose (*pro hac vice*)
7     Fennemore Craig, P.C.                    Gibson, Dunn & Crutcher LLP
      2394 E. Camelback Road, Suite 600        1050 Connecticut Avenue N.W.
8     Phoenix, AZ  85016-3429                  Washington, DC  20036
9     (602) 916-5000                           (202) 955-8500
      pirvine@fclaw.com                        mmcgill@gibsondunn.com
10    dnorthup@fclaw.com                       mhoffman@gibsondunn.com
11    cryerson@fclaw.com                       tloose@gibsondunn.com

12                                             *Attorneys for Defendant*
                                               *Director Daniel Bergin*
13                                             *Arizona Department of Gaming*

14

15

16

17                              /s/    Karl M. Tilleman

18

19

20

21

22

23

24

25

26

27

28