Heidi McNeil Staudenmaier (#010387)
Brett W. Johnson (#021527)
Sara J. Agne (#026950)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona  85004-2202
Telephone:  602.382.6000
Facsimile:  602.382.6070
E-Mail: hstaudenmaier@swlaw.com
bwjohnson@swlaw.com
sagne@swlaw.com
Attorneys for Defendant Douglas Ducey, Governor
         of Arizona

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| The Tohono O'odham Nation,<br><br>  Plaintiff,<br><br>  v.<br><br>Douglas Ducey, Governor of Arizona; Mark Brnovich, Arizona Attorney General; and Daniel Bergin, Director, Arizona Department of Gaming, in their official capacities,<br><br>  Defendants. | No. 2:15-cv-01135-SPL<br><br>**NOTICE OF REVISED ASSOCIATION OF COUNSEL** |

Pursuant to LRCiv. 83.3(b)(4), Dismissed Defendant Douglas Ducey, Governor of Arizona, through counsel, hereby gives notice that Thomas Clees has departed the firm of Snell & Wilmer, L.L.P., and is no longer counsel for Governor Ducey.  Mr. Clees may be removed from the CM/ECF system for this case.  Heidi McNeil Staudenmaier, Brett W. Johnson and Sara J. Agne of the firm of Snell & Wilmer, L.L.P., continue to represent Governor Ducey for purposes of this matter as necessary. The mailing address, email addresses and phone numbers for counsel for Governor Ducey remain the same as noted on this Court's docket for this case—with the exception of the removal of Mr. Clees—and are those listed at the top of this Notice.

DATED March 1, 2016.

                    Respectfully submitted,

                    SNELL & WILMER L.L.P.

By: */s/ Sara J. Agne*
    Heidi McNeil Staudenmaier
    Brett W. Johnson
    Sara J. Agne
    One Arizona Center
    400 E. Van Buren, Suite 1900
    Phoenix, Arizona 85004-2202
    Attorneys for Defendant Doug Ducey, Governor of Arizona

**CERTIFICATE OF SERVICE**

I hereby certify that on March 1, 2016, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a notice of electronic filing to the EM/ECF registrants.

 */s/ Tracy Hobbs*

23613016

- 3 -