1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

FENNEMORE CRAIG, P.C.
Patrick Irvine (No. 006534)
Douglas C. Northup (No. 013987)
Carrie Pixler Ryerson (No. 028072)
2394 E. Camelback Road, Suite 600
Phoenix, AZ  85016-3429
Telephone:  (602) 916-5000
Email:  pirvine@fclaw.com
Email:  dnorthup@fclaw.com
Email:  cryerson@fclaw.com

GIBSON, DUNN & CRUTCHER LLP
Matthew D. McGill (*admitted pro hac vice*)
Matthew A. Hoffman (*admitted pro hac vice*)
Timothy W. Loose (*admitted pro hac vice*)
1050 Connecticut Avenue N.W.
Washington, DC  20036
Telephone:  (202) 955-8500
Email:  mmcgill@gibsondunn.com
Email:  mhoffman@gibsondunn.com
Email:  tloose@gibsondunn.com

*Attorneys for Defendant*
*Director Daniel Bergin, Arizona Department*
*of Gaming*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| The Tohono O'odham Nation, | No. 2:15-cv-01135-DGC |
|---|---|
| Plaintiff, | |
| v. | **DEFENDANT DANIEL BERGIN'S NOTICE OF SERVICE OF DISCOVERY** |
| Douglas Ducey, Governor of Arizona; Mark Brnovich, Arizona Attorney General; and Daniel Bergin, Director, Arizona Department of Gaming, in their official capacities, | |
| Defendants. | |

1        Defendant Daniel Bergin hereby gives notice that he has served his (1) First Set of

2  Non-Uniform Interrogatories, and (2) Second Set of Requests for Production on counsel

3  of record for Plaintiff Tohono O'odham Nation via e-mail and U.S. Mail.

4

5        DATED this 8th day of March, 2016.

6                            GIBSON, DUNN & CRUTCHER LLP

7

8                    By   /s/ Matthew A. Hoffman

9                     Matthew D. McGill

10                    Matthew A. Hoffman

Timothy W. Loose

11                    -and-

12                    Patrick Irvine

Douglas C. Northup

13                    Carrie Pixler Ryerson

14                    FENNEMORE CRAIG, P.C.

15                    *Attorneys for Defendant*

*Director Daniel Bergin, Arizona*

16                    *Department of Gaming*

17

18

19

20

21

22

23

24

25

26

**CERTIFICATE OF SERVICE**

I hereby certify that on March 8, 2016, I caused the foregoing document to be served upon the following persons via email to the addresses noted below:

Seth P. Waxman
Danielle Spinelli
Kelly P. Dunbar
Sonya L. Lebsack
Wilmer Cutler Pickering Hale & Dorr LLP
1875 Pennsylvania Ave. NW
Washington, DC 2006
Email: seth.waxman@wilmerhale.com
Email: danielle.spinelli@wilmerhale.com
Email: kelly.dunbar@wilmerhale.com
Email: sonya.lebsack@wilmerhale.com
*Attorneys for Plaintiff*
*The Tohono O'odham Nation*

Jonathan Landis Jantzen
Laura Lynn Berglan
Tohono O'odham Nation
Office of the Attorney General
P. O. Box 830
Sells, AZ 85634
Email: jonathan.jantzen@tonation-nsn.gov
Email: laura.berglan@tonation-nsn.gov
*Attorneys for Plaintiff*
*The Tohono O'odham Nation*

Paul K. Charlton
Karl M. Tilleman
Erin N. Bass
Steptoe & Johnson LLP
201 E. Washington Street
Suite 1600
Phoenix, AZ 84004
Email: pcharlton@steptoe.com
Email: ktilleman@steptoe.com
Email: ebass@steptoe.com
*Attorneys for Plaintiff*
*The Tohono O'odham Nation*

Thomas K. Chenal
Karen J. Hartman-Tellez
Office of the Arizona Attorney General
1275 W. Washington Street
Phoenix, AZ 85007
Email: thomas.chenal@azag.gov
Email: karen.hartman@azag.gov
*Attorneys for Defendant*
*Attorney General Mark Brnovich*

Heidi McNeil Staudenmaier
Brett W. Johnson
Sara J. Agne
Snell & Wilmer LLP
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, AZ 85004-2202
Email: hstaudenmaier@swlaw.com
Email: bwjohnson@swlaw.com
Email: sagne@swlaw.com
*Attorneys for Defendant*
*Governor Douglas A. Ducey*

/s/ Judy Levine
An employee of Gibson, Dunn & Crutcher LLP