FENNEMORE CRAIG, P.C.
Patrick Irvine (No. 006534)
Douglas C. Northup (No. 013987)
Carrie Pixler Ryerson (No. 028072)
2394 E. Camelback Road, Suite 600
Phoenix, AZ 85016-3429
Telephone: (602) 916-5000
Email: pirvine@fclaw.com
Email: dnorthup@fclaw.com
Email: cryerson@fclaw.com

GIBSON, DUNN & CRUTCHER LLP
Matthew D. McGill (*pro hac vice*)
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: (202) 955-8500
Email: MMcGill@gibsondunn.com

Matthew A. Hoffman (*pro hac vice*)
Timothy W. Loose (*pro hac vice*)
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: (213) 229-7000
Email: MHoffman@gibsondunn.com
Email: TLoose@gibsondunn.com

*Attorneys for Defendant/Counterclaimant Director Daniel Bergin, Arizona Department of Gaming*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| The Tohono O'odham Nation,<br><br>    Plaintiff,<br><br>    v.<br><br>Douglas Ducey, Governor of Arizona; Mark Brnovich, Arizona Attorney General; and Daniel Bergin, Director, Arizona Department of Gaming, in their official capacities,<br><br>    Defendants. | No. CV-15-01135-PHX-DGC<br><br>**NOTICE OF SERVICE OF DEFENDANT BERGIN'S RESPONSES TO PLAINTIFF'S FIRST REQUESTS FOR PRODUCTION AND FIRST SET OF NON-UNIFORM INTERROGATORIES** |
| Daniel Bergin, Director, Arizona Department of Gaming, in his official capacity,<br><br>    Counterclaimant,<br><br>    v.<br><br>The Tohono O'odham Nation,<br><br>    Counterdefendant. | |

1   Pursuant to LRCiv 5.2, Defendant Bergin gives notice that on April 5, 2016, he
2   served via email counsel for Plaintiff The Tohono O'odham Nation with the following:
3   (1) Defendant Bergin's Response to The Tohono O'odham Nation's First Requests for
4   Production; and (2) Defendant Bergin's Response to The Tohono O'odham Nation's First
5   Set of Non-Uniform Interrogatories.
6   DATED this 5th day of April, 2016.

7                                         FENNEMORE CRAIG, P.C.

9                                         By */s/ Carrie Pixler Ryerson*
10                                            Patrick Irvine
                                              Douglas C. Northup
11                                            Carrie Pixler Ryerson

12                                            -and-

13                                            Matthew D. McGill
                                              Matthew A. Hoffman
14                                            Timothy W. Loose
                                              GIBSON, DUNN & CRUTCHER LLP

15                                            *Attorneys for Defendant/Counterclaimant*
16                                            *Director Daniel Bergin, Arizona*
                                              *Department of Gaming*

FENNEMORE CRAIG, P.C.
PHOENIX

11361951

**CERTIFICATE OF SERVICE**

I hereby certify that on April 5, 2016, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Seth P. Waxman
Danielle Spinelli
Kelly P. Dunbar
Sonya L. Lebsack
Kevin M. Lamb
Wilmer Cutler Pickering Hale & Dorr LLP
1875 Pennsylvania Ave. NW
Washington, DC  20006
Email:  seth.waxman@wilmerhale.com
Email:  danielle.spinelli@wilmerhale.com
Email:  kelly.dunbar@wilmerhale.com
Email:  sonya.lebsack@wilmerhale.com
Email:  kevin.lamb@wilmehale.com
*Attorneys for Plaintiff*
*The Tohono O'odham Nation*

Jonathan Landis Jantzen
Laura Lynn Berglan
Tohono O'odham Nation
Office of the Attorney General
P. O. Box 830
Sells, AZ  85634
Email: jonathan.jantzen@tonation-nsn.gov
Email: laura.berglan@tonation-nsn.gov
*Attorneys for Plaintiff*
*The Tohono O'odham Nation*

Paul K. Charlton
Karl M. Tilleman
Erin N. Bass
Steptoe & Johnson LLP
201 E. Washington St., Suite 1600
Phoenix, AZ  85004
Email:  pcharlton@steptoe.com
Email:  ktilleman@steptoe.com
Email:  ebass@steptoe.com
*Attorneys for Plaintiff*
*The Tohono O'odham Nation*

　　　　　　　　　　　　　　*/s/ Julie Calvano Tolby*
　　　　　　　　　　　　　An employee of Fennemore Craig, P.C.