Paul K. Charlton, SBN 012449
Karl M. Tilleman, SBN 013435
Erin N. Bass, SBN 030104
STEPTOE & JOHNSON LLP
201 E. Washington Street
Suite 1600
Phoenix, AZ  85004
(602) 257-5200
pcharlton@steptoe.com
ktilleman@steptoe.com
ebass@steptoe.com

Seth P. Waxman (*Pro hac vice*)
Danielle Spinelli (*Pro hac vice*)
Kelly P. Dunbar (*Pro hac vice*)
Sonya L. Lebsack (*Pro hac vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
(202) 663-6000
seth.waxman@wilmerhale.com
danielle.spinelli@wilmerhale.com
kelly.dunbar@wilmerhale.com
sonya.lebsack@wilmerhale.com

Laura Berglan, Acting Attorney General, SBN 022120
Office of Attorney General
TOHONO O'ODHAM NATION
P.O. Box 830
Sells, AZ  85634
(520) 383-3410
laura.berglan@tonation-nsn.gov

*Counsel for Plaintiff Tohono O'odham Nation*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| THE TOHONO O'ODHAM NATION,<br><br>                    Plaintiff,<br><br>     v.<br><br>DOUGLAS DUCEY, Governor of Arizona; MARK BRNOVICH, Arizona Attorney General; and DANIEL BERGIN, Director, Arizona Department of Gaming, in their official capacities,<br><br>                    Defendants. | Case No. 2:15-cv-01135-DGC<br><br>**PLAINTIFF'S NOTICE OF SERVICE OF DISCOVERY** |

9009188

1  Plaintiff Tohono O'odham Nation hereby gives notice that it has served (1) Responses to Daniel Bergin's First Set of Non-Uniform Interrogatories and (2) Responses to Daniel Bergin's Second Set of Requests for Production on counsel of record for Defendant Bergin via E-mail and U.S. Mail.

DATED this 13th day of April, 2016.

STEPTOE & JOHNSON LLP


/s/ Karl M. Tilleman
Paul K. Charlton
Karl M. Tilleman
Erin N. Bass
STEPTOE & JOHNSON LLP
201 E. Washington Street
Suite 1600
Phoenix, AZ  85004
(602) 257-5200

Laura Berglan, Acting Attorney General
Office of Attorney General
TOHONO O'ODHAM NATION
P.O. Box 830
Sells, AZ  85634
(520) 383-3410

Seth P. Waxman (*Pro hac vice*)
Danielle Spinelli (*Pro hac vice*)
Kelly P. Dunbar (*Pro hac vice*)
Sonya L. Lebsack (*Pro hac vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
(202) 663-6000

*Counsel for Plaintiff Tohono O'odham Nation*

9009188

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of April, 2016, I caused the foregoing document to be served via email upon the following persons to the addresses noted below:

| | |
|---|---|
| Patrick Irvine (No. 006534) | Matthew D. McGill (*pro hac vice*) |
| Douglas C. Northup (No. 013987) | Matthew A. Hoffman (*pro hac vice*) |
| Carrie Pixler Ryerson (No. 028072) | Timothy W. Loose (*pro hac vice*) |
| Fennemore Craig, P.C. | Gibson, Dunn & Crutcher LLP |
| 2394 E. Camelback Road, Suite 600 | 1050 Connecticut Avenue N.W. |
| Phoenix, AZ  85016-3429 | Washington, DC  20036 |
| (602) 916-5000 | (202) 955-8500 |
| pirvine@fclaw.com | mmcgill@gibsondunn.com |
| dnorthup@fclaw.com | mhoffman@gibsondunn.com |
| cryerson@fclaw.com | tloose@gibsondunn.com |

*Attorneys for Defendant*
*Director Daniel Bergin*
*Arizona Department of Gaming*

/s/   Beth Hardin

9009188