Paul K. Charlton, SBN 012449
Karl M. Tilleman, SBN 013435
Erin N. Bass, SBN 030104
STEPTOE & JOHNSON LLP
201 E. Washington Street
Suite 1600
Phoenix, AZ  85004
(602) 257-5200
pcharlton@steptoe.com
ktilleman@steptoe.com
ebass@steptoe.com

Seth P. Waxman (*Pro hac vice*)
Danielle Spinelli (*Pro hac vice*)
Kelly P. Dunbar (*Pro hac vice*)
Sonya L. Lebsack (*Pro hac vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
(202) 663-6000
seth.waxman@wilmerhale.com
danielle.spinelli@wilmerhale.com
kelly.dunbar@wilmerhale.com
sonya.lebsack@wilmerhale.com

Laura Berglan, Acting Attorney General, SBN 022120
Office of Attorney General
TOHONO O'ODHAM NATION
P.O. Box 830
Sells, AZ  85634
(520) 383-3410
laura.berglan@tonation-nsn.gov

*Counsel for Plaintiff Tohono O'odham Nation*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| THE TOHONO O'ODHAM NATION,<br><br>             Plaintiff,<br><br>     v.<br><br>DOUGLAS DUCEY, Governor of Arizona; MARK BRNOVICH, Arizona Attorney General; and DANIEL BERGIN, Director, Arizona Department of Gaming, in their official capacities,<br><br>             Defendants. | Case No. 2:15-cv-01135-DGC<br><br>**PLAINTIFF'S NOTICE OF SERVICE OF DISCOVERY** |

Doc. # DC-9130503 v.1

1    Plaintiff Tohono O'odham Nation hereby gives notice that it has served (1) The
2 Tohono O'odham Nation's Second Set of Non-Uniform Interrogatories to Defendant
3 Bergin; (2) The Tohono O'odham Nation's Second Requests for Production to Defendant
4 Bergin; and (3) The Tohono O'odham Nation's First Set of Requests for Admission to
5 Defendant Bergin on counsel of record for Defendant Bergin via E-mail and U.S. Mail.

6    DATED this 21st day of April, 2016.

7                                     STEPTOE & JOHNSON LLP

9                                     /s/ Karl M. Tilleman
                                      Paul K. Charlton
10                                    Karl M. Tilleman
                                      Erin N. Bass
11                                    STEPTOE & JOHNSON LLP
12                                    201 E. Washington Street
                                      Suite 1600
13                                    Phoenix, AZ  85004
14                                    (602) 257-5200

15                                    Laura Berglan, Acting Attorney General
                                      Office of Attorney General
16                                    TOHONO O'ODHAM NATION
17                                    P.O. Box 830
                                      Sells, AZ  85634
18                                    (520) 383-3410

19
                                      Seth P. Waxman (*Pro hac vice*)
20                                    Danielle Spinelli (*Pro hac vice*)
                                      Kelly P. Dunbar (*Pro hac vice*)
21                                    Sonya L. Lebsack (*Pro hac vice*)
22                                    WILMER CUTLER PICKERING
                                      HALE AND DORR LLP
23                                    1875 Pennsylvania Avenue, N.W.
24                                    Washington, D.C. 20006
                                      (202) 663-6000
25
26                                    *Counsel for Plaintiff Tohono O'odham Nation*

27

28

# CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of April, 2016, I caused the foregoing document to be served via email upon the following persons to the addresses noted below:

| | |
|---|---|
| Patrick Irvine (No. 006534) | Matthew D. McGill (*pro hac vice*) |
| Douglas C. Northup (No. 013987) | Matthew A. Hoffman (*pro hac vice*) |
| Carrie Pixler Ryerson (No. 028072) | Timothy W. Loose (*pro hac vice*) |
| Fennemore Craig, P.C. | Gibson, Dunn & Crutcher LLP |
| 2394 E. Camelback Road, Suite 600 | 1050 Connecticut Avenue N.W. |
| Phoenix, AZ  85016-3429 | Washington, DC  20036 |
| (602) 916-5000 | (202) 955-8500 |
| pirvine@fclaw.com | mmcgill@gibsondunn.com |
| dnorthup@fclaw.com | mhoffman@gibsondunn.com |
| cryerson@fclaw.com | tloose@gibsondunn.com |

*Attorneys for Defendant*
*Director Daniel Bergin*
*Arizona Department of Gaming*

/s/   Beth Hardin

Doc. # DC-9130503 v.1