Paul K. Charlton, SBN 012449
Karl M. Tilleman, SBN 013435
Erin N. Bass, SBN 030104
STEPTOE & JOHNSON LLC
201 E. Washington Street
Suite 1600
Phoenix, AZ 85004
(602) 257-5200
pcharlton@steptoe.com
ktilleman@steptoe.com
ebass@steptoe.com

Danielle Spinelli (*Pro hac vice*)
Kelly P. Dunbar (*Pro hac vice*)
Sonya L. Lebsack (*Pro hac vice*)
Kevin M. Lamb (*Pro hac vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
(202) 663-6000
danielle.spinelli@wilmerhale.com
kelly.dunbar@wilmerhale.com
sonya.lebsack@wilmerhale.com
kevin.lamb@wilmerhale.com

Laura Berglan, Acting Attorney General, SBN 022120
Office of Attorney General
TOHONO O'ODHAM NATION
P.O. Box 830
Sells, AZ 85634
(520) 383-3410
laura.berglan@tonation-nsn.gov

Counsel for Plaintiff Tohono O'odham Nation

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| THE TOHONO O'ODHAM NATION,<br><br>Plaintiff,<br><br>v.<br><br>DOUGLAS DUCEY, Governor of Arizona; MARK BRNOVICH, Arizona Attorney General; and DANIEL BERGIN, Director, Arizona Department of Gaming, in their official capacities,<br><br>Defendants. | Case No. 2:15-cv-01135-DGC<br><br>**NOTICE OF THE DEPOSITION OF DANIEL BERGIN** |

**YOU ARE HEREBY NOTIFIED** that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, the deposition will be taken upon oral examination of the person whose name and address is stated below at the time and place stated below before an officer authorized by law to administer oaths. The deposition shall be recorded stenographically.

PERSON TO BE EXAMINED:   Defendant Daniel Bergin

DATE OF DEPOSITION:   May 20, 2016

TIME OF DEPOSITION:   9:00 a.m. (PST)

PLACE OF DEPOSITION:   STEPTOE & JOHNSON LLP
Collier Center
201 E. Washington Street, Suite 1600
Phoenix, Arizona 85004-2382
Telephone: (602) 257-5200

The deposition shall be used for discovery purposes and may be introduced as evidence in the trial of the above-captioned action.

Dated: April 21, 2016    Respectfully submitted,

*/s/ Paul K. Charlton*

Paul K. Charlton
Karl M. Tilleman
Erin N. Bass
STEPTOE & JOHNSON LLP
201 E. Washington Street

Doc. # DC-9128379 v.1

Suite 1600
Phoenix, AZ 85004
(602) 257-5200
pcharlton@steptoe.com
ktilleman@steptoe.com
ebass@steptoe.com

Laura Berglan,
  Acting Attorney General,
Office of Attorney General
TOHONO O'ODHAM NATION
P.O. Box 830
Sells, AZ 85634
(520) 383-3410
laura.berglan@tonation-nsn.gov

*Counsel for Plaintiff Tohono O'odham Nation*

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of April, 2016, I caused the foregoing document to be served via email upon the following persons to the addresses noted below:

Patrick Irvine (No. 006534)
Douglas C. Northup (No. 013987)
Carrie Pixler Ryerson (No. 028072)
Fennemore Craig, P.C.
2394 E. Camelback Road, Suite 600
Phoenix, AZ 85016-3429
(602) 916-5000
pirvine@fclaw.com
dnorthup@fclaw.com
cryerson@fclaw.com

Matthew D. McGill (*pro hac vice*)
Matthew A. Hoffman (*pro hac vice*)
Timothy W. Loose (*pro hac vice*)
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue N.W.
Washington, DC 20036
(202) 955-8500
mmcgill@gibsondunn.com
mhoffman@gibsondunn.com
tloose@gibsondunn.com

*Attorneys for Defendant
Director Daniel Bergin
Arizona Department of Gaming*

/s/ Beth Hurd