Paul K. Charlton, SBN 012449
Karl M. Tilleman, SBN 013435
Erin N. Bass, SBN 030104
STEPTOE & JOHNSON LLC
201 E. Washington Street
Suite 1600
Phoenix, AZ  85004
(602) 257-5200
pcharlton@steptoe.com
ktilleman@steptoe.com
ebass@steptoe.com

Danielle Spinelli (*Pro hac vice*)
Kelly P. Dunbar (*Pro hac vice*)
Sonya L. Lebsack (*Pro hac vice*)
Kevin M. Lamb (*Pro hac vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
(202) 663-6000
danielle.spinelli@wilmerhale.com
kelly.dunbar@wilmerhale.com
sonya.lebsack@wilmerhale.com
kevin.lamb@wilmerhale.com

Laura Berglan, Acting Attorney General, SBN 022120
Office of Attorney General
TOHONO O'ODHAM NATION
P.O. Box 830
Sells, AZ  85634
(520) 383-3410
laura.berglan@tonation-nsn.gov

*Counsel for Plaintiff Tohono O'odham Nation*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| THE TOHONO O'ODHAM NATION,<br><br>                        Plaintiff,<br><br>     v.<br><br>DOUGLAS DUCEY, Governor of Arizona; MARK BRNOVICH, Arizona Attorney General; and DANIEL BERGIN, Director, Arizona Department of Gaming, in their official capacities,<br><br>                        Defendants. | Case No. 2:15-cv-01135-DGC<br><br>**NOTICE OF THE DEPOSITION OF IAN MACPHERSON** |

Doc. # DC-9152542 v.1

1  **YOU ARE HEREBY NOTIFIED** that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, the deposition will be taken upon oral examination of the person whose name and address is stated below at the time and place stated below before an officer authorized by law to administer oaths. The deposition shall be recorded stenographically.

| | |
|---|---|
| PERSON TO BE EXAMINED: | Ian MacPherson |
| DATE OF DEPOSITION: | May 27, 2016 |
| TIME OF DEPOSITION: | 9:00 a.m. |
| PLACE OF DEPOSITION: | STEPTOE & JOHNSON LLP<br>Collier Center<br>201 E. Washington Street, Suite 1600<br>Phoenix, Arizona 85004-2382<br>Telephone: (602) 257-5200 |

The deposition shall be used for discovery purposes and may be introduced as evidence in the trial of the above-captioned action.

Dated: May 3, 2016        Respectfully submitted,

                              s/ Karl M. Tilleman
                              Paul K. Charlton
                              Karl M. Tilleman
                              Erin N. Bass
                              STEPTOE & JOHNSON LLP
                              201 E. Washington Street
                              Suite 1600
                              Phoenix, AZ 85004
                              (602) 257-5200
                              pcharlton@steptoe.com
                              ktilleman@steptoe.com
                              ebass@steptoe.com

Laura Berglan,
Acting Attorney General,
Office of Attorney General
TOHONO O'ODHAM NATION
P.O. Box 830
Sells, AZ  85634
(520) 383-3410
laura.berglan@tonation-nsn.gov

*Counsel for Plaintiff Tohono O'odham Nation*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of May, 2016, I electronically transmitted the foregoing document to the Clerk's office using the CM/ECF system, which will send a notice of filing to all counsel of record.

                                                    Beth Hardin

Doc. # DC-9152542 v.1