Paul K. Charlton, SBN 012449
Karl M. Tilleman, SBN 013435
Erin N. Bass, SBN 030104
STEPTOE & JOHNSON LLC
201 E. Washington Street
Suite 1600
Phoenix, AZ  85004
(602) 257-5200
pcharlton@steptoe.com
ktilleman@steptoe.com
ebass@steptoe.com

Danielle Spinelli (*Pro hac vice*)
Kelly P. Dunbar (*Pro hac vice*)
Sonya L. Lebsack (*Pro hac vice*)
Kevin M. Lamb (*Pro hac vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
(202) 663-6000
danielle.spinelli@wilmerhale.com
kelly.dunbar@wilmerhale.com
sonya.lebsack@wilmerhale.com
kevin.lamb@wilmerhale.com

Laura Berglan, Acting Attorney General, SBN 022120
Office of Attorney General
TOHONO O'ODHAM NATION
P.O. Box 830
Sells, AZ  85634
(520) 383-3410
laura.berglan@tonation-nsn.gov

*Counsel for Plaintiff Tohono O'odham Nation*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| THE TOHONO O'ODHAM NATION,<br><br>                    Plaintiff,<br><br>      v.<br><br>DOUGLAS DUCEY, Governor of Arizona; MARK BRNOVICH, Arizona Attorney General; and DANIEL BERGIN, Director, Arizona Department of Gaming, in their official capacities,<br><br>                    Defendants. | Case No. 2:15-cv-01135-DGC<br><br>**NOTICE OF THE DEPOSITION OF PAUL MICHAEL BIELECKI** |

Doc. # DC-9143168 v.1

1 **YOU ARE HEREBY NOTIFIED** that, pursuant to Rule 30 of the Federal Rules
2 of Civil Procedure, the deposition will be taken upon oral examination of the person
3 whose name and address is stated below at the time and place stated below before an
4 officer authorized by law to administer oaths. The deposition shall be recorded
5 stenographically.

PERSON TO BE EXAMINED:   Paul Michael Bielecki

DATE OF DEPOSITION:   June 1, 2016

TIME OF DEPOSITION:   9:00 a.m.

PLACE OF DEPOSITION:   STEPTOE & JOHNSON LLP
Collier Center
201 E. Washington Street, Suite 1600
Phoenix, Arizona 85004-2382
Telephone: (602) 257-5200

The deposition shall be used for discovery purposes and may be introduced as evidence in the trial of the above-captioned action.

Dated: May 3, 2016       Respectfully submitted,

                    s/ Karl M. Tilleman
                    Paul K. Charlton
                    Karl M. Tilleman
                    Erin N. Bass
                    STEPTOE & JOHNSON LLP
                    201 E. Washington Street
                    Suite 1600
                    Phoenix, AZ 85004
                    (602) 257-5200
                    pcharlton@steptoe.com
                    ktilleman@steptoe.com
                    ebass@steptoe.com

| | |
|---|---|
| 1 | Laura Berglan, |
| 2 | Acting Attorney General, |
| | Office of Attorney General |
| 3 | TOHONO O'ODHAM NATION |
| | P.O. Box 830 |
| 4 | Sells, AZ  85634 |
| 5 | (520) 383-3410 |
| | laura.berglan@tonation-nsn.gov |
| 6 | |
| 7 | *Counsel for Plaintiff Tohono O'odham Nation* |

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of May, 2016, I electronically transmitted the foregoing document to the Clerk's office using the CM/ECF system, which will send a notice of filing to all counsel of record.

                                                  Beth Hardin

Doc. # DC-9143168 v.1