1  Paul K. Charlton, SBN 012449
2  Karl M. Tilleman, SBN 013435
   Erin N. Bass, SBN 030104
3  STEPTOE & JOHNSON LLC
   201 E. Washington Street
4  Suite 1600
   Phoenix, AZ  85004
5  (602) 257-5200
   pcharlton@steptoe.com
6  ktilleman@steptoe.com
   ebass@steptoe.com
7

Danielle Spinelli (*Pro hac vice*)
Kelly P. Dunbar (*Pro hac vice*)
Sonya L. Lebsack (*Pro hac vice*)
Kevin M. Lamb (*Pro hac vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
(202) 663-6000
danielle.spinelli@wilmerhale.com
kelly.dunbar@wilmerhale.com
8  sonya.lebsack@wilmerhale.com
   kevin.lamb@wilmerhale.com
9

10 Laura Berglan, Acting Attorney General, SBN 022120
11 Office of Attorney General
   TOHONO O'ODHAM NATION
12 P.O. Box 830
   Sells, AZ  85634
13 (520) 383-3410
14 laura.berglan@tonation-nsn.gov

15 *Counsel for Plaintiff Tohono O'odham Nation*

16

17                 UNITED STATES DISTRICT COURT
18                  FOR THE DISTRICT OF ARIZONA

19

20 THE TOHONO O'ODHAM NATION,

21                              Plaintiff,
        v.
22

23 DOUGLAS DUCEY, Governor of Arizona;
   MARK BRNOVICH, Arizona Attorney General;
24 and DANIEL BERGIN, Director, Arizona
   Department of Gaming, in their official
25 capacities,

26                              Defendants.

27

28

Case No. 2:15-cv-01135-DGC

**NOTICE OF THE DEPOSITION
OF STEPHEN M. HART**

Doc. # DC-9143162 v.1

1    **YOU ARE HEREBY NOTIFIED** that, pursuant to Rule 30 of the Federal Rules

2  of Civil Procedure, the deposition will be taken upon oral examination of the person

3  whose name and address is stated below at the time and place stated below before an

4  officer authorized by law to administer oaths. The deposition shall be recorded

5  stenographically.

6

7  PERSON TO BE EXAMINED:    Stephen M. Hart

8  DATE OF DEPOSITION:         June 3, 2016

9  TIME OF DEPOSITION:         9:00 a.m.

10

11 PLACE OF DEPOSITION:        STEPTOE & JOHNSON LLP
                              Collier Center
12                            201 E. Washington Street, Suite 1600
13                            Phoenix, Arizona  85004-2382
                              Telephone:  (602) 257-5200
14

15      The deposition shall be used for discovery purposes and may be introduced as
16 evidence in the trial of the above-captioned action.
17

18 Dated:  May 3, 2016         Respectfully submitted,
19

20
                              s/ Karl M. Tilleman
21                            Paul K. Charlton
                              Karl M. Tilleman
22                            Erin N. Bass
                              STEPTOE & JOHNSON LLP
23                            201 E. Washington Street
                              Suite 1600
24                            Phoenix, AZ  85004
                              (602) 257-5200
25                            pcharlton@steptoe.com
26                            ktilleman@steptoe.com
                              ebass@steptoe.com
27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Laura Berglan,
Acting Attorney General,
Office of Attorney General
TOHONO O'ODHAM NATION
P.O. Box 830
Sells, AZ  85634
(520) 383-3410
laura.berglan@tonation-nsn.gov

*Counsel for Plaintiff Tohono O'odham Nation*

-2-

Doc. # DC-9143162 v.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of May, 2016, I electronically transmitted the foregoing document to the Clerk's office using the CM/ECF system, which will send a notice of filing to all counsel of record.


              Beth Hardin