| | |
|---|---|
| 1 | FENNEMORE CRAIG, P.C. |
| | Patrick Irvine (No. 006534) |
| 2 | Douglas C. Northup (No. 013987) |
| | Carrie Pixler Ryerson (No. 028072) |
| 3 | 2394 E. Camelback Road, Suite 600 |
| | Phoenix, AZ  85016-3429 |
| 4 | Telephone:  (602) 916-5000 |
| | Email:  pirvine@fclaw.com |
| 5 | Email:  dnorthup@fclaw.com |
| | Email:  cryerson@fclaw.com |
| 6 | |
| | GIBSON, DUNN & CRUTCHER LLP |
| 7 | Matthew D. McGill (*pro hac vice*) |
| | 1050 Connecticut Avenue, N.W. |
| 8 | Washington, DC  20036-5306 |
| | Telephone:  (202) 955-8500 |
| 9 | Email:  MMcGill@gibsondunn.com |
| 10 | Matthew A. Hoffman (*pro hac vice*) |
| | Timothy W. Loose (*pro hac vice*) |
| 11 | 333 South Grand Avenue |
| | Los Angeles, CA  90071-3197 |
| 12 | Telephone:  (213) 229-7000 |
| | Email:  MHoffman@gibsondunn.com |
| 13 | Email:  TLoose@gibsondunn.com |
| 14 | *Attorneys for Defendant/Counterclaimant* |
| | *Director Daniel Bergin, Arizona Department of Gaming* |

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| The Tohono O'odham Nation, | No. CV-15-01135-PHX-DGC |
| Plaintiff, | |
| v. | **NOTICE OF DEPOSITION OF ALBERT MANUEL** |
| Douglas Ducey, Governor of Arizona; Mark Brnovich, Arizona Attorney General; and Daniel Bergin, Director, Arizona Department of Gaming, in their official capacities, | |
| Defendants. | |
| Daniel Bergin, Director, Arizona Department of Gaming, in his official capacity, | |
| Counterclaimant, | |
| v. | |
| The Tohono O'odham Nation, | |
| Counterdefendant. | |

You are hereby notified that, pursuant to Federal Rules of Civil Procedure 26 and 30, the deposition will be taken upon oral examination of the person whose name and address is indicated below at the time and place stated herein before an officer authorized by law to administer oaths.  Testimony will be recorded by stenographic means.

**PERSON TO BE EXAMINED:**          Albert Manuel

**DATE AND TIME OF DEPOSITION:**    May 24, 2016, 9:00 a.m.

**PLACE OF DEPOSITION:**            FENNEMORE CRAIG, P.C.
                                    2394 E. Camelback Road, Suite 600
                                    Phoenix, Arizona  85016

DATED this 4th day of May, 2016.

FENNEMORE CRAIG, P.C.


By s/ *Douglas C. Northup*
Patrick Irvine
Douglas C. Northup
Carrie Pixler Ryerson

-and-

Matthew D. McGill
Matthew A. Hoffman
Timothy W. Loose
GIBSON, DUNN & CRUTCHER LLP

*Attorneys for Defendant/Counterclaimant Director Daniel Bergin, Arizona Department of Gaming*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 4, 2016, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

| | |
|---|---|
| Seth P. Waxman<br>Danielle Spinelli<br>Kelly P. Dunbar<br>Sonya L. Lebsack<br>Kevin M. Lamb<br>Wilmer Cutler Pickering Hale & Dorr LLP<br>1875 Pennsylvania Ave. NW<br>Washington, DC  20006<br>Email:  seth.waxman@wilmerhale.com<br>Email:  danielle.spinelli@wilmerhale.com<br>Email:  kelly.dunbar@wilmerhale.com<br>Email:  sonya.lebsack@wilmerhale.com<br>Email:  kevin.lamb@wilmehale.com<br>*Attorneys for Plaintiff*<br>*The Tohono O'odham Nation* | Jonathan Landis Jantzen<br>Laura Lynn Berglan<br>Tohono O'odham Nation<br>Office of the Attorney General<br>P. O. Box 830<br>Sells, AZ  85634<br>Email: jonathan.jantzen@tonation-nsn.gov<br>Email: laura.berglan@tonation-nsn.gov<br>*Attorneys for Plaintiff*<br>*The Tohono O'odham Nation* |

Paul K. Charlton
Karl M. Tilleman
Erin N. Bass
Steptoe & Johnson LLP
201 E. Washington St., Suite 1600
Phoenix, AZ  85004
Email:  pcharlton@steptoe.com
Email:  ktilleman@steptoe.com
Email:  ebass@steptoe.com
*Attorneys for Plaintiff*
*The Tohono O'odham Nation*

s/ *Phyllis Warren*
An employee of Fennemore Craig, P.C.

11581524