FENNEMORE CRAIG, P.C.
Patrick Irvine (No. 006534)
Douglas C. Northup (No. 013987)
Carrie Pixler Ryerson (No. 028072)
2394 E. Camelback Road, Suite 600
Phoenix, AZ  85016-3429
Telephone:  (602) 916-5000
Email:  pirvine@fclaw.com
Email:  dnorthup@fclaw.com
Email:  cryerson@fclaw.com

GIBSON, DUNN & CRUTCHER LLP
Matthew D. McGill (*pro hac vice*)
1050 Connecticut Avenue, N.W.
Washington, DC  20036-5306
Telephone:  (202) 955-8500
Email:  MMcGill@gibsondunn.com

Matthew A. Hoffman (*pro hac vice*)
Timothy W. Loose (*pro hac vice*)
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone:  (213) 229-7000
Email:  MHoffman@gibsondunn.com
Email:  TLoose@gibsondunn.com

*Attorneys for Defendant/Counterclaimant
Director Daniel Bergin, Arizona Department of Gaming*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| The Tohono O'odham Nation,<br><br>          Plaintiff,<br><br>     v.<br><br>Douglas Ducey, Governor of Arizona; Mark Brnovich, Arizona Attorney General; and Daniel Bergin, Director, Arizona Department of Gaming, in their official capacities,<br><br>          Defendants. | No. CV-15-01135-PHX-DGC<br><br>**NOTICE OF DEPOSITION OF VIVIAN JUAN-SAUNDERS** |
| Daniel Bergin, Director, Arizona Department of Gaming, in his official capacity,<br><br>          Counterclaimant,<br><br>     v.<br><br>The Tohono O'odham Nation,<br><br>          Counterdefendant. | |

1  You are hereby notified that, pursuant to Federal Rules of Civil Procedure 26 and
2  30, the deposition will be taken upon oral examination of the person whose name and
3  address is indicated below at the time and place stated herein before an officer authorized
4  by law to administer oaths.  Testimony will be recorded by stenographic means.

**PERSON TO BE EXAMINED:**	Vivian Juan-Saunders

**DATE AND TIME OF DEPOSITION:**	May 26, 2016, 9:00 a.m.

**PLACE OF DEPOSITION:**	FENNEMORE CRAIG, P.C.
2394 E. Camelback Road, Suite 600
Phoenix, Arizona  85016

DATED this 4th day of May, 2016.

FENNEMORE CRAIG, P.C.


By s/ *Douglas C. Northup*
Patrick Irvine
Douglas C. Northup
Carrie Pixler Ryerson

-and-

Matthew D. McGill
Matthew A. Hoffman
Timothy W. Loose
GIBSON, DUNN & CRUTCHER LLP

*Attorneys for Defendant/Counterclaimant Director Daniel Bergin, Arizona Department of Gaming*

11581551

**CERTIFICATE OF SERVICE**

I hereby certify that on May 4, 2016, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Seth P. Waxman
Danielle Spinelli
Kelly P. Dunbar
Sonya L. Lebsack
Kevin M. Lamb
Wilmer Cutler Pickering Hale & Dorr LLP
1875 Pennsylvania Ave. NW
Washington, DC  20006
Email:  seth.waxman@wilmerhale.com
Email:  danielle.spinelli@wilmerhale.com
Email:  kelly.dunbar@wilmerhale.com
Email:  sonya.lebsack@wilmerhale.com
Email:  kevin.lamb@wilmehale.com
*Attorneys for Plaintiff*
*The Tohono O'odham Nation*

Jonathan Landis Jantzen
Laura Lynn Berglan
Tohono O'odham Nation
Office of the Attorney General
P. O. Box 830
Sells, AZ  85634
Email: jonathan.jantzen@tonation-nsn.gov
Email: laura.berglan@tonation-nsn.gov
*Attorneys for Plaintiff*
*The Tohono O'odham Nation*

Paul K. Charlton
Karl M. Tilleman
Erin N. Bass
Steptoe & Johnson LLP
201 E. Washington St., Suite 1600
Phoenix, AZ  85004
Email:  pcharlton@steptoe.com
Email:  ktilleman@steptoe.com
Email:  ebass@steptoe.com
*Attorneys for Plaintiff*
*The Tohono O'odham Nation*

s/ *Phyllis Warren*
An employee of Fennemore Craig, P.C.

11581551