FENNEMORE CRAIG, P.C.
Patrick Irvine (No. 006534)
Douglas C. Northup (No. 013987)
Carrie Pixler Ryerson (No. 028072)
2394 E. Camelback Road, Suite 600
Phoenix, AZ 85016-3429
Telephone: (602) 916-5000
Email: pirvine@fclaw.com
Email: dnorthup@fclaw.com
Email: cryerson@fclaw.com

GIBSON, DUNN & CRUTCHER LLP
Matthew D. McGill (*pro hac vice*)
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: (202) 955-8500
Email: MMcGill@gibsondunn.com

Matthew A. Hoffman (*pro hac vice*)
Timothy W. Loose (*pro hac vice*)
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: (213) 229-7000
Email: MHoffman@gibsondunn.com
Email: TLoose@gibsondunn.com

*Attorneys for Defendant/Counterclaimant
Director Daniel Bergin, Arizona Department of Gaming*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| The Tohono O'odham Nation,<br><br>  Plaintiff,<br><br>  v.<br><br>Douglas Ducey, Governor of Arizona; Mark Brnovich, Arizona Attorney General; and Daniel Bergin, Director, Arizona Department of Gaming, in their official capacities,<br><br>  Defendants.<br><hr>Daniel Bergin, Director, Arizona Department of Gaming, in his official capacity,<br><br>  Counterclaimant,<br><br>  v.<br><br>The Tohono O'odham Nation,<br><br>  Counterdefendant. | No. CV-15-01135-PHX-DGC<br><br>**NOTICE OF VIDEOTAPED RULE 30(b)(6) DEPOSITION OF PLAINTIFF THE TOHONO O'ODHAM NATION** |

1  You are hereby notified that, pursuant to Federal Rules of Civil Procedure 26 and 30(b)(6), the deposition will be taken upon oral examination of Plaintiff The Tohono O'odham Nation at the time and place stated herein before an officer authorized by law to administer oaths, and continuing thereafter from time to time until concluded. Testimony will be recorded by audio-video and stenographic means. LiveNote may be used.

Pursuant to Rule 30(b)(6), Plaintiff is required to designate one or more of its officers, directors, managing agents, or other persons who consent to testify on its behalf who are most knowledgeable on the matters described in **Exhibit A** attached hereto. For each designated deponent, the Nation may set forth the matters on which the person will testify. Such persons are required to testify to matters known or reasonably available to Plaintiff.

**DATE AND TIME OF DEPOSITION**: June 2, 2016, at 9:00 a.m.

**PLACE OF DEPOSITION**: Fennemore Craig, P.C.
2394 E. Camelback Road, Suite 600
Phoenix, Arizona  85016

DATED this 5th day of May, 2016.

FENNEMORE CRAIG, P.C.

By *s/ Douglas C. Northup*
Patrick Irvine
Douglas C. Northup
Carrie Pixler Ryerson

-and-

Matthew D. McGill
Matthew A. Hoffman
Timothy W. Loose
GIBSON, DUNN & CRUTCHER LLP

*Attorneys for Defendant/Counterclaimant Director Daniel Bergin, Arizona Department of Gaming*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 5, 2016, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Seth P. Waxman
Danielle Spinelli
Kelly P. Dunbar
Sonya L. Lebsack
Kevin M. Lamb
Wilmer Cutler Pickering Hale & Dorr LLP
1875 Pennsylvania Ave. NW
Washington, DC  20006
Email:  seth.waxman@wilmerhale.com
Email:  danielle.spinelli@wilmerhale.com
Email:  kelly.dunbar@wilmerhale.com
Email:  sonya.lebsack@wilmerhale.com
Email:  kevin.lamb@wilmehale.com
*Attorneys for Plaintiff*
*The Tohono O'odham Nation*

Jonathan Landis Jantzen
Laura Lynn Berglan
Tohono O'odham Nation
Office of the Attorney General
P. O. Box 830
Sells, AZ  85634
Email: jonathan.jantzen@tonation-nsn.gov
Email: laura.berglan@tonation-nsn.gov
*Attorneys for Plaintiff*
*The Tohono O'odham Nation*

Paul K. Charlton
Karl M. Tilleman
Erin N. Bass
Steptoe & Johnson LLP
201 E. Washington St., Suite 1600
Phoenix, AZ  85004
Email:  pcharlton@steptoe.com
Email:  ktilleman@steptoe.com
Email:  ebass@steptoe.com
*Attorneys for Plaintiff*
*The Tohono O'odham Nation*

s/ *Phyllis Warren*
An employee of Fennemore Craig, P.C.

# EXHIBIT A

## DEFINITIONS

1. "Nation" refers to Plaintiff, The Tohono O'odham Nation, all entities owned, controlled, or operated by Plaintiff (including, but not limited to, the Tohono O'odham Gaming Enterprise and Tohono O'odham Gaming Office), and all employees, servants, agents, representatives, and persons or entities acting on behalf of any of the foregoing.

2. "Glendale Casino" refers to the "Desert Diamond Casino" that the Nation has opened in Glendale, Arizona.

3. "AIGA" refers to the Arizona Indian Gaming Authority and all attorneys, employees, servants, agents, representatives, and persons or entities acting on behalf of AIGA.

4. "Proposition 202" refers to the Indian Gaming Presentation and Self-Reliance Act, which was on the November 5, 2002 ballot in Arizona.

5. "VDI" refers to Vi-ikam Doag Industries and all attorneys, employees, servants, agents, representatives, and persons or entities acting on behalf of VDI.

6. "Glendale Property" refers to the parcel of land upon which the Glendale Casino is now located.

7. "Phoenix Metropolitan Area" refers to anywhere on the map found on TOHONO00005125.

## TOPICS

1. The development of the Nation's plans to obtain land in Maricopa County upon which the Nation built the Glendale Casino.

2. The Nation's property holdings in Maricopa County.

3. The Nation's relationship to VDI.

4. The Nation's relationship to AIGA.

5. The Nation's relationship to the San Lucy District.

6. The San Lucy District's involvement in the Nation's acquisition of the

Glendale Property.

7. VDI's involvement in the Nation's acquisition of the Glendale Property.

8. The Nation's involvement in the Proposition 202 campaign.

9. The Nation's activities from 2003 to 2009 regarding the Glendale Casino and Glendale Property.

10. Locations the Nation considered for gaming facilities between 1999 and 2009.

11. The reason(s) why the Nation acquired the Glendale Property in 2003.

12. The reason(s) why the Nation waited until January 2009 to announce that it had acquired the Glendale Property.

13. The reason(s) why the Nation waited until January 2009 to announce it intended to build a gaming facility on the Glendale Property.

14. The reason(s) the Nation formed Rainier Resources, Inc. and used that entity to acquire the Glendale Property.

15. All entities the Nation has formed since 1989 for the purpose of acquiring land in Arizona.

16. The reason(s) why the Nation did not, during the Compact negotiation process or ballot initiative process, dispute the statements made by individuals and entities other than the Nation that there would be no additional gaming facilities in the Phoenix market.

17. The reason(s) why, during the Proposition 202 campaign, the Nation did not (a) contradict the statements of individuals and entities other than the Nation that Proposition 202 would preclude additional casinos in the Phoenix market, or (b) publicly state that Proposition 202 would allow additional casinos to be opened in the Phoenix metropolitan area.

11572787

FENNEMORE CRAIG, P.C.
PHOENIX

- 5 -