FENNEMORE CRAIG, P.C.
Patrick Irvine (No. 006534)
Douglas C. Northup (No. 013987)
Carrie Pixler Ryerson (No. 028072)
2394 E. Camelback Road, Suite 600
Phoenix, AZ  85016-3429
Telephone:  (602) 916-5000
Email:  pirvine@fclaw.com
Email:  dnorthup@fclaw.com
Email:  cryerson@fclaw.com

GIBSON, DUNN & CRUTCHER LLP
Matthew D. McGill (*pro hac vice*)
1050 Connecticut Avenue, N.W.
Washington, DC  20036-5306
Telephone:  (202) 955-8500
Email:  MMcGill@gibsondunn.com

Matthew A. Hoffman (*pro hac vice*)
Timothy W. Loose (*pro hac vice*)
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone:  (213) 229-7000
Email:  MHoffman@gibsondunn.com
Email:  TLoose@gibsondunn.com

*Attorneys for Defendant/Counterclaimant*
*Director Daniel Bergin, Arizona Department of Gaming*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| The Tohono O'odham Nation,<br><br>   Plaintiff,<br><br>  v.<br><br>Douglas Ducey, Governor of Arizona; Mark Brnovich, Arizona Attorney General; and Daniel Bergin, Director, Arizona Department of Gaming, in their official capacities,<br><br>   Defendants. | No. CV-15-01135-PHX-DGC<br><br>**NOTICE OF SERVICE OF DISCOVERY REQUESTS** |
| Daniel Bergin, Director, Arizona Department of Gaming, in his official capacity,<br><br>   Counterclaimant,<br><br>  v.<br><br>The Tohono O'odham Nation,<br><br>   Counterdefendant. | |

1      Pursuant to LRCiv 5.2, Defendant Bergin gives notice that on May 5, 2016, he

2  served via email counsel for Plaintiff The Tohono O'odham Nation with the following:

3  (1) Defendant Daniel Bergin's Second Set of Non-Uniform Interrogatories; (2) Defendant

4  Daniel Bergin's Third Set of Requests for Production; and (3) Defendant Daniel Bergin's

5  First Set of Requests for Admission.

6      DATED this 5th day of May, 2016.

7                 FENNEMORE CRAIG, P.C.

9                 By *s/ Douglas C. Northup*

10                     Patrick Irvine
                        Douglas C. Northup

11                        Carrie Pixler Ryerson

12                       -and-

13                       Matthew D. McGill
                        Matthew A. Hoffman

14                       Timothy W. Loose
                        GIBSON, DUNN & CRUTCHER LLP

15                       *Attorneys for Defendant/Counterclaimant*

16                       *Director Daniel Bergin, Arizona*
                       *Department of Gaming*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 5, 2016, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Seth P. Waxman
Danielle Spinelli
Kelly P. Dunbar
Sonya L. Lebsack
Kevin M. Lamb
Wilmer Cutler Pickering Hale & Dorr LLP
1875 Pennsylvania Ave. NW
Washington, DC  20006
Email:  seth.waxman@wilmerhale.com
Email:  danielle.spinelli@wilmerhale.com
Email:  kelly.dunbar@wilmerhale.com
Email:  sonya.lebsack@wilmerhale.com
Email:  kevin.lamb@wilmerhale.com
*Attorneys for Plaintiff*
*The Tohono O'odham Nation*

Paul K. Charlton
Karl M. Tilleman
Erin N. Bass
Steptoe & Johnson LLP
201 E. Washington St., Suite 1600
Phoenix, AZ  85004
Email:  pcharlton@steptoe.com
Email:  ktilleman@steptoe.com
Email:  ebass@steptoe.com
*Attorneys for Plaintiff*
*The Tohono O'odham Nation*

Jonathan Landis Jantzen
Laura Lynn Berglan
Tohono O'odham Nation
Office of the Attorney General
P. O. Box 830
Sells, AZ  85634
Email:  jonathan.jantzen@tonation-nsn.gov
Email:  laura.berglan@tonation-nsn.gov
*Attorneys for Plaintiff*
*The Tohono O'odham Nation*

s/ *Phyllis Warren*
An employee of Fennemore Craig, P.C.