IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Tohono O'odham Nation,

CV-15-01135-PHX-DGC

**Plaintiff(s)/Petitioner(s),**

vs.

Douglas Ducey, Governor of Arizona; et al.

**Defendant(s)/Respondent(s)**

CASE NO:

Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(2)

FILED ___ LODGED
___ RECEIVED ___ COPY

MAY 20 2016

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

**NOTICE:   $35.00 APPLICATION FEE REQUIRED!**

I, JENNIFER B. BONNEVILLE, hereby apply to the Court under LRCiv 83.1(b)(2) for pro hac vice admission to appear and practice in this action on behalf of Tohono O'odham Nation.

**City and State of Principal Residence:** Los Angeles, California
**Firm Name:** STEPTOE & JOHNSON LLP
**Address:** 633 W. 5TH STREET    **Suite:** 700
**City:** LOS ANGELES    **State:** CA    **Zip:** 90071
**Firm/Business Phone:** (213) 439-9420
**Firm Fax Phone:** (213) 439-9599    **E-mail Address:** jbonneville@steptoe.com

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? |
|---|---|---|
| Please see attached list | | ☐ Yes   ☐ No* |
| | | ☐ Yes   ☐ No* |
| | | ☐ Yes   ☐ No* |

* Explain:

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
|---|---|---|
| N/A | | |

* Explain:

ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.
*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*

Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?   ☐ Yes   ☑ No
Have you ever been disbarred from practice in any Court?   ☐ Yes   ☑ No

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), and will subscribe to receive court notices as required by LRCiv 83.1(c).

5/16/16                          /s/ Jennifer Bonneville
**Date**                         **Signature of Applicant**
**Fee Receipt #** PHX172158

(Rev. 04/12)

## Attachment to Application of Attorney for

## Admission to Practice Pro Hac Vice for Jennifer Bonneville

|  | In Good Standing |
|---|---|
| **State:** | |
| State of California (July 5, 2006) | Yes |
| State of Massachusetts (December 13, 2004) | Yes |
| **Federal:** | |
| United States District Court, Central District of California (8/22/06) | Yes |
| United States District Court, Northern District of California (8/25/06) | Yes |
| United States District Court, Eastern District of California (8/18/06) | Yes |
| United States District Court, Southern District of California (8/23/06) | Yes |
| United States Court of Appeals Sixth Circuit (12/31/2009) | Yes |
| **Supreme Court:** | |
| CA Supreme Court (2/4/2015) | Yes |

# United States District Court

## Central District of California

## CERTIFICATE OF
## GOOD STANDING

I, KIRY K. GRAY, Clerk of this Court, certify that

_____Jennifer Brenda Bonneville_____ , Bar No. ____243686____

was duly admitted to practice in this Court on __August 22nd, 2006__
                                                       DATE

and is in good standing as a member of the Bar of this Court.

Dated at Los Angeles, California

on ____May 13th, 2016____
         Date

KIRY K. GRAY
Clerk of Court

By _____

Andrea Kannike , Deputy Clerk



G-52 (10/15)            CERTIFICATE OF GOOD STANDING - BAR MEMBER