1 | FENNEMORE CRAIG, P.C.
Patrick Irvine (No. 006534)
Douglas C. Northup (No. 013987)
Carrie Pixler Ryerson (No. 028072)
2394 E. Camelback Road, Suite 600
Phoenix, AZ 85016-3429
Telephone: (602) 916-5000
Email: pirvine@fclaw.com
Email: dnorthup@fclaw.com
Email: cryerson@fclaw.com

GIBSON, DUNN & CRUTCHER LLP
Matthew D. McGill (*pro hac vice*)
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: (202) 955-8500
Email: MMcGill@gibsondunn.com

Matthew A. Hoffman (*pro hac vice*)
Timothy W. Loose (*pro hac vice*)
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: (213) 229-7000
Email: MHoffman@gibsondunn.com
Email: TLoose@gibsondunn.com

*Attorneys for Defendant/Counterclaimant
Director Daniel Bergin, Arizona Department of Gaming*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| The Tohono O'odham Nation,<br><br>   Plaintiff,<br><br>   v.<br><br>Douglas Ducey, Governor of Arizona; Mark Brnovich, Arizona Attorney General; and Daniel Bergin, Director, Arizona Department of Gaming, in their official capacities,<br><br>   Defendants. | No. CV-15-01135-PHX-DGC<br><br>**NOTICE OF SERVICE OF DEFENDANT BERGIN'S RESPONSES TO PLAINTIFF'S SECOND SET OF REQUESTS FOR PRODUCTION, SECOND SET OF NON-UNIFORM INTERROGATORIES, AND FIRST SET OF REQUESTS FOR ADMISSION** |
| Daniel Bergin, Director, Arizona Department of Gaming, in his official capacity,<br><br>   Counterclaimant,<br><br>   v.<br><br>The Tohono O'odham Nation,<br><br>   Counterdefendant. | |

1   Pursuant to LRCiv 5.2, Defendant Bergin gives notice that on May 24, 2016, he
2   served via email counsel for Plaintiff The Tohono O'odham Nation with the following:
3   (1) Director Bergin's Objections and Responses to the Tohono O'odham Nation's Second
4   Set of Requests for Production; (2) Director Bergin's Responses and Objections to the
5   Tohono O'odham Nation's Second Set of Non-Uniform Interrogatories; and (3) Director
6   Bergin's Objections and Responses to the Tohono O'odham Nation's First Set of
7   Requests for Admission.
8   DATED this 24th day of May, 2016.

FENNEMORE CRAIG, P.C.

By s/ *Douglas C. Northup*
    Patrick Irvine
    Douglas C. Northup
    Carrie Pixler Ryerson

-and-

Matthew D. McGill
Matthew A. Hoffman
Timothy W. Loose
GIBSON, DUNN & CRUTCHER LLP

*Attorneys for Defendant/Counterclaimant Director Daniel Bergin, Arizona Department of Gaming*

11654320.1

- 2 -

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 24, 2016, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

| | |
|---|---|
| Seth P. Waxman<br>Danielle Spinelli<br>Kelly P. Dunbar<br>Sonya L. Lebsack<br>Kevin M. Lamb<br>Wilmer Cutler Pickering Hale & Dorr LLP<br>1875 Pennsylvania Ave. NW<br>Washington, DC  20006<br>Email:  seth.waxman@wilmerhale.com<br>Email:  danielle.spinelli@wilmerhale.com<br>Email:  kelly.dunbar@wilmerhale.com<br>Email:  sonya.lebsack@wilmerhale.com<br>Email:  kevin.lamb@wilmerhale.com<br>*Attorneys for Plaintiff*<br>*The Tohono O'odham Nation* | Jonathan Landis Jantzen<br>Laura Lynn Berglan<br>Tohono O'odham Nation<br>Office of the Attorney General<br>P. O. Box 830<br>Sells, AZ  85634<br>Email: jonathan.jantzen@tonation-nsn.gov<br>Email: laura.berglan@tonation-nsn.gov<br>*Attorneys for Plaintiff*<br>*The Tohono O'odham Nation* |
| Paul K. Charlton<br>Karl M. Tilleman<br>Erin N. Bass<br>Steptoe & Johnson LLP<br>201 E. Washington St., Suite 1600<br>Phoenix, AZ  85004<br>Email:  pcharlton@steptoe.com<br>Email:  ktilleman@steptoe.com<br>Email:  ebass@steptoe.com<br>*Attorneys for Plaintiff*<br>*The Tohono O'odham Nation* | Jennifer B. Bonneville<br>Steptoe & Johnson LLP<br>633 W. Fifth Street, Suite 700<br>Los Angeles, CA 90071<br>Email:  jbonneville@steptoe.com<br>*Attorneys for Plaintiff*<br>*The Tohono O'odham Nation* |

    s/ *Phyllis I. Warren*
    An employee of Fennemore Craig, P.C.