# EXHIBIT 1

Case 2:15-cv-01135-DGC   Document 156-1   Filed 06/03/16   Page 1 of 13

### SAN LUCY DISTRICT COUNCIL BY- LAWS

We the Council members of the San Lucy District, Tohono O'odham Nation do establish these BY-LAWS for the governance of the San Lucy District, in order to affirm our powers of self-government, to preserve, protect and build upon our distinctive culture and traditions, to conserve our resources, to establish responsive government operations, to provide for free expression, to promote and protect the rights of district members, and to insure the education and welfare of present and future generations. These BY-LAWS, shall supersede all previous District BY LAWS, Plans of Operation, or Resolutions pertaining to Governmental Operations or Rules for Conducting District Council Sessions.

### ARTICLE I - ORGANIZATIONAL STRUCTURE

SECTION 1 GENERAL SCOPE AND AUTHORITY

1.1 Constitutional Provisions

The San Lucy District Council is the governing body of the San Lucy District, Tohono O'odham Nation. The Council is authorized to govern the District pursuant to the authority delegated to the District Council in Article IX, Sections 1-7 of the Tohono O'odham Nation Constitution (1986).

1.2 Purpose

The general nature of business of the San Lucy District Council is to provide legislative authority and policy direction for all District programs and the management of District resources.

1.3 Governance Structure

The Government of the San Lucy District shall be composed of two functions: (1) Executive Direction and Management, consisting of the Chairperson and Vice-Chairperson; and (2) Legislative and Policy, consisting of the District Council.

1.4 Executive Direction and Management

The District Chairperson and Vice-Chairperson shall have the authority to preside over Formal Special, Emergency, Committee In-Session, and Closed Sessions of the San Lucy District Council. The Chairperson and Vice-Chairperson shall provide executive leadership for all District programs and Support Services and oversee the implementation and execution of all District Policies and Procedures.

1.5 Legislative and Policy Function

The San Lucy District Council shall have the authority to develop and approve all District Policies and Procedures. The Council shall approve all Resolutions, engage in planning and development activities and formulate policy and legislative actions, as required.

1.6 Secretary

After each election of representatives, the District Council shall appoint, from within or without its membership, a Secretary who shall be appointed for a two (2) year term. The Secretary shall record, transcribe, catalog and file all Council Session Minutes, and prepare, and submit to Council prior for review and approval. Perform other assignments, as directed by Council.

## ARTICLE II - COUNCIL AUTHORITY

SECTION 1. LEGISLATIVE & POLICY ENACTMENTS

    1.1 Legislative Powers

The San Lucy District Council shall have all Legislative and Policy Powers vested in the District Council and shall, in accordance with established customs, subject to limitations contained in these BY-LAWS and/or the Tohono O'odham Nation Constitution, have the power to:

a. Establish policies and procedures to regulate all Sessions of the District Council, Standing Committees, Boards and Committees;

b. Committees, Boards, Officers, and Agents; will be appointed with prescribed duties and powers.

c. Organizations establish for business purpose shall be regulated by its Charter and appointed board.

d. Exercise the powers of the Council providing Resolutions and Ordinances to:

    1. Govern the conduct of the District Members and other persons within it's jurisdiction.

    2. Promote, protect and provide for public health, peace, morals, education and general welfare of the District and its Member's

    3. Regulate the use and disposition of District property within its boundaries, as such use and disposition may affect the welfare of the District at large,

    4. Provide for removal or exclusion from the District of non-District member, per Nation's Removal Ordinance whose presence may be injurious to the peace, health or welfare of the District,

    5. Provide for removal or exclusion from the District, District members whose presence may be injurious to the peace, health or welfare of the District, preserve and cultivate native arts, crafts and traditions.

