# EXHIBIT 2



EXHIBIT 16
NAME 3066 ADOG
Meri Coash 5-19-16



# Arizona Department of Gaming

1110 W. Washington St, Suite 450
Phoenix, Arizona 85007
Tel 602.771.4263
Fax 602.255.3883
www.azgaming.gov

Douglas A. Ducey
Governor

Daniel H. Bergin
Director

May 18, 2015

Via Email and Interoffice Mail

John Cocca, Director
Arizona Department of Liquor Licenses and Control
800 W. Washington Ave., 5th Floor
Phoenix, AZ 85007

Re:   Tohono O'odham Nation Glendale Casino Liquor Licenses

Dear Director Cocca:

As you may be aware, the Tohono O'odham Nation (the "Tribe") is currently constructing a casino near 93rd and Northern Avenues in Glendale, AZ. The Tribe has publicly stated that the anticipated opening date will be December 2015.

The Arizona Department of Gaming ("ADG") has investigated and reviewed serious allegations raised by the Arizona Attorney General in relation to on-going litigation related to the Arizona State-Tribal Gaming Compact (the "Compact") between the State of Arizona, the Tribe, and other Arizona tribes. Based on the documentation and evidence provided by the Arizona Office of Attorney General, ADG has determined that the Tribe committed fraud in negotiating and obtaining the Compact. Due to the overwhelming and uncontroverted evidence of such fraud and other misrepresentations, ADG notified the Tribe's Chairman, Ned Norris, Jr., on April 10, 2015, that the Tribe's Glendale casino is not authorized and would not be given the legal authorizations necessary to open for operations. I have enclosed this correspondence for your review. Notwithstanding ADG's notice, the Tribe continues to move forward with building the casino. Furthermore, Chairman Norris has indicated that the Tribe "refuse[s] to rule out the possibility the facility will open its doors without the required certification" from ADG.[1]

It is likely the Tribe will soon be applying for liquor licenses for the unauthorized Glendale casino. The Tribe has previously obtained the requisite approvals for existing casino operations in Southern Arizona that are authorized by the Compact. Pursuant to Ariz. Rev. Stat. 4-244(26), and based upon the evidence of fraud discovered by the Arizona Office of Attorney

---

[1] "Tohono O'odham Vow to Defend Glendale Casino Rights"; Tucson.com, Arizona Daily Star, April 22, 2015.

John Cocca
May 18, 2015
Page 2

General, ADG respectfully refers this matter to the Arizona Department of Liquor Licenses and Control for further review and determination of any licensing issues or violations that may have arisen or that may arise under your Department's jurisdiction.

    ADG stands ready to provide to the Department additional information demonstrating the fraudulent conduct of the Tribe and any other cooperation and assistance as your Department may find helpful.

Sincerely,

*[signature]*

DANIEL BERGIN, Director
Arizona Department of Gaming

encl.

ADG0000507