Mark Brnovich
Attorney General
Firm State Bar No. 14000

Brock Heathcotte, Bar No. 014466
Assistant Attorney General
1275 West Washington Street
Phoenix, Arizona 85007-2997
Telephone: (602) 542-7664
Fax: (602) 542-8308
brock.heathcotte@azag.gov

*Attorneys for Deponents Stephen M. Hart and Paul Michael Bielecki*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| The Tohono O'odham Nation,<br><br>           Plaintiff,<br><br>v.<br><br>Douglas Ducey, Governor of Arizona; Mark Brnovich, Arizona Attorney General; and Daniel Bergin, Director, Arizona Department of Gaming, in their official capacities<br><br>           Defendants. | No.  2:15-cv-01135-PHX-DGC<br><br>**NOTICE OF APPEARANCE** |
| Daniel Bergin, Director, Arizona Department of Gaming, in his official capacity,<br><br>           Counterclaimant,<br><br>v.<br><br>The Tohono O'odham Nation,<br><br>           Counterdefendant. | |

   NOTICE IS HEREBY GIVEN that Assistant Attorney General Brock Heathcotte of the Arizona Attorney General's Office enters his appearance as counsel for deponents

Stephen M. Hart and Paul Michael Bielecki in this matter. Service of all correspondence, motions and other papers should be directed to:

>Brock Heathcotte
>(brock.heathcotte@azag.gov)
>Arizona Attorney General's Office
>1275 West Washington Street
>Phoenix, AZ  85007-2997
>(602) 542-3333

RESPECTFULLY SUBMITTED this 8th day of June, 2016.

>Mark Brnovich
>Attorney General
>
> s/ Brock Heathcotte
>Brock Heathcotte
>Assistant Attorney General
>*Attorneys for Deponents Stephen M. Hart*
>*and Paul Michael Bielecki*

I hereby certify that the foregoing document was e-filed through the Clerk's Office ECF System this 8th day of June, 2016.

COPY of the foregoing e-mailed this 8th day of June, 2016, to:

Seth P. Waxman
Danielle Spinelli
Kelly P. Dunbar
Sonya L. Lebsack
WILMER CUTLER PICKERING HALE & DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC  20006
seth.waxman@wilmerhale.com
danielle.spinelli@wilmerhale.com
kelly.dunbar@wilmerhale.com
sonya.lebsack@wilmerhale.com
*Attorneys for Plaintiff The Tohono O'odham Nation*

. . .

2

Paul K. Charlton
Karl M. Tilleman
Erin N. Bass
STEPTOE & JOHNSON LLC
201 East Washington Street, Suite 1600
Phoenix, AZ  85004
pcharlton@steptoe.com
ktilleman@steptoe.com
ebass@steptoe.com
*Attorneys for Plaintiff The Tohono O'odham Nation*

Jonathan Landis Jantzen
Laura Lynn Berglan
Tohono O'odham Nation
Office of the Attorney general
Post Office Box 830
Sella, AZ  85634
jonathan.jantzen@tonation-nsn.gov
laura.berglan@tonation-nan.gov
*Attorneys for Plaintiff The Tohono O'odham Nation*

Patrick Irvine
Douglas C. Northrup
Carrie Pixler Ryerson
FENNEMORE CRAIG, P.C.
2394 East Camelback Road, Suite 600
Phoenix, AZ  85016-3429
pirvine@fclaw.com
dnorthrup@fclaw.com
cryerson@fclaw.com
*Attorneys for Defendant/Counterclaimant Director Daniel Bergin, Arizona Department of Gaming*

Matthew D. McGill
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC  20036-5306
mmcgill@gibsondunn.com
*Attorneys for Defendant/Counterclaimant Director Daniel Bergin, Arizona Department of Gaming*

…

3

1  Matthew A. Hoffman
2  Timothy W. Loose
   GIBSON, DUNN & CRUTCHER LLP
3  333 South Grand Avenue
   Los Angeles, CA  90071-3197
4  mhoffman@gibsondunn.com
5  tloose@gibsondunn.com
   *Attorneys for Defendant/Counterclaimant*
6  *Director Daniel Bergin, Arizona Department of*
   *Gaming*
7

8   s/ Susan Peterson
    5129701