FENNEMORE CRAIG, P.C.
Patrick Irvine (No. 006534)
Douglas C. Northup (No. 013987)
Carrie Pixler Ryerson (No. 028072)
2394 E. Camelback Road, Suite 600
Phoenix, AZ  85016-3429
Telephone:  (602) 916-5000
Email:  pirvine@fclaw.com
Email:  dnorthup@fclaw.com
Email:  cryerson@fclaw.com

GIBSON, DUNN & CRUTCHER LLP
Matthew D. McGill (*pro hac vice*)
1050 Connecticut Avenue, N.W.
Washington, DC  20036-5306
Telephone:  (202) 955-8500
Email:  MMcGill@gibsondunn.com

Matthew A. Hoffman (*pro hac vice*)
Timothy W. Loose (*pro hac vice*)
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone:  (213) 229-7000
Email:  MHoffman@gibsondunn.com
Email:  TLoose@gibsondunn.com

*Attorneys for Defendant/Counterclaimant
Director Daniel Bergin, Arizona Department of Gaming*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| The Tohono O'odham Nation, <br> Plaintiff, <br> v. <br> Douglas Ducey, Governor of Arizona; Mark Brnovich, Arizona Attorney General; and Daniel Bergin, Director, Arizona Department of Gaming, in their official capacities, <br> Defendants. | No. CV-15-01135-PHX-DGC <br><br> **NOTICE OF DEPOSITION OF JAMES CHASTON** |
| Daniel Bergin, Director, Arizona Department of Gaming, in his official capacity, <br> Counterclaimant, <br> v. <br> The Tohono O'odham Nation, <br> Counterdefendant. | |

**TO: ALL PARTIES AND THEIR ATTORNEYS RECORD:**

**YOU ARE HEREBY NOTIFIED** that pursuant to Federal Rules of Civil Procedure 26 and 30, the deposition will be taken upon oral examination of the person whose name and address is stated below before an officer authorized by law to administer oaths.

| | |
|---|---|
| **PERSON TO BE EXAMINED:** | James Chaston |
| **DATE OF DEPOSITION:** | June 20, 2016 |
| **TIME OF DEPOSITION:** | 2:30 p.m. |
| **PLACE OF DEPOSITION:** | Fennemore Craig, P.C.<br>2394 E. Camelback Road, Suite 600<br>Phoenix, Arizona 85016 |

**REQUEST FOR REASONABLE ACCOMMODATION FOR PERSONS WITH DISABILITIES MUST BE MADE AT LEAST 3 JUDICIAL DAYS IN ADVANCE OF THE DEPOSITION.**

DATED this 9th day of June, 2016.

FENNEMORE CRAIG, P.C.

By */s/ Carrie Pixler Ryerson*
   Patrick Irvine
   Douglas C. Northup
   Carrie Pixler Ryerson

   -and-

   Matthew D. McGill
   Matthew A. Hoffman
   Timothy W. Loose
   GIBSON, DUNN & CRUTCHER LLP

   *Attorneys for Defendant/Counterclaimant Director Daniel Bergin, Arizona Department of Gaming*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 9, 2016, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

| | |
|---|---|
| Seth P. Waxman<br>Danielle Spinelli<br>Kelly P. Dunbar<br>Sonya L. Lebsack<br>Kevin M. Lamb<br>Wilmer Cutler Pickering Hale & Dorr LLP<br>1875 Pennsylvania Ave. NW<br>Washington, DC  20006<br>Email:  seth.waxman@wilmerhale.com<br>Email:  danielle.spinelli@wilmerhale.com<br>Email:  kelly.dunbar@wilmerhale.com<br>Email:  sonya.lebsack@wilmerhale.com<br>Email:  kevin.lamb@wilmerhale.com<br>*Attorneys for Plaintiff*<br>*The Tohono O'odham Nation* | Jonathan Landis Jantzen<br>Laura Lynn Berglan<br>Tohono O'odham Nation<br>Office of the Attorney General<br>P. O. Box 830<br>Sells, AZ  85634<br>Email: jonathan.jantzen@tonation-nsn.gov<br>Email: laura.berglan@tonation-nsn.gov<br>*Attorneys for Plaintiff*<br>*The Tohono O'odham Nation* |
| Paul K. Charlton<br>Karl M. Tilleman<br>Erin N. Bass<br>Steptoe & Johnson LLP<br>201 E. Washington St., Suite 1600<br>Phoenix, AZ  85004<br>Email:  pcharlton@steptoe.com<br>Email:  ktilleman@steptoe.com<br>Email:  ebass@steptoe.com<br>*Attorneys for Plaintiff*<br>*The Tohono O'odham Nation* | Jennifer B. Bonneville<br>Steptoe & Johnson LLP<br>633 W. Fifth Street, Suite 700<br>Los Angeles, CA 90071<br>Email:  jbonneville@steptoe.com<br>*Attorneys for Plaintiff*<br>*The Tohono O'odham Nation* |

*/s/ Julie Calvano Tolby*
An employee of Fennemore Craig, P.C.

11705478.1

FENNEMORE CRAIG, P.C.
PHOENIX