Paul K. Charlton (012449)
Karl M. Tilleman (013435)
Erin N. Bass (030104)
STEPTOE & JOHNSON LLP
201 East Washington Street, Suite 1600
Phoenix, Arizona 85004-2382
Telephone: (602) 257-5200
Facsimile: (602) 257-5299
pcharlton@steptoe.com
ktilleman@steptoe.com
ebass@steptoe.com

Jennifer B. Bonneville (*Pro hac vice*)
STEPTOE & JOHNSON LLP
633 West Fifth Street, Suite 700
Los Angeles, California 90071
jbonnevi@steptoe.com

*Counsel for Plaintiff Tohono O'odham Nation*
(Additional attorneys for
Plaintiff listed on next page)

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| THE TOHONO O'ODHAM NATION,<br><br>     Plaintiff,<br><br> v.<br><br>DOUGLAS DUCEY, Governor of Arizona; MARK BRNOVICH, Arizona Attorney General; and DANIEL BERGIN, Director, Arizona Department of Gaming, in their official capacities,<br><br>     Defendants. | Case No. 2:15-cv-01135-DGC<br><br>**PLAINTIFF'S NOTICE OF SERVICE OF DISCOVERY** |

Additional Attorneys:

Danielle Spinelli (*Pro hac vice*)
Kelly P. Dunbar (*Pro hac vice*)
Sonya L. Lebsack (*Pro hac vice*)
Kevin M. Lamb (*Pro hac vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
Telephone: (202) 663-6000
danielle.spinelli@wilmerhale.com
kelly.dunbar@wilmerhale.com
sonya.lebsack@wilmerhale.com
kevin.lamb@wilmerhale.com

Laura Berglan, Acting Attorney General, (022120)
Office of Attorney General
TOHONO O'ODHAM NATION
P.O. Box 830
Sells, AZ  85634
Telephone: (520) 383-3410
laura.berglan@tonation-nsn.gov

1  Plaintiff Tohono O'odham Nation hereby gives notice that it has served (1) The
2  Tohono O'odham Nation's Responses to Defendant Bergin's Second Set of Non-Uniform
3  Interrogatories; (2) The Tohono O'odham Nation's Responses to Defendant Bergin's
4  Third Requests for Production; and (3) The Tohono O'odham Nation's Responses to
5  Defendant Bergin's First Set of Requests for Admission on counsel of record for
6  Defendant Bergin via E-mail and U.S. Mail.

7  DATED this 9th day of June, 2016.

8  STEPTOE & JOHNSON LLP

9

10  /s/ Karl M. Tilleman
    Paul K. Charlton
11  Karl M. Tilleman
    Erin N. Bass
12  STEPTOE & JOHNSON LLP
    201 E. Washington Street
13  Suite 1600
    Phoenix, AZ  85004
14
    (602) 257-5200
15

16  Jennifer B. Bonneville (*Pro hac vice*)
    STEPTOE & JOHNSON LLP
17  633 West Fifth Street, Suite 700
    Los Angeles, CA 90071
18
    (213) 439-9400
19

20  Laura Berglan, Acting Attorney General
    Office of Attorney General
21  TOHONO O'ODHAM NATION
    P.O. Box 830
22  Sells, AZ  85634
    (520) 383-3410
23

24

25

26

27

28

-2-

Seth P. Waxman (*Pro hac vice*)
Danielle Spinelli (*Pro hac vice*)
Kelly P. Dunbar (*Pro hac vice*)
Sonya L. Lebsack (*Pro hac vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
(202) 663-6000

*Counsel for Plaintiff Tohono O'odham Nation*

-3-

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of June, 2016, I caused the foregoing document to be served via email upon the following persons to the addresses noted below:

| | |
|---|---|
| Patrick Irvine (No. 006534) | Matthew D. McGill (*pro hac vice*) |
| Douglas C. Northup (No. 013987) | Matthew A. Hoffman (*pro hac vice*) |
| Carrie Pixler Ryerson (No. 028072) | Timothy W. Loose (*pro hac vice*) |
| Fennemore Craig, P.C. | Gibson, Dunn & Crutcher LLP |
| 2394 E. Camelback Road, Suite 600 | 1050 Connecticut Avenue N.W. |
| Phoenix, AZ  85016-3429 | Washington, DC  20036 |
| (602) 916-5000 | (202) 955-8500 |
| pirvine@fclaw.com | mmcgill@gibsondunn.com |
| dnorthup@fclaw.com | mhoffman@gibsondunn.com |
| cryerson@fclaw.com | tloose@gibsondunn.com |

*Attorneys for Defendant*
*Director Daniel Bergin*
*Arizona Department of Gaming*

/s/   Jackie Lynn Bell