Heidi McNeil Staudenmaier (#010387)
Brett W. Johnson (#021527)
Sara J. Agne (#026950)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070
E-Mail: hstaudenmaier@swlaw.com
bwjohnson@swlaw.com
sagne@swlaw.com
Attorneys for Defendant Doug Ducey, Governor of Arizona

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| The Tohono O'odham Nation,<br><br>Plaintiff,<br><br>v.<br><br>Douglas Ducey, Governor of Arizona; Mark Brnovich, Arizona Attorney General; and Daniel Bergin, Director, Arizona Department of Gaming, in their official capacities,<br><br>Defendants. | No. 2:15-cv-01135-DGC<br><br>**NOTICE OF SERVICE OF DISMISSED DEFENDANT GOVERNOR DUCEY'S RESPONSES TO PLAINTIFF'S SECOND SET OF REQUESTS FOR PRODUCTION** |

Pursuant to LRCiv 5.2, Dismissed Defendant Douglas Ducey, Governor of Arizona, gives notice that on June 15, 2016, he served via email counsel for Plaintiff The Tohono O'odham Nation with the following: (1) Dismissed Defendant Ducey's Response to The Tohono O'odham Nation's Second Set of Requests for Production.

DATED this 15th day of June, 2016.

| | |
|---|---|
| 1 | SNELL & WILMER, L.L.P. |
| 2 | |
| 3 | By: */s/ Brett W. Johnson* |
| 4 | Heidi McNeil Staudenmaier<br>Brett W. Johnson<br>Sara J. Agne |
| 5 | One Arizona Center<br>400 E. Van Buren, Suite 1900 |
| 6 | Phoenix, Arizona 85004-2202<br>*Attorneys for Defendant Douglas* |
| 7 | *Ducey, Governor of Arizona* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 15, 2016, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a notice of electronic filing to the following CM/ECF registrants:

| | |
|---|---|
| Seth P. Waxman<br>Danielle Spinelli<br>Kelly P. Dunbar<br>Sonya L. Lebsack<br>Wilmer Cutler Pickering Hale & Dorr LLP<br>1875 Pennsylvania Ave. NW<br>Washington, DC 2006<br>Email: seth.waxman@wilmerhale.com<br>Email: danielle.spinelli@wilmerhale.com<br>Email: kelly.dunbar@wilmerhale.com<br>Email: sonya.lebsack@wilmerhale.com<br>*Attorneys for Plaintiff*<br>*The Tohono O'odham Nation* | *The Tohono O'odham Nation*<br><br>Paul K. Charlton<br>Karl M. Tilleman<br>Erin N. Bass<br>Steptoe & Johnson LLP<br>201 E. Washington Street<br>Suite 1600<br>Phoenix, AZ 84004<br>Email: pcharlton@steptoe.com<br>Email: ktilleman@steptoe.com<br>Email: ebass@steptoe.com<br>*Attorneys for Plaintiff*<br>*The Tohono O'odham Nation* |
| Jonathan Landis Jantzen<br>Laura Lynn Berglan<br>Tohono O'odham Nation<br>Office of the Attorney General<br>P. O. Box 830<br>Sells, AZ 85634<br>Email: jonathan.jantzen@tonation-nsn.gov<br>Email: laura.berglan@tonation-nsn.gov<br>*Attorneys for Plaintiff* | Jennifer B. Bonneville<br>Steptoe & Johnson LLP<br>633 W. Fifth Street, Suite 700<br>Los Angeles, CA 90071<br>Email: jbonneville@steptoe.com<br>*Attorneys for Plaintiff*<br>*The Tohono O'odham Nation* |
| GIBSON, DUNN & CRUTCHER LLP<br>Matthew D. McGill (*pro hac vice*)<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036-5306<br>Telephone: (202) 955-8500<br>Email: MMcGill@gibsondunn.com | Matthew A. Hoffman (*pro hac vice*)<br>Timothy W. Loose (*pro hac vice*)<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: (213) 229-7000<br>Email: MHoffman@gibsondunn.com<br>Email: TLoose@gibsondunn.com |

FENNEMORE CRAIG, P.C.
Patrick Irvine (No. 006534)
Douglas C. Northup (No. 013987)
Carrie Pixler Ryerson (No. 028072)
2394 E. Camelback Road, Suite 600
Phoenix, AZ 85016-3429
Telephone: (602) 916-5000
Email: pirvine@fclaw.com
Email: dnorthup@fclaw.com
Email: cryerson@fclaw.com

*Attorneys for Defendant/Counterclaimant
Director Daniel Bergin, Arizona Department of Gaming*


 /s/ Tracy Hobbs

24308683