# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

The Tohono O'odham Nation

    Plaintiff(s)/Petitioner(s),

vs.

Ducey, et al.

    Defendant(s)/Respondent(s)

CASE NO: 15-CV-01135-DGC

Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(2)

FILED / RECEIVED / LODGED / COPY
JUN 15 2016
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

## NOTICE: $35.00 APPLICATION FEE REQUIRED!

I, Andrew G. Pappas, hereby apply to the Court under LRCiv 83.1(b)(2) for pro hac vice admission to appear and practice in this action on behalf of Daniel Bergin, Director of the Arizona Department of Gaming.

**City and State of Principal Residence:** Los Angeles, California
**Firm Name:** Gibson, Dunn & Crutcher LLP
**Address:** 333 South Grand Avenue    **Suite:** 5461
**City:** Los Angeles    **State:** CA    **Zip:** 90071
**Firm/Business Phone:** (213) 229-7949
**Firm Fax Phone:** (213) 229-6949    **E-mail Address:** apappas@gibsondunn.com

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? |
|---|---|---|
| Supreme Court of California | 12/02/2009 | ☑ Yes ☐ No* |
| U.S. District Court for the Central District of California | 12/11/2009 | ☑ Yes ☐ No* |
| U.S. Court of Appeals for the Ninth Circuit | 01/14/2010 | ☑ Yes ☐ No* |

* Explain:

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
|---|---|---|
| | | |
| | | |
| | | |

* Explain:

### ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.

*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*

Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court? ☐ Yes ☑ No

Have you ever been disbarred from practice in any Court? ☐ Yes ☑ No

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), and will subscribe to receive court notices as required by LRCiv 83.1(c).

June 14, 2016      *[signature]*
**Date**      **Signature of Applicant**
Fee Receipt # PHX173066

(Rev. 04/12)

## ADDITIONAL BAR ADMISSIONS

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? |
|---|---|---|
| U.S. District Court for the Southern District of California | March 16, 2016 | Yes |
| U.S. District Court for the Northern District of Illinois | May 18, 2015 | Yes |

# United States District Court

## Central District of California

### CERTIFICATE OF GOOD STANDING

I, KIRY K. GRAY, Clerk of this Court, certify that

__Andrew George Pappas__, Bar No. __266409__

was duly admitted to practice in this Court on __December 11, 2009__
*DATE*

and is in good standing as a member of the Bar of this Court.

Dated at Los Angeles, California

on __June 13, 2016__
*Date*

KIRY K. GRAY
Clerk of Court

By _____
Lupe Thrasher, Deputy Clerk