Helen R. Holden (SBN 013264)
Helen.Holden@SacksTierney.com
SACKS TIERNEY P.A.
4250 N. Drinkwater Blvd., 4th Floor
Scottsdale, AZ 85251-3693
Telephone: 480.425.2600

Attorneys for James A. Chaston

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| The Tohono O'Odham Nation<br><br>　　　　Plaintiff,<br><br>v.<br><br>Douglas Ducey, Governor of Arizona; Mark Brnovich, Arizona Attorney General; and Daniel Bergin, Director, Arizona Department of Gaming, in their official capacities,<br><br>　　　　Defendant. | No. 2:15-cv-01135-PHX-DGC<br><br>**NOTICE OF APPEARANCE** |

NOTICE IS HEREBY GIVEN that Helen R. Holden enters her appearance as counsel for James A. Chaston, a third party subpoena recipient in this matter. This appearance is for the limited purpose of representing Mr. Chaston in connection with the subpoena served upon him on June 15, 2016 (the "Chaston Subpoena"), including, without limitation, representing him in connection with a motion to quash or modify the Chaston Subpoena. All further pleadings, notices and documents relating to the Chaston's Subpoena should be directed to Mr. Chaston's attorney at the following address, telephone number and E-mail:

Helen R. Holden, Esq.
SACKS TIERNEY P.A.
4250 N. Drinkwater Blvd, 4th floor
Scottsdale, Arizona  85251
Telephone: (480) 425-2600
E-mail: Helen.Holden@SacksTierney.com

1485690.v1

DATED this 16th day of June, 2016.

                                                  SACKS TIERNEY P.A.

                                    By: *s/ Helen R. Holden*
                                             Helen R. Holden
                                             Attorneys for James A. Chaston

1485690.v1

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 16, 2015, I electronically transmitted the foregoing NOTICE OF APPEARANCE to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

TO ALL ATTORNEYS/PARTIES REGISTERED WITH ECF FOR THIS MATTER

*/s/ Silvia Miranda*

3

1485690.v1