IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| The Tohono O'odham Nation,<br><br>Plaintiff,<br><br>v.<br><br>Douglas Ducey, Governor of Arizona; Mark Brnovich, Arizona Attorney General; and Daniel Bergin, Director, Arizona Department of Gaming, in their official capacities,<br><br>Defendants. | No. 2:15-cv-01135-DGC<br><br>**ORDER** |

Based on Dismissed Defendant Arizona Governor Douglas Ducey's Motion to Quash Subpoena and Motion for Protective Order, and good cause appearing,

**IT IS ORDERED** that the unduly burdensome Subpoena issued June 2, 2016, is quashed. The discovery sought may not be had, as it seeks information protected from disclosure by the attorney-client and deliberative process privileges, as well as information to which work-product protection applies, and no exception or waiver applies. Fed. R. Civ. P. 26(c)(1)(A), 45(d)(3)(A). The information sought also exceeds the permissible scope of discovery, is unreasonably cumulative and duplicative, and has been or can be obtained from other sources that are more convenient, less burdensome, and less

1  expensive. Fed. R. Civ. P. 26(b)(1), (b)(2)(C). Governor Ducey may submit a motion for
2  fees related to the bringing of his Motion to Quash Subpoena and Motion for Protective
3  Order.
   24294476