FENNEMORE CRAIG, P.C.
Patrick Irvine (No. 006534)
Douglas C. Northup (No. 013987)
Carrie Pixler Ryerson (No. 028072)
2394 E. Camelback Road, Suite 600
Phoenix, AZ  85016-3429
Telephone:  (602) 916-5000
Email:  pirvine@fclaw.com
Email:  dnorthup@fclaw.com
Email:  cryerson@fclaw.com

GIBSON, DUNN & CRUTCHER LLP
Matthew D. McGill (*pro hac vice*)
1050 Connecticut Avenue, N.W.
Washington, DC  20036-5306
Telephone:  (202) 955-8500
Email:  MMcGill@gibsondunn.com

Matthew A. Hoffman (*pro hac vice*)
Timothy W. Loose (*pro hac vice*)
Andrew G. Pappas (*pro hac vice*)
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone:  (213) 229-7000
Email:  MHoffman@gibsondunn.com
Email:  TLoose@gibsondunn.com
Email:  APappas@gibsondunn.com

*Attorneys for Defendant/Counterclaimant
Director Daniel Bergin, Arizona Department of Gaming*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| The Tohono O'odham Nation,<br><br>    Plaintiff,<br><br>    v.<br><br>Douglas Ducey, Governor of Arizona; Mark Brnovich, Arizona Attorney General; and Daniel Bergin, Director, Arizona Department of Gaming, in their official capacities,<br><br>    Defendants. | No. CV-15-01135-PHX-DGC<br><br>**NOTICE OF SERVICE OF DEFENDANT BERGIN'S FIRST SUPPLEMENTAL DISCLOSURE STATEMENT** |
| Daniel Bergin, Director, Arizona Department of Gaming, in his official capacity,<br><br>    Counterclaimant,<br><br>    v.<br><br>The Tohono O'odham Nation,<br><br>    Counterdefendant. | |

1    Pursuant to LRCiv 5.2, Defendant/Counterclaimant Daniel Bergin, Director,
2    Arizona Department of Gaming ("Bergin"), gives notice that on June 16, 2016, Bergin's
3    First Supplemental Disclosure Statement was served on Plaintiff/Counterdefendant The
4    Tohono O'odham Nation's counsel of record by electronic mail.
5    DATED this 16th day of June, 2016.

6    FENNEMORE CRAIG, P.C.

8    By s/ *Douglas C. Northup*
        Patrick Irvine
9       Douglas C. Northup
        Carrie Pixler Ryerson
10
11   -and-

12   Matthew D. McGill
     Matthew A. Hoffman
13   Timothy W. Loose
     Andrew G. Pappas
14   GIBSON, DUNN & CRUTCHER LLP

15   *Attorneys for Defendant/Counterclaimant Director Daniel Bergin, Arizona Department of Gaming*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 16, 2016, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Seth P. Waxman
Danielle Spinelli
Kelly P. Dunbar
Sonya L. Lebsack
Kevin M. Lamb
Wilmer Cutler Pickering Hale & Dorr LLP
1875 Pennsylvania Ave. NW
Washington, DC  20006
Email:  seth.waxman@wilmerhale.com
Email:  danielle.spinelli@wilmerhale.com
Email:  kelly.dunbar@wilmerhale.com
Email:  sonya.lebsack@wilmerhale.com
Email:  kevin.lamb@wilmerhale.com
*Attorneys for Plaintiff*
*The Tohono O'odham Nation*

Jonathan Landis Jantzen
Laura Lynn Berglan
Tohono O'odham Nation
Office of the Attorney General
P. O. Box 830
Sells, AZ  85634
Email: jonathan.jantzen@tonation-nsn.gov
Email: laura.berglan@tonation-nsn.gov
*Attorneys for Plaintiff*
*The Tohono O'odham Nation*

Paul K. Charlton
Karl M. Tilleman
Erin N. Bass
Steptoe & Johnson LLP
201 E. Washington St., Suite 1600
Phoenix, AZ  85004
Email:  pcharlton@steptoe.com
Email:  ktilleman@steptoe.com
Email:  ebass@steptoe.com
*Attorneys for Plaintiff*
*The Tohono O'odham Nation*

Jennifer B. Bonneville
Steptoe & Johnson LLP
633 W. Fifth Street, Suite 700
Los Angeles, CA 90071
Email: jbonneville@steptoe.com
*Attorneys for Plaintiff*
*The Tohono O'odham Nation*

s/ *Phyllis I. Warren*
An employee of Fennemore Craig, P.C.