FENNEMORE CRAIG, P.C.
Patrick Irvine (No. 006534)
Douglas C. Northup (No. 013987)
Carrie Pixler Ryerson (No. 028072)
2394 E. Camelback Road, Suite 600
Phoenix, AZ  85016-3429
Telephone:  (602) 916-5000
Email:  pirvine@fclaw.com
Email:  dnorthup@fclaw.com
Email:  cryerson@fclaw.com

GIBSON, DUNN & CRUTCHER LLP
Matthew D. McGill (*pro hac vice*)
1050 Connecticut Avenue, N.W.
Washington, DC  20036-5306
Telephone:  (202) 955-8500
Email:  MMcGill@gibsondunn.com

Matthew A. Hoffman (*pro hac vice*)
Timothy W. Loose (*pro hac vice*)
Andrew G. Pappas (*pro hac vice*)
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone:  (213) 229-7000
Email:  MHoffman@gibsondunn.com
Email:  TLoose@gibsondunn.com
Email:  APappas@gibsondunn.com

*Attorneys for Defendant/Counterclaimant*
*Director Daniel Bergin, Arizona Department of Gaming*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| The Tohono O'odham Nation,<br><br>     Plaintiff,<br><br>     v.<br><br>Douglas Ducey, Governor of Arizona; Mark Brnovich, Arizona Attorney General; and Daniel Bergin, Director, Arizona Department of Gaming, in their official capacities,<br><br>     Defendants. | No. CV-15-01135-PHX-DGC<br><br>**NOTICE OF SERVICE OF DEFENDANT BERGIN'S SUPPLEMENTAL DISCOVERY RESPONSES** |
| Daniel Bergin, Director, Arizona Department of Gaming, in his official capacity,<br><br>     Counterclaimant,<br><br>     v.<br><br>The Tohono O'odham Nation,<br><br>     Counterdefendant. | |

FENNEMORE CRAIG, P.C.
PHOENIX

11728273

Pursuant to LRCiv 5.2, Defendant Bergin gives notice that on June 16, 2016, he served via email counsel for Plaintiff The Tohono O'odham Nation with the following: (1) Director Bergin's Supplemental Responses and Objections to the Tohono O'odham Nation's First Set of Non-Uniform Interrogatories; (2) Director Bergin's Supplemental Objections and Responses to the Tohono O'odham Nation's First Set of Requests for Admission; (3) Director Bergin's Supplemental Objections and Responses to the Tohono O'odham Nation's First Requests for Production; and (4) Director Bergin's Supplemental Objections and Responses to the Tohono O'odham Nation's Second Set of Requests for Production.

DATED this 16th day of June, 2016.

FENNEMORE CRAIG, P.C.

By s/ *Douglas C. Northup*
Patrick Irvine
Douglas C. Northup
Carrie Pixler Ryerson

-and-

Matthew D. McGill
Matthew A. Hoffman
Timothy W. Loose
Andrew G. Pappas
GIBSON, DUNN & CRUTCHER LLP

*Attorneys for Defendant/Counterclaimant Director Daniel Bergin, Arizona Department of Gaming*

11728273

**CERTIFICATE OF SERVICE**

I hereby certify that on June 16, 2016, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

| | |
|---|---|
| Seth P. Waxman<br>Danielle Spinelli<br>Kelly P. Dunbar<br>Sonya L. Lebsack<br>Kevin M. Lamb<br>Wilmer Cutler Pickering Hale & Dorr LLP<br>1875 Pennsylvania Ave. NW<br>Washington, DC  20006<br>Email:  seth.waxman@wilmerhale.com<br>Email:  danielle.spinelli@wilmerhale.com<br>Email:  kelly.dunbar@wilmerhale.com<br>Email:  sonya.lebsack@wilmerhale.com<br>Email:  kevin.lamb@wilmerhale.com<br>*Attorneys for Plaintiff*<br>*The Tohono O'odham Nation* | Jonathan Landis Jantzen<br>Laura Lynn Berglan<br>Tohono O'odham Nation<br>Office of the Attorney General<br>P. O. Box 830<br>Sells, AZ  85634<br>Email: jonathan.jantzen@tonation-nsn.gov<br>Email: laura.berglan@tonation-nsn.gov<br>*Attorneys for Plaintiff*<br>*The Tohono O'odham Nation* |
| Paul K. Charlton<br>Karl M. Tilleman<br>Erin N. Bass<br>Steptoe & Johnson LLP<br>201 E. Washington St., Suite 1600<br>Phoenix, AZ  85004<br>Email:  pcharlton@steptoe.com<br>Email:  ktilleman@steptoe.com<br>Email:  ebass@steptoe.com<br>*Attorneys for Plaintiff*<br>*The Tohono O'odham Nation* | Jennifer B. Bonneville<br>Steptoe & Johnson LLP<br>633 W. Fifth Street, Suite 700<br>Los Angeles, CA 90071<br>Email: jbonneville@steptoe.com<br>*Attorneys for Plaintiff*<br>*The Tohono O'odham Nation* |

s/ *Phyllis I. Warren*
An employee of Fennemore Craig, P.C.

FENNEMORE CRAIG, P.C.
PHOENIX

11728273