1   Paul K. Charlton (012449)
2   Karl M. Tilleman (013435)
    Erin N. Bass (030104)
3   STEPTOE & JOHNSON LLP
    201 East Washington Street, Suite 1600
4   Phoenix, Arizona 85004-2382
5   Telephone: (602) 257-5200
    Facsimile: (602) 257-5299
6   pcharlton@steptoe.com
    ktilleman@steptoe.com
7   ebass@steptoe.com
8
    Jennifer B. Bonneville (*Pro hac vice*)
9   STEPTOE & JOHNSON LLP
10  633 West Fifth Street, Suite 700
    Los Angeles, California 90071
11  jbonnevi@steptoe.com
12
    *Counsel for Plaintiff Tohono O'odham Nation*
13  (Additional attorneys for
    Plaintiff listed on next page)
14

15

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| THE TOHONO O'ODHAM NATION, | Case No. 2:15-cv-01135-DGC |
| Plaintiff, | |
| v. | **PLAINTIFF'S NOTICE OF SERVICE OF DISCOVERY** |
| DOUGLAS DUCEY, Governor of Arizona; MARK BRNOVICH, Arizona Attorney General; and DANIEL BERGIN, Director, Arizona Department of Gaming, in their official capacities, | |
| Defendants. | |

Doc. # DC-9280939 v.1

Additional Attorneys:

Danielle Spinelli (*Pro hac vice*)
Kelly P. Dunbar (*Pro hac vice*)
Sonya L. Lebsack (*Pro hac vice*)
Kevin M. Lamb (*Pro hac vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
Telephone: (202) 663-6000
danielle.spinelli@wilmerhale.com
kelly.dunbar@wilmerhale.com
sonya.lebsack@wilmerhale.com
kevin.lamb@wilmerhale.com

Laura Berglan, Acting Attorney General, (022120)
Office of Attorney General
TOHONO O'ODHAM NATION
P.O. Box 830
Sells, AZ  85634
Telephone: (520) 383-3410
laura.berglan@tonation-nsn.gov

1   Plaintiff Tohono O'odham Nation hereby gives notice that it has served Plaintiff's
2 First Amended Objections and Responses to Defendant Bergin's Second and Third Sets
3 of Requests for Production on counsel of record for Defendant Bergin via E-mail and
4 U.S. Mail.

5   DATED this 16th day of June, 2016.

                STEPTOE & JOHNSON LLP


                /s/ Karl M. Tilleman
                  Paul K. Charlton
                  Karl M. Tilleman
                  Erin N. Bass
                  201 E. Washington Street
                  Suite 1600
                  Phoenix, AZ  85004
                  (602) 257-5200

                STEPTOE & JOHNSON LLP
                Jennifer B. Bonneville
                633 West Fifth Street, Suite 700
                Los Angeles, CA 90071
                (Admitted Pro Hac Vice)

                WILMER CUTLER PICKERING
                HALE AND DORR LLP
                Danielle Spinelli
                Kelly P. Dunbar
                Sonya L. Lebsack
                Kevin M. Lamb
                1875 Pennsylvania Avenue, N.W.
                Washington, D.C. 20006
                (Admitted Pro Hac Vice)

                TOHONO O'ODHAM NATION
                Laura Berglan
                P.O. Box 830
                Sells, AZ  85634

                *Counsel for Plaintiff Tohono O'odham Nation*

-2-

# CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of June, 2016, I caused the foregoing document to be served via email upon the following persons to the addresses noted below:

Patrick Irvine
Douglas C. Northup
Carrie Pixler Ryerson
Fennemore Craig, P.C.
2394 E. Camelback Road, Suite 600
Phoenix, AZ  85016-3429

Matthew D. McGill
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue N.W.
Washington, DC  20036-5306

Matthew A. Hoffman
Timothy W. Loose
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197

*Attorneys for Defendant*
*Director Daniel Bergin*
*Arizona Department of Gaming*

                                    s/     Beth Hardin