# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| The Tohono O'Odham Nation<br><br>    Plaintiff,<br><br>v.<br><br>Douglas Ducey, Governor of Arizona; Mark Brnovich, Arizona Attorney General; and Daniel Bergin, Director, Arizona Department of Gaming, in their official capacities,<br><br>    Defendant. | No. CV15-01135-PHX-DGC<br><br>**ORDER TERMINATING JAMES CHASTON'S PARTICIPATION IN CASE** |

Upon notice of Mr. James Chaston's resolution of discovery issue and request to terminate his participation in this case. Doc. 176.

**IT IS ORDERED** that Mr. Chaston's motion (Doc. 176) is **granted.** Mr. Chaston's participation in this case is terminated and his counsel of record, Helen Holden, is removed as an attorney of record in this case.

Dated this 17th day of June, 2016.

_____
David G. Campbell
United States District Judge