MARK BRNOVICH
Attorney General
Firm Bar No. 14000
Karen J. Hartman-Tellez (021121)
Assistant Attorney General
1275 W. Washington Street
Phoenix, AZ  85007
Telephone (602) 542-4951
Facsimile (602) 542-4385
karen.hartman@azag.gov
*Attorneys for Mark Brnovich*

**UNITED STATES DISCTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| The Tohono O'odham Nation, | Case No.  CV-15-01135-DGC |
| Plaintiff, | **NOTICE OF SERVICE OF DISCOVERY** |
| v. | |
| Douglas Ducey, Governor of Arizona; Mark Brnovich, Arizona Attorney General; and Daniel Bergin, Director, Arizona Department of Gaming, in their official capacities. | |
| Defendants. | |

Pursuant to Local Rule 5.2, dismissed defendant Mark Brnovich, Arizona Attorney General, gives notice that on June 23, 2016, he served counsel for plaintiff the Tohono O'odham Nation via email with the following: (1) Attorney General Mark Brnovich's Objections and Responses to the Tohono O'odham Nation's First Requests for Production to Defendant Bergin, and (2) Attorney General Mark Brnovich's Objections and Responses to the Tohono O'odham Nation's Second Requests for Production to Defendant Bergin.

RSPECTFULLY SUBMITTED this 23rd day of June, 2016.

          MARK BRNOVICH
          Attorney General

    By: s/ Karen J. Hartman-Tellez_____
         Karen J. Hartman-Tellez
         Assistant Attorney General

**CERTIFICATE OF SERVICE**

I hereby certify that on June 23rd, 2016, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a notice of electronic filing to the EM/ECF registrants.

s/ Karen J. Hartman-Tellez

5165137