FENNEMORE CRAIG, P.C.
Patrick Irvine (No. 006534)
Douglas C. Northup (No. 013987)
Carrie Pixler Ryerson (No. 028072)
2394 E. Camelback Road, Suite 600
Phoenix, AZ  85016-3429
Telephone:  (602) 916-5000
Email:  pirvine@fclaw.com
Email:  dnorthup@fclaw.com
Email:  cryerson@fclaw.com

GIBSON, DUNN & CRUTCHER LLP
Matthew D. McGill (*pro hac vice*)
1050 Connecticut Avenue, N.W.
Washington, DC  20036-5306
Telephone:  (202) 955-8500
Email:  MMcGill@gibsondunn.com

Matthew A. Hoffman (*pro hac vice*)
Timothy W. Loose (*pro hac vice*)
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone:  (213) 229-7000
Email:  MHoffman@gibsondunn.com
Email:  TLoose@gibsondunn.com

*Attorneys for Defendant/Counterclaimant*
*Director Daniel Bergin, Arizona Department of Gaming*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| The Tohono O'odham Nation,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>Douglas Ducey, Governor of Arizona; Mark Brnovich, Arizona Attorney General; and Daniel Bergin, Director, Arizona Department of Gaming, in their official capacities,<br><br>　　　　　Defendants. | No. CV-15-01135-PHX-DGC<br><br>**AMENDED NOTICE OF VIDEO DEPOSITION OF ALBERT MANUEL** |
| Daniel Bergin, Director, Arizona Department of Gaming, in his official capacity,<br><br>　　　　　Counterclaimant,<br><br>　　　v.<br><br>The Tohono O'odham Nation,<br><br>　　　　　Counterdefendant. | |

You are hereby notified that, pursuant to Federal Rules of Civil Procedure 26 and 30, the deposition will be taken upon oral examination of the person whose name and address is indicated below at the time and place stated herein before an officer authorized by law to administer oaths. Testimony will be recorded by both video and stenographic means.

**PERSON TO BE EXAMINED:**     Albert Manuel

**DATE AND TIME OF DEPOSITION:**     June 30, 2016, 1:00 p.m.

**PLACE OF DEPOSITION:**     FENNEMORE CRAIG, P.C.
2394 E. Camelback Road, Suite 600
Phoenix, Arizona  85016

DATED this 29th day of June, 2016.

        FENNEMORE CRAIG, P.C.


        By */s/ Carrie Pixler Ryerson*
          Patrick Irvine
          Douglas C. Northup
          Carrie Pixler Ryerson

          -and-

          Matthew D. McGill
          Matthew A. Hoffman
          Timothy W. Loose
          GIBSON, DUNN & CRUTCHER LLP

        *Attorneys for Defendant/Counterclaimant Director Daniel Bergin, Arizona Department of Gaming*

# CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2016, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Seth P. Waxman
Danielle Spinelli
Kelly P. Dunbar
Sonya L. Lebsack
Kevin M. Lamb
Wilmer Cutler Pickering Hale & Dorr LLP
1875 Pennsylvania Ave. NW
Washington, DC  20006
Email:  seth.waxman@wilmerhale.com
Email:  danielle.spinelli@wilmerhale.com
Email:  kelly.dunbar@wilmerhale.com
Email:  sonya.lebsack@wilmerhale.com
Email:  kevin.lamb@wilmehale.com
*Attorneys for Plaintiff*
*The Tohono O'odham Nation*

Jonathan Landis Jantzen
Laura Lynn Berglan
Tohono O'odham Nation
Office of the Attorney General
P. O. Box 830
Sells, AZ  85634
Email: jonathan.jantzen@tonation-nsn.gov
Email: laura.berglan@tonation-nsn.gov
*Attorneys for Plaintiff*
*The Tohono O'odham Nation*

Paul K. Charlton
Karl M. Tilleman
Erin N. Bass
Steptoe & Johnson LLP
201 E. Washington St., Suite 1600
Phoenix, AZ  85004
Email:  pcharlton@steptoe.com
Email:  ktilleman@steptoe.com
Email:  ebass@steptoe.com
*Attorneys for Plaintiff*
*The Tohono O'odham Nation*

s/ *Julie Calvano Tolby*
An employee of Fennemore Craig, P.C.

11764753.1

FENNEMORE CRAIG, P.C.
PHOENIX