# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| THE TOHONO O'ODHAM NATION,<br><br>                    Plaintiff,<br><br>     v.<br><br>DOUGLAS DUCEY, Governor of Arizona, et al.,<br><br>                    Defendants. | No. CV15-01135-PHX DGC<br><br>**ORDER** |

Upon consideration of the stipulation entered into by the Tohono O'odham Nation and Governor Douglas Ducey regarding issuance of the third-party subpoena seeking the production of a Rule 30(b)(6) witness to provide certain testimony on behalf of the State. Doc. 202,

**IT IS ORDERED:**

1. The stipulation (Doc. 202) is **granted.**
2. The deposition testimony of Steven Hart and Michael Bielecki is designated as Rule 30(b)(6) testimony on Topics 1-9 and 11-12 listed in the subpoena.
3. The Nation's request for testimony on Topics 10, 13, 14, and 15 is withdrawn.

4. The motion to quash (Doc. 170) filed by Governor Douglas A. .Ducey is withdrawn. The Clerk is directed to terminate the motion (Doc. 170).

Dated this 1st day of July, 2016.

_____
David G. Campbell
United States District Judge