SECTION 2. FISCAL RESPONSIBILITIES

    2.1 Fiscal Powers

The San Lucy District Council shall have all fiscal powers vested in the District Council and shall, in accordance with established customs, subject to limitations contained in these BY-LAWS and/or the Tohono O'odham Nation Constitution, have the power to:

a. Prevent the use, disposition or encumbrance of fiscal assets of the San Lucy District.

b. Plan and Manage any funds within the exclusive control of the District, including proceeds derived from lands and resources of the District and to appropriate these funds for the benefit of the District and its Members;

  c. Expenditures of these funds shall be pursuant to appropriations under Resolutions or in consort with Ordinances of the Council, and the amounts expended shall be a matter of public record for District Members and authorized persons at all reasonable times;

  d. Adopt, approve and amend annual budgets and to authorize the expenditure of funds in accordance with said budgets;

  e. Borrow money for public purposes and to secure the repayment thereof;

  f. Consult, negotiate and conclude agreements and contracts on behalf of the District with State and Local Governments or with private persons or organizations on all matters within the authority of the Council;

  g. Manage, protect, preserve and regulate the use of property, wildlife, land and air, natural and cultural resources of the District;

  h. Purchase or otherwise acquire property for the District.

## ARTICLE III - EXECUTIVE AUTHORITY

SECTION 1. CHIEF EXECUTIVE OFFICER

 1.1 Executive Powers

The Executive power of the District shall be vested in the office of the District Chairperson and the Chairperson shall be the Chief Executive Officer of the District and shall exercise the following powers, subject to expressed limitations contained in this BY-LAWS:

  a. Oversee the Administration and Management of the District Programs and Support Services.

  b. Exercise veto power over enactment's of the Council as provided in Section 3 of this Article.

  c. Oversee the implementation of all Resolutions, Ordinances, Policies, procedures, and Rules made by the District Council;. Exercise all powers delegated by the District Council.

  d. Appoint Administrators, Managers, Supervisors and Line Staff, in accordance with approved District Personnel Policies and Procedures.

  e. The District Council shall have the authority to confirm the appointment of all District Personnel having the title of Manager and Administrator.

  f. Act as the official representative of the San Lucy District.

  g. Communicate to the District Council the condition of the District and recommend as he or she deems to be expedient and/or in the best interest of the District.

  h. Call District Council into all Council Sessions.

   i.  Preside over all District Council Sessions and Public Hearings;

   j.  The District Chairperson shall be entitled to cast a vote on any questions before Council, when his or her vote would break a tie.

1.2 Role of Vice-Chairperson

The Vice-Chairperson shall assist the Chairperson when requested to do so, and in the absence of the Chairperson, shall have the powers and be subject to the responsibilities of the Chairperson.

1.3 Line of Succession

In the event the Chairperson or Vice-Chairperson

   a.  If a vacancy should occur in the Office of the Chairperson, the Vice-Chairperson shall immediately succeed to the Office of the Chairperson and the Vice-Chairperson's office shall remain vacant.

   b.  If a vacancy should occur in the offices of both the Chairperson and Vice-Chairperson and, in accordance with Uniform Election Ordinance (Tohono O'odham Nation), the Secretary shall act as temporary Chairperson and shall, within 10 days of said vacancies, call a Special Session of the District Council to appoint a Chairperson and Vice-Chairperson from within the District who shall hold their office for the un-expired terms.

SECTION 2. REMUNERATION

2.1 Executive Salaries

The Chairperson and Vice-Chairperson shall be compensated for their services. Said compensation shall be established by the District Council and may not be reduced during the term of office.

SECTION 3. RESOLUTION AND POLICY APPROVAL

3.1 Executive Approval and Veto

Every Resolution, Ordinance, Policy, Procedure or separate appropriation item passed by the District Council shall be presented to the District Chairperson for approval, before coming effective. If the Chairperson approves, he or she shall sign it. However, if the Chairperson disapproves, the action shall be returned to the District Council within 48 hours, with a written statement indicating his or her objections and/or concerns. If after further consideration, the Council reaffirms the action by a majority of 2/3's of the votes cast, the action shall become approved and Chairperson will sign the item, notwithstanding his or her objections.

## ARTICLE IV - COUNCIL SESSIONS

SECTION 1. SESSIONS DEFINED

1.1 Council In Session

The San Lucy District Council shall be in Session, when a quorum is established and declared by the Chairperson, in accordance with Article VI; Section 1., 1.1, of these BY-LAWS.

****All meetings start at 6:00 pm with the exception of Reports, which start at 9:00 am and Closed Sessions, which will be held prior to the regular meeting time.

1.2   Formal Council Sessions

All session of the San Lucy District shall be formal. All Formal Sessions are open to the public.

1.3   Special Sessions

The Council may, by majority vote, call for a Special Session to be held for the purpose of completing an unfinished Agenda or addressing pressing issues

1.4   Public Hearings

The Council may hold Public Meetings to inform/receive testimony and/or feedback to San Lucy District Members.

1.5   Closed Sessions

The San Lucy District Council may vote to proceed into close session during which time only the council member, its officers, persons providing testimony or advice and others the district council feels to be appropriate shall be present.

All closed session issues should be the first item on the agenda.

1.6   Emergency Sessions

The San Lucy District Chairperson upon a 24 hours notice to all San Lucy District Council members may call an emergency session of the District Council. A quorum shall be present before an Emergency Session may be called into Session.

   a.   In the event the Chairperson should call an Emergency Session notice shall be made by telephone or personal service.

   b.   An emergency action is required and a majority of the Council are present for another regularly scheduled Council activity, such as, a training session, appearance before Legislative Council, etc.

1.7   Council in Committee Sessions

In the event a quorum is not established or declared as required for conducting formal Council actions, the Council may proceed as a Council in Committee Session. During a Council in Committee Session, the Council may hear presentations, review materials, or discuss issues, however, no formal actions shall be taken.

SECTION   2.   GENERAL INFORMATION

2.1   Press Attendance

All Council Session shall be closed to the Press unless prior permissions is granted by Council.

2.2   Meeting Places

All Formal, Special, or Emergency Sessions of Council shall be held in the Council Chambers at the San Lucy District, Gila Bend, Arizona with the following exceptions:

- a. A majority of the Council Members may select to hold a Session in some location other than the Chambers.
- b. The Chairperson declares by a written statement that the San Lucy Chambers are unsuitable for a meeting and designates an alternate meeting place;

Work Sessions may take place-at the San Lucy Council Chambers, or in another location Council Members shall be given reasonable notice and transportation will be provided by the District.

### ARTICLE V - COUNCIL ATTENDANCE & COMPENSATION

SECTION   1   REQUIRED ATTENDANCE

1.1   Notification of Absence

All Council Members and officers are required to be present at all Sessions of Council, unless otherwise excused. In the event a Council Member or Officer is unable to attend a Session, he or she shall comply with the following procedures:

- a. A written notice shall be submitted to the Chairperson clearly describing the reason (s) for the absence and the duration of absence;
- b. The Council Member shall provide reasonable notice to his or her Alternate;
- c. In the event a Council Member cannot attend three (3) or more consecutive Sessions, he or she shall request approval for a "Leave of Absence" and give proper notification to his or her Alternate;
- d. All "Leave of Absence Requests" shall be reviewed and approved by Council.

1.2   Excusable Absences

Any Council Member or Officer may be excused from attending a Session for any of the following reasons:

- a. Illness, doctor's appointment, jury duty, military duties, or illness of immediate family member;
- b. Death of an immediate family member;
- c. Conflicting business deemed to be of a critical nature to the District i.e. attending District business.

   d. Circumstances over which the Council Member has no control;

   e. Participation in religious activities including traditional O'odham practices.

 1.3 Failure to Attend and Tardiness

Any member who fails to attend three (3) consecutive Sessions without an excused absence, or approved leave of absence, or is found to be repeatedly tardy for Meetings may be censured by the Council.

SECTION 2. REMUNERATION

 2.1 Council Compensation

Council Members shall receive compensation, with the remuneration amount set by Council.

 2.2 Prorated Compensation

Council member's compensation will be prorated according to the length of each meeting. (i.e., coming in late, leaving in the middle of a meeting.)

 2.3 Alternates Compensation

Alternates shall receive compensation for attending Council Sessions when the elected Council Member is unable to attend the Session.

 2.4 Travel Expenses

Council Members shall be reimbursed for all approved and Allowable Travel Related Expenses, provided prior approval is made by the Council.

## ARTICLE VI – AGENDA

SECTION 1. QUORUM REQUIREMENTS

A quorum of the San Lucy District Council shall exist, when a majority of the district council members is present. A majority is defined as half the total numbers of council members plus one.

 1.1 Roll Call

When roll call is taken, if regular Council members is not present, and if alternate is present he/she will be seated as regular Council, for the duration of the Meeting. All Council Sessions shall begin with a Membership Roll Call made by the Council Secretary:

   a. Should a Quorum exist the Secretary will inform the Chairperson who shall call the "Session to Order";

   b. In the event a quorum does not exist, the Council shall convene as a "Committee in Session";

   c. Should a quorum be established after the Council have convened as a "Committee in Session", the Chairperson shall entertain a motion to adjourn the Committee in Session, and call the regularly scheduled Formal Council Session to order;

 1.2 Invocation

  The Chairperson/Vice-Chairperson may request a volunteer to offer an Invocation at all Council Sessions; participation in the Invocation shall be given-on a voluntary basis.

SECTION 2. PLACING ITEMS ON AGENDA

 2.1 Old Business

  The Chairperson/Secretary shall place on a "Tentative Agenda" all unresolved issues, pending items, minutes or mandates as declared by Council, and notify the appropriate individuals.

 2.2 New Business
  The Chairperson/Secretary shall establish a deadline for submission of items to be placed on the Agenda and shall present a Tentative Agenda covering all items received prior to said deadline.

 2.3 Review and Approval

  The Council shall review the Tentative Agenda and proceed with any of the following actions:

   a. Approve or amend and adopt the Agenda;

   b. Refer the item to an appropriate Program or Administrative Unit;

   c. Refer item or issue to a Session to be held at a future date.

  If no motion is made by a Council Member, the Tentative Agenda shall be considered approved. There shall be no debate during the review of the Tentative Agenda.

 2.4 Emergency Items

  Any item missing the deadline may be considered by Council, if it is established to be of an urgent or emergency nature.

SECTION 3. REQUIRED DOCUMENTS

 3.1 Supporting Items

  All items received by the Chairperson which require Council action shall contain the following, if applicable:

   a. Proposed Resolution to be considered by Council;

   b. Written summary of the item or issue which shall include an Impact Statement regarding the potential effect on the District and whether the proposed action amends, implements or supersedes a previous action by Council;

  c. Supporting Documents;

  d. Cite authority under which Council shall act; (Article II -Council Authority);

  e. Financial Analysis or Legal Review;

  f. Identification of Organizations, Programs, Persons or Departments having responsibility therein.

## ARTICLE VII - VOTING

SECTION 1. TYPES OF VOTING

 1.1 Consensus Voting

Voting by Consensus shall be limited to decisions not requiring a specific legislative action and when there appears to be a general agreement among the Council. Consensus Voting may be by show of hands or voice vote.

 1.2 Roll Call Voting

Specific decisions requiring legislative action shall be by Roll Call Vote, conducted and recorded by the Secretary.

 1.3 Secret Ballot Voting

Voting by a secret ballot is allowed in rare instances.

 1.4 Majority Action

All decisions put to a Roll Call Vote must receive a Majority Vote of not less then 51% to be adopted.

## ARTICLE VIII - MINUTES

SECTION 1. OFFICIAL RECORDS
 1.1 Council Sessions

All proceedings of the Council sessions shall be recorded, transcribed and kept on file as official records by the Council Secretary.

SECTION 2. TYPES OF RECORDS

 2.1 Verbatim Minutes

The audio recordings of Council Sessions shall be the Verbatim Minutes, which are deemed to be confidential and classified records of the San Lucy District. Access to these records shall be limited to Council Members, Officers, and Secretary or other Persons authorized by Council.

2.2 Summarized Minutes

The Secretary shall prepared a Written Summary from the Verbatim Recordings of each Council Session, for the review and approval by the Council. Upon Council approval, the Summarized Minutes shall be the Official minutes and the property of the San Lucy District and the Secretary shall make the Summarized Minutes available to the Public.

2.3 Resolutions and Ordinances

All Summarized Minutes shall include a record of Resolutions and Ordinances, as enacted, by listing the Resolution or Ordinance number, votes cast, and whether said action rescinded, amended or superseded a previous Council action.

2.4 Responsibility

The Secretary shall keep Minutes of all Council Sessions, and execute all Policies regarding access to the Minutes.

2.5 Approval of Minutes

The Council Secretary shall present a draft of the Summarized Minutes of the previous Sessions to the Council for review and approval.

## ARTICLE IX - DEBATE

SECTION   1.   GENERAL

1.1 Applicability

The specification within this Article apply to all Formal, Emergency, and Special Sessions of Council, Council in Committee Sessions are designated as meetings for information gathering and dissemination and policy formulation.

SECTION   2.   RECOGNITION

2.1 Recognition by the Chairperson

During debate, Council Members shall be recognized by raising his or her hand and shall speak when called upon by the Chairperson.

SECTION   3.   TIME LIMIT

3.1 Time Limit

There shall be no Time Limit during the general discussion, except once a motion is made and seconded or a "Call for Vote is made". Once a Call for the vote is made and seconded, debate on the issue shall be limited in the following manner:

   a. The Chairperson shall call on each Council Member for final comments or questions. Members may waive their right to make final comments or ask questions and each

        Council Member shall be allowed 1 minute in which to comment or question;

    b.   District Members and/or individuals appearing before Council may not be recognized or make comments, once a call for the vote is made and seconded;

    c.   After all Council Member have been called upon, the Chairperson shall direct the Secretary to "Canvass the Vote", formally announce the outcome and cite the Official Number assigned to the action.

SECTION    4.    PUBLIC PARTICIPATION

    4.1    Opening Floor to Public

The Council, prior to the debate, upon a motion and a second, may vote to open the discussion for District Members or Staff in attendance to participate.

    4.2    Recognizing Individuals

Persons wishing to be recognized shall raise their hand and speak when called upon by the Chairperson.

## ARTICLE X - PRESENTATIONS

SECTION    1.    TYPES OF PRESENTATIONS

    1.1    General Presentations

All presentations to the Council shall be made from the floor of the Chamber or at the head of the assembly. Sessions shall be conducted in the O'odham Language whenever possible.

    a.   When a presentation is made from a prepared written text or quoting a document, copies of said statements shall be provided to Council.

    b.   The names of the persons making presentations before Council shall be listed on the Agenda.

## ARTICLE XI - MOTIONS

SECTION    1.    PROPOSED ACTION BEFORE COUNCIL

    1.1    Call for the Vote

When a proposed written action, in the form of a Resolution or Ordinance, is before Council, a Call for the vote shall be required; which can be made by a Council Member, who shall state; "I Call for the Vote".

    1.2    Debate

Once a call for the vote is made and seconded, the Chairperson shall limit debate in accordance with Article IX Section (s) 2 & 3.

SECTION 2. MOTION TO AMEND

2.1 Amending Process

A motion to Amend a proposed action pending before the Council may be made by any Council Member, however, it must be made before a Call for the Vote is made.

a. If a Motion to Amend is made and seconded, the Council must take action on the Motion to Amend before a Call for the vote on the pending Resolution or Ordinance can be entertained.

b. Should the Motion to amend be defeated, the Chairperson shall call for further discussion and debate on the original action before Council.

SECTION 3 NEW ACTIONS BEFORE COUNCIL

3.1 Motions for New Actions

When there is no proposed action before Council, the Chairperson shall declare, the floor to be open for any Council Member to offer a proposed action, in the form of a Motion; and in accordance with the following procedures:

a. Chairperson opens the floor;

b. Once a second is made to the motion, the Chairperson shall limit debate in accordance with Article IX, Section (s) 2 & 3;

c. Should the motion for new proposed action be defeated, the chairperson may call for further discussion or move to the next Item on Agenda.

3.2 Seconded Required for Motions.

When a call for the vote or a motion is made by a Council Member, the chairperson shall immediately ask for a second. If no second is made, the call for the vote or motion shall be declared dead and debate may continue on the proposed action or the floor shall be opened for new proposed actions.

(Amended on: 01-20-00)
(Approved: 01-17-92)

\* Amended Sept. 12, 2002 to Exclude Article V, Section 2.3 *"Absence with Pay"* Resolution No SL 09-113-02
\*\* Amended Oct. 01, 2002 to change Saturday Report meeting to the Monday's after Legislative Session Article IV, Section 1.3 *"Informal Work Sessions"* Resolution No SL 10-121-02
\*\*\* Amended Dec. 19, 2002, Resolution No SL 12-163-02 (Boldface type)
\*\*\*\* Amended Dec. 31, 2002, Resolution No SL 12-166-02. Changing all meeting times to 6:00 pm with the exception of Reports. Article IV-Council Session, Section 1.1 *"Council in Session"*.