# EXHIBIT A

# RESOLUTION OF THE TOHONO O'ODHAM LEGISLATIVE COUNCIL
(Approving Purchase and Appropriating $2,000,000 from the P.L. 99-503 Funds for Purchase of Approximately 1,166 Acres in Maricopa County)

RESOLUTION NO. <u>02-364</u>

| | | |
|---|---|---|
| 1 | WHEREAS, | in Resolutions No. 02-234 and 02-347 the Tohono O'odham Legislative Council approved the purchase of a 2,600 acre parcel in Maricopa County as replacement lands for San Lucy District under the Gila Bend Indian Reservation Lands Replacement Act, Public Law 99-503, which purchase has been completed; and |
| 5 | WHEREAS, | San Lucy District has requested that the Tohono O'odham Nation ("Nation") approve the purchase of an adjacent parcel which has a common boundary with the 2,600 acre parcel and consists of a parcel of approximately 1,166 acres ("the 1,166 acre parcel") to be acquired by the Nation using P.L. 99-503 funds and a parcel of approximately 9,200 acres ("the 9,200 acre parcel") to be acquired by Kimblewick Land, L.L.C., a wholly owned subsidiary of Vi-ikam Doag Industries, using corporate funds that are not P.L. 99-503 funds; and |
| 12 | WHEREAS, | the majority of the 1,166 acre parcel, which is located in portions of Sections 4, 9, 16, and 21 in Township 5 South, Range 7 West, is outside of the flood plain created by the Painted Rock Dam and Reservoir (the "flood plain") and is suitable for housing and community and economic development, and is therefore desirable for acquisition and placement into trust status as replacement lands under P.L. 99-503, whereas the majority of the 9,200 acre parcel is within the flood plain and is not suitable for housing but may be suitable for some forms of community and economic development; and |
| 20 | WHEREAS, | the seller (Painted Rock Springs Ranch) is unwilling to sell the 1,166 acre parcel separately and requires the purchaser (Arizona Desert Shrimp, L.L.C.) to purchase the 1,166 acre parcel and the 9,200 acre parcel as one parcel for a purchase price of $1,950,000; and |
| 24 | WHEREAS, | the purchaser (Arizona Desert Shrimp, L.L.C.) is willing to split the parcel into two parcels in a sale to Kimblewick Land, L.L.C. or its Nominee, which sale is intended to be simultaneous with the sale from Painted Rock Springs Ranch to Arizona Desert Shrimp, L.L.C., with the understanding that the split into two parcels is for the benefit of San Lucy District and the Nation; and |
| 29 | WHEREAS, | the Nation and San Lucy District intend that the 1,166 acre parcel will be joined with the 2,600 acre parcel previously purchased to be held in trust by the United States for |

RESOLUTION NO. 02-364
(Approving Purchase and Appropriating $2,000,000 from the P.L. 99-503 Funds for Purchase of Approximately 1,166 Acres in Maricopa County)
Page 2 of 4

the benefit of San Lucy District and the Nation, and that the 9,200 acre parcel be held in fee simple by Kimblewick Land, L.L.C. for an indefinite period while plans for use or disposition of the 9,200 acre parcel are developed; and

WHEREAS, because of the benefit realized by San Lucy District and the Nation by joining the 1,166 acre parcel to the 2,600 acre parcel and placing that entire joined parcel into trust, the Nation is willing to pay approximately $1,665 per acre for the 1,166 acre parcel for a total purchase price of $1,940,800 and to allow Kimblewick Land, L.L.C. to acquire the 9,200 acre parcel for approximately $1.00 per acre for a total purchase price of $9,200; and

WHEREAS, a Phase 1 environmental site assessment has been performed on the 1,166 acre parcel and the 9,200 acre parcel together, and no "recognized environmental conditions" or "potential recognized environmental conditions" have been found on the 1,166 acre parcel; and

WHEREAS, the Investment Committee of the Nation and the Natural Resources Committee of the Legislative Council have reviewed this purchase proposal; and

WHEREAS, the purchase of the 1,166 acre parcel by the Nation is in the best interests of San Lucy District and the Nation.

NOW, THEREFORE, BE IT RESOLVED that the Tohono O'odham Legislative Council:

1. Approves the purchase by the Tohono O'odham Nation of the 1,166 acre parcel described above for San Lucy District under the provisions of P.L. 99-503 for the purchase price of $1,940,800 to be used for housing and economic and community development, with no current intention of utilizing such lands for farming.

2. Appropriates $2,000,000 from the P.L. 99-503 account for the purchase price plus closing costs and any related costs for the 1,166 acre parcel.

3. Agrees that the Tohono O'odham Nation shall be named the Nominee of Kimblewick Land, L.L.C., in the purchase documents for the 1,166 acre parcel and agrees to assume all the obligations of Kimblewick Land, L.L.C., under those purchase documents, provided that nothing in the Nation's assumption of obligations shall be construed as a waiver of the sovereign immunity of the Nation.

4. Authorizes and directs the Chairman of the Nation to execute and deliver the

RESOLUTION NO. <u>02-364</u>
(Approving Purchase and Appropriating $2,000,000 from the P.L. 99-503 Funds for Purchase of Approximately 1,166 Acres in Maricopa County)
Page 3 of 4

purchase documents, to transfer funds, and to take all necessary and reasonable steps to implement the purchase approved in this Resolution.

The foregoing Resolution was passed by the Tohono O'odham Legislative Council on the <u>29TH</u>. Day of <u>AUGUST, 2002</u> at a meeting at which a quorum was present with a vote of <u>1,434.7</u> FOR; <u>719.45</u> AGAINST; <u>263.35</u> NOT VOTING; and <u>[02]</u> ABSENT, pursuant to the powers vested in the Council by Section <u>1(i)(3)</u> of Article VI and Section <u>9</u> of Article XVI of the Constitution of the Tohono O'Odham Nation, adopted by the Tohono O'Odham Nation on January 18, 1986; and approved by the Acting Deputy Assistant Secretary - Indian Affairs (Operations) on March 6, 1986, pursuant to Section 16 of the Act of June 18, 1934 (48 Stat. 984).

TOHONO O'ODHAM LEGISLATIVE COUNCIL

_____
Rita A. Martinez, Legislative Chairwoman

30th day of August, 20 02

ATTEST:

_____
Julianna Saraficio, Acting Legislative Secretary

29 day of August, 20 02.

Said Resolution was submitted for approval to the office of the Chairman of the Tohono O'Odham Nation on the 30th day of August, 20 02 at 3:55 o'clock, P.M., pursuant to the provisions of Section 5 of Article VII of the Constitution and will become effective upon his approval or upon his failure to either approve or disapprove it within 48 hours of submittal.

TOHONO O'ODHAM LEGISLATIVE COUNCIL

_____
Rita A. Martinez, Legislative Chairwoman

[X] APPROVED        on the 4th day of September, 20 02

[ ] DISAPPROVED     at 2:10 o'clock, P.M.

_____
EDWARD D. MANUEL, Chairman
TOHONO O'ODHAM NATION

**RESOLUTION NO. 02-364**
(Approving Purchase and Appropriating $2,000,000 from the P.L. 99-503 Funds for Purchase of Approximately 1,166 Acres in Maricopa County)
Page 4 of 4

Returned to the Legislative Secretary on the ____04th____ day of

____September____, 20 _02_, at __3:27__ o'clock, __P__.M.

_____
Julianna Saraficio, Acting Legislative Secretary

RESOLUTION NO. <u>02-364</u>

**ACTION:** APPROVING PURCHASE AND APPROPRIATING $2,000,000 FROM THE P.L. 99-503 FUNDS FOR PURCHASE OF APPROXIMATELY 1,166 ACRES IN MARICOPA COUNTY

**MOVED:** COUNCILMAN ALBERT MANUEL, JR.                **SECOND:** COUNCILMAN DAVID GARCIA

**DATE:** AUGUST 29, 2002

| DISTRICT | LEGISLATIVE REPRESENTATIVES | # OF VOTES | FOR | AGAINST | NOT VOTING | ABSENT |
|---|---|---|---|---|---|---|
| BABOQUIVARI 317.7 | 1. FRANCES MIGUEL (          ) | 158.85 | X | | | |
| | 2. FRANCES G. ANTONE (Lucilda Norris-Valenzuela) | 158.85 | | X | | |
| CHUKUT KUK 248.1 | 1. KENNETH WILLIAMS (Juanita Homer) | 124.05 | X | | | |
| | 2. DAVID GARCIA (Mary Audrey Juan) | 124.05 | X | | | |
| GU ACHI 230.7 | 1. CAMILLUS LOPEZ (          ) | 115.35 | X | | | |
| | 2. ALEX J. RAMON (Jerome Joaquin) | 115.35 | X | | | X |
| GU VO 188.3 | 1. FERN SALCIDO (          ) | 94.15 | X | | | |
| | 2. EMILIO LEWIS (Michael Flores) | 94.15 | X | | | |
| HICKIWAN 167.3 | 1. SHIRLEY MOLINA (          ) | 83.65 | | | X | |
| | 2. SANDRA ORTEGA (          ) | 83.65 | X | | | |
| PISINEMO 174.7 | 1. BARBARA SALVICIO (Alex Antone) | 87.35 | | | X | |
| | 2. PATRICIA CRUZ (Johnson Jose) | 87.35 | X | | | |
| SAN LUCY 160.7 | 1. ALBERT MANUEL, JR. (John W. Lawson, Sr.) | 80.35 | X | | | |
| | 2. GLORIA RAMIREZ (          ) | 80.35 | X | | | |
| SAN XAVIER 184.7 | 1. FELICIA NUÑEZ ** (          ) | 92.35 | X | | | |
| | 2. DENNIS RAMON (          ) | 92.35 | X | | | |
| SCHUK TOAK 144.5 | 1. MARY FLORES (          ) | 72.25 | | X | | X |
| | 2. AMBROSE ENCINAS (Frances B. Conde(Francisco)) | 72.25 | | X | | |
| SELLS 416.1 | 1. DENNIS E. JOSE ** (          ) | 208.05 | | X | | |
| | 2. EVELYN JUAN (          ) | 208.05 | | X | | |
| SIF OIDAK 184.7 | 1. ISIDRO LOPEZ (          ) | 92.35 | X | | | |
| | 2. RITA MARTINEZ (Nicholas Jose) | 92.35 | | | X | |
| **TOTAL** | | **2,417.5** | **1,434.7** | **719.45** | **263.35** | **[02]** |

**PASSED VOTES

# RESOLUTION OF THE TOHONO O'ODHAM LEGISLATIVE COUNCIL
(Approving Purchase of 2600 acres of Replacement Lands for San Lucy District to be purchased in accordance with Public Law 99-503)

RESOLUTION NO. <u>02-347</u>

1  WHEREAS, in Resolution No. 02-234 the Tohono O'odham Legislative Council, at the request of San Lucy District, appropriated $1,200,000 for the proposed purchase of approximately 2,600 acres of land located in Maricopa County as replacement lands under Public Law 99-503 to be used for housing and economic and community development for San Lucy District, with no current intention of utilizing such lands for farming; and

7  WHEREAS, by Resolution No. 02-234 the Chairman of the Nation was authorized to disburse funds for the Public Law 99-503 account to pay the purchase price for the 2,600 acre parcel, subject to the review and approval of the Natural Resources Committee and the full Legislative Council prior to closing; and

11  WHEREAS, the Feasibility Period set forth in the Purchase and Sale Agreement ends August 7, 2002 and closing is scheduled for not later than August 14, 2002; and

13  WHEREAS, the purchase price for the 2600 acre parcel is One Million Ten Thousand Dollars ($1,010,000.00); and

15  WHEREAS, after a due diligence evaluation of the 2,600 acre parcel, San Lucy District has requested the Nation purchase the 2600 acre parcel and requests the Chairman of the Nation to disburse funds from the Public Law 99-503 account to pay the purchase price for the 2,600 acre parcel; and

19  WHEREAS, The Natural Resources Committee has approved the purchase of the 2600 acre parcel; and

21  WHEREAS, the purchase of the 2600 acre parcel is in the best interests of San Lucy District and the Tohono O'odham Nation.

23  NOW, THEREFORE, BE IT RESOLVED that the Tohono O'odham Legislative Council:

24  1. Approves the purchase by the Tohono O'odham Nation of the 2600 acre parcel described above for San Lucy District under the provisions of Public Law 99-503 for the purchase price of $1,010,000 to be used for housing and economic and community development, with no current intention of utilizing such lands for farming.

**RESOLUTION NO. 02-347**
(Approving Purchase of 2600 acres of Replacement Lands for San Lucy District to be purchased in accordance with Public Law 99-503)
Page 2 of 3

2. The Chairman of the Nation is authorized and directed to execute and deliver the purchase documents and to take all necessary and reasonable steps for implementation in accordance with this Resolution.

The foregoing Resolution was passed by the Tohono O'odham Legislative Council on the 07th. Day of AUGUST, 2002 at a meeting at which a quorum was present with a vote of 1,813.1 FOR; -0- AGAINST; 416.1 NOT VOTING; and 188.3 [05] ABSENT, pursuant to the powers vested in the Council by Section 1 (i)(3) of Article VI and Section 9 of Article XVI of the Constitution of the Tohono O'Odham Nation, adopted by the Tohono O'Odham Nation on January 18, 1986; and approved by the Acting Deputy Assistant Secretary - Indian Affairs (Operations) on March 6, 1986, pursuant to Section 16 of the Act of June 18, 1934 (48 Stat. 984).

TOHONO O'ODHAM LEGISLATIVE COUNCIL

_____
Rita A. Martinez, Legislative Chairwoman

9th day of August, 2002

ATTEST:

_____
Julianna Saraficio, Acting Legislative Secretary

09 day of August, 2002.

Said Resolution was submitted for approval to the office of the Chairman of the Tohono O'Odham Nation on the 9th day of August, 2002 at 5:12 o'clock, P.M., pursuant to the provisions of Section 5 of Article VII of the Constitution and will become effective upon his approval or upon his failure to either approve or disapprove it within 48 hours of submittal.

TOHONO O'ODHAM LEGISLATIVE COUNCIL

_____
Rita A. Martinez, Legislative Chairwoman

**RESOLUTION NO. 02-347**
(Approving Purchase of 2600 acres of Replacement Lands for San Lucy District to be purchased in accordance with Public Law 99-503)
Page 3 of 3

[X] APPROVED  on the 12th day of August, 2002

[ ] DISAPPROVED  at 8:20 o'clock, A.M.

EDWARD D. MANUEL, Chairman
TOHONO O'ODHAM NATION

Returned to the Legislative Secretary on the 12 day of

August, 2002, at 9:00 o'clock, A .M.

Julianna Saraficio, Acting Legislative Secretary

RESOLUTION NO. 02-347

ACTION: APPROVING PURCHASE OF 2600 ACRES OF REPLACEMENT LANDS FOR SAN LUCY DISTRICT TO BE PURCHASED IN ACCORDANCE WITH PUBLIC LAW 99-503

MOVED: COUNCILMAN KENNETH WILLIAMS          SECOND: COUNCILMAN DAVID GARCIA

DATE: AUGUST 07, 2002

| DISTRICT | LEGISLATIVE REPRESENTATIVES | # OF VOTES | FOR | AGAINST | NOT VOTING | ABSENT |
|---|---|---|---|---|---|---|
| BABOQUIVARI 317.7 | 1. FRANCES MIGUEL ( ) | 158.85 | X | | | |
| | 2. FRANCES G. ANTONE (Lucilda Norris-Valenzuela) | 158.85 | X | | | X |
| CHUKUT KUK 248.1 | 1. KENNETH WILLIAMS (Juanita Homer) | 124.05 | X | | | |
| | 2. DAVID GARCIA (Mary Audrey Juan) | 124.05 | X | | | |
| GU ACHI 230.7 | 1. CAMILLUS LOPEZ ( ) | 115.35 | X | | | |
| | 2. ALEX J. RAMON (Jerome Joaquin) | 115.35 | X | | | |
| GU VO 188.3 | 1. FERN SALCIDO ( ) | 94.15 | | | | X |
| | 2. EMILIO LEWIS (Michael Flores) | 94.15 | | | | X |
| HICKIWAN 167.3 | 1. SHIRLEY MOLINA ( ) | 83.65 | X | | | |
| | 2. SANDRA ORTEGA ( ) | 83.65 | X | | | |
| PISINEMO 174.7 | 1. BARBARA SALVICIO (Alex Antone) | 87.35 | X | | | |
| | 2. PATRICIA CRUZ (Johnson Jose) | 87.35 | X | | | |
| SAN LUCY 160.7 | 1. ALBERT MANUEL, JR. (John W. Lawson, Sr.) | 80.35 | X | | | |
| | 2. GLORIA RAMIREZ ( ) | 80.35 | X | | | |
| SAN XAVIER 184.7 | 1. FELICIA NUÑEZ ( ) | 92.35 | X | | | |
| | 2. DENNIS RAMON ( ) | 92.35 | X | | | |
| SCHUK TOAK 144.5 | 1. MARY FLORES ( ) | 72.25 | X | | | |
| | 2. AMBROSE ENCINAS (Frances B. Conde(Francisco)) | 72.25 | X | | | |
| SELLS 416.1 | 1. DENNIS E. JOSE ( ) | 208.05 | | | X | X |
| | 2. EVELYN JUAN ( ) | 208.05 | | | X | |
| SIF OIDAK 184.7 | 1. ISIDRO LOPEZ ( ) | 92.35 | X | | | |
| | 2. RITA MARTINEZ (Nicholas Jose) | 92.35 | X | | | X |
| TOTAL | | 2,417.5 | 1,813.1 | -0- | 416.1 | 188.3 [05] |

**PASSED VOTES

# RESOLUTION OF THE TOHONO O'ODHAM LEGISLATIVE COUNCIL
(Appropriating Funds for Purchase of a 2,600 Acre Parcel as Replacement Lands for San Lucy District to be Purchased in Accordance with Public Law 99-503)

RESOLUTION NO. 02-234

| | | |
|---|---|---|
| 1 | WHEREAS, | the Tohono O'odham Legislative Council, at the request of San Lucy District, previously appropriated $3,365,850 for the proposed purchase of approximately 1,181 acres of land at a price of $2,850 per acre owned by the Gila Bend Investment Group Limited Partnership as replacement lands under Public Law 99-503; and |
| 5 | WHEREAS, | after a due diligence evaluation of the 1,181 acre parcel, the Nation, at the request of San Lucy District, withdrew from the proposed purchase of lands owned by Gila Bend Investment Group Limited Partnership and recovered its escrow funds plus interest from that proposed transaction; and |
| 9 | WHEREAS, | San Lucy District is now investigating the purchase of alternative parcels of land as replacement lands, utilizing the services of Vi-ikam Doag Industries to identify and research purchase possibilities; and |
| 12 | WHEREAS, | Vi-ikam Doag Industries ("VDI") and its wholly owned subsidiary Kimblewick Land, L.L.C., have been instructed by the San Lucy District Council to evaluate certain available lands for environmental problems and to assist the San Lucy District in selecting lands for potential purchase as replacement lands; and |
| 16 | WHEREAS, | VDI has identified a 2,600 acre parcel of land for possible purchase for approximately $440 per acre, and a second parcel of 12,000 acres available for approximately $162 per acre; and |
| 19 | WHEREAS, | San Lucy District has requested that the Legislative Council appropriate $3,400,000 from the San Lucy Public Law 99-503 account for the purchase price of both parcels; and |
| 22 | WHEREAS, | the Nation's Investment Committee and the Legislative Council's Natural Resources Committee have reviewed the proposal and recommend appropriation of $1,200,000 for purchase of the 2,600 acre parcel only, subject to the approval of the Chairman of the Nation and the Legislative Council prior to closing, and have referred the matter of the second parcel of 12,000 acres to the Office of Attorney General for legal review in light of restrictions in Public Law 99-503. |

28  NOW, THEREFORE, BE IT RESOLVED that the Tohono O'odham Legislative Council:

29      1. Appropriates $1,200,000 for purchase of the 2,600 acre parcel described above for

**RESOLUTION NO. 02-234**
(Appropriating Funds for Purchase of a 2,600 Acre Parcel as Replacement Lands for San Lucy District to be Purchased in Accordance with Public Law 99-503)
Page 2 of 3

San Lucy District under the provisions of Public Law 99-503 to be used for housing and economic and community development, with no current intention of utilizing such lands for farming.

2. Authorizes the Chairman of the Tohono O'odham Nation to disburse funds from the Public Law 99-503 account to pay the purchase price for the 2,600 acre parcel, subject to the review and approval of the Natural Resources Committee and the full Legislative Council prior to closing.

3. Rescinds the appropriation of $3,365,850 in Resolution No. 01-500 for the proposed purchase of the land owned by Gila Bend Investment Group Limited Partnership.

The foregoing Resolution was passed by the Tohono O'odham Legislative Council on the 16TH. Day of MAY, 2002 at a meeting at which a quorum was present with a vote of 1,826.7 FOR; -0- AGAINST; 416.1 NOT VOTING; and 174.7[05] ABSENT, pursuant to the powers vested in the Council by Section 1 (i)(3) of Article VI and Section 9 of Article XVI of the Constitution of the Tohono O'Odham Nation, adopted by the Tohono O'Odham Nation on January 18, 1986; and approved by the Acting Deputy Assistant Secretary - Indian Affairs (Operations) on March 6, 1986, pursuant to Section 16 of the Act of June 18, 1934 (48 Stat. 984).

TOHONO O'ODHAM LEGISLATIVE COUNCIL

_____
Rita A. Martinez, Legislative Chairwoman

17th day of May, 2002

ATTEST:

_____
Julianna Saraficio, Acting Legislative Secretary

16th day of May, 2002.

**RESOLUTION NO. 02-234**
(Appropriating Funds for Purchase of a 2,600 Acre Parcel as Replacement Lands for San Lucy District to be Purchased in Accordance with Public Law 99-503)
Page 3 of 3

Said Resolution was submitted for approval to the office of the Chairman of the Tohono O'Odham Nation on the 17th day of May, 2002 at 9:31 o'clock, A.M., pursuant to the provisions of Section 5 of Article VII of the Constitution and will become effective upon his approval or upon his failure to either approve or disapprove it within 48 hours of submittal.

TOHONO O'ODHAM LEGISLATIVE COUNCIL

_[signature]_

Rita A. Martinez, Legislative Chairwoman

[X] APPROVED          on the 20 day of May, 2002

[ ] DISAPPROVED       at 9:25 o'clock, A.M.

_[signature]_
EDWARD D. MANUEL, Chairman
TOHONO O'ODHAM NATION

Returned to the Legislative Secretary on the 20th day of

May, 2002, at 11:46 o'clock, A.M.

_[signature]_
Julianna Saraficio, Acting Legislative Secretary

**RESOLUTION NO. 02-234**

**ACTION:** APPROPRIATING FUNDS FOR PURCHASE OF A 2,600 ACRE PARCEL AS REPLACEMENT LANDS FOR SAN LUCY DISTRICT TO BE PURCHASED IN ACCORDANCE WITH PUBLIC LAW 99-503

**MOVED:** COUNCILMAN ALBERT MANUEL          **SECOND:** COUNCILWOMAN GLORIA RAMIREZ

**DATE:** MAY 16, 2002

| DISTRICT | LEGISLATIVE REPRESENTATIVES | # OF VOTES | FOR | AGAINST | NOT VOTING | ABSENT |
|---|---|---|---|---|---|---|
| BABOQUIVARI 317.7 | 1. FRANCES MIGUEL ( ) <br> 2. FRANCES G. ANTONE (Lucilda Norris-Valenzuela) | 158.85 <br> 158.85 | X <br> X | | | |
| CHUKUT KUK 248.1 | 1. KENNETH WILLIAMS (Juanita Homer) <br> 2. DAVID GARCIA (Mary Audrey Juan) | 124.05 <br> 124.05 | X <br> X | | | X |
| GU ACHI 230.7 | 1. CAMILLUS LOPEZ ( ) <br> 2. ALEX J. RAMON (Jerome Joaquin) | 115.35 <br> 115.35 | X <br> X | | | |
| GU VO 188.3 | 1. FERN SALCIDO ( ) <br> 2. EMILIO LEWIS (Michael Flores) | 94.15 <br> 94.15 | X <br> X | | | |
| HICKIWAN 167.3 | 1. SHIRLEY MOLINA ( ) <br> 2. SANDRA ORTEGA ( ) | 83.65 <br> 83.65 | X <br> X | | | X |
| PISINEMO 174.7 | 1. BARBARA SALVICIO (Alex Antone) <br> 2. PATRICIA CRUZ (Johnson Jose) | 87.35 <br> 87.35 | | | | X <br> X |
| SAN LUCY 160.7 | 1. ALBERT MANUEL, JR. (John W. Lawson, Sr.) <br> 2. GLORIA RAMIREZ ( ) | 80.35 <br> 80.35 | X <br> X | | | |
| SAN XAVIER 184.7 | 1. CRESCENCIO "TONY" ENCINAS ( ) <br> 2. DENNIS RAMON ( ) | 92.35 <br> 92.35 | X <br> X | | | X |
| SCHUK TOAK 144.5 | 1. MARY FLORES ( ) <br> 2. AMBROSE ENCINAS (Frances B. Conde(Francisco)) | 72.25 <br> 72.25 | X <br> X | | | |
| SELLS 416.1 | 1. DENNIS E. JOSE** ( ) <br> 2. EVELYN JUAN ( ) | 208.05 <br> 208.05 | | | X <br> X | |
| SIF OIDAK 184.7 | 1. ISIDRO LOPEZ ( ) <br> 2. RITA MARTINEZ (Nicholas Jose) | 92.35 <br> 92.35 | X <br> X | | | |
| **TOTAL** | | **2,417.5** | **1,826.7** | **-0-** | **416.1** | **174.7** |

**PASSED VOTES

**RESOLUTION OF THE TOHONO O'ODHAM LEGISLATIVE COUNCIL**
(Appropriating Funds For Pre-purchase Contingency Costs for Potential Land Purchase of San Lucy District Replacement Lands)

RESOLUTION NO. 02-233

1  WHEREAS, the Tohono O'odham Nation and San Lucy District were aggrieved by the actions of
2  the U.S. Army Corps of Engineers in the design and construction of Painted Rock Dam
3  which resulted in the loss of 9,880 acres of reservation lands which were made
4  unsuitable for habitation due to the creation of a flood plain; and

5  WHEREAS, the United States Congress passed Public Law 99-503 to provide for replacement
6  lands; and

7  WHEREAS, the Legislative Council previously appropriated funds in Resolutions No. 01-500 and
8  No. 01-578 for the proposed purchase of approximately 1,181 acres of land from the
9  Gila Bend Investment Group Limited Partnership as replacement lands; and

10 WHEREAS, after a due diligence evaluation of the 1,181 acre parcel, the Nation, at the request of
11 San Lucy District, withdrew from the proposed purchase of lands owned by the Gila
12 Bend Investment Group Limited Partnership and recovered its escrow funds plus
13 interest from that proposed transaction; and

14 WHEREAS, San Lucy District is now investigating the purchase of alternative parcels as
15 replacement lands, utilizing the services of Vi-ikam Doag Industries and its wholly
16 owned subsidiary Kimblewick Land, L.L.C., to identify and research purchase
17 possibilities and to place down payment funds into escrow; and

18 WHEREAS, funds will be required to perform due diligence studies on any lands which are
19 proposed for purchase, such pre-purchase contingency costs to include but not be
20 limited to survey costs, environmental survey and report costs, groundwater testing,
21 archaeological and biological assessment costs, escrow down payment funds, and
22 closing costs.

23 NOW, THEREFORE, BE IT RESOLVED that the Tohono O'odham Legislative Council
24 appropriates $250,000 from the San Lucy Public Law 99-503 account to pay for pre-
25 purchase contingency costs and escrow down payment deposits associated with any
26 lands which San Lucy District seeks to investigate for possible purchase as
27 replacement lands, such funds to be expended under the authority of the San Lucy
28 District Chairperson.

RESOLUTION NO. 02-233
(Appropriating Funds For Pre-purchase Contingency Costs for Potential Land Purchase of San Lucy District Replacement Lands)
Page 2 of 3

The foregoing Resolution was passed by the Tohono O'odham Legislative Council on the 16TH. Day of MAY, 2002 at a meeting at which a quorum was present with a vote of 2,242.8 FOR; -0- AGAINST; -0- NOT VOTING; and 174.7[05] ABSENT, pursuant to the powers vested in the Council by Section 1 (i) of Article VI and Section 9 of Article XVI of the Constitution of the Tohono O'Odham Nation, adopted by the Tohono O'Odham Nation on January 18, 1986; and approved by the Acting Deputy Assistant Secretary - Indian Affairs (Operations) on March 6, 1986, pursuant to Section 16 of the Act of June 18, 1934 (48 Stat. 984).

TOHONO O'ODHAM LEGISLATIVE COUNCIL

_____
Rita A. Martinez, Legislative Chairwoman

17th day of May, 2002

ATTEST:

_____
Julianna Saraficio, Acting Legislative Secretary

16th day of May, 2002.

Said Resolution was submitted for approval to the office of the Chairman of the Tohono O'Odham Nation on the 17th day of May, 2002 at 9:31 o'clock, A. .M., pursuant to the provisions of Section 5 of Article VII of the Constitution and will become effective upon his approval or upon his failure to either approve or disapprove it within 48 hours of submittal.

TOHONO O'ODHAM LEGISLATIVE COUNCIL

_____
Rita A. Martinez, Legislative Chairwoman

**RESOLUTION NO. 02-233**
(Appropriating Funds For Pre-purchase Contingency Costs for Potential Land Purchase of San Lucy District Replacement Lands)
Page 3 of 3

[X] APPROVED     on the _20_ day of _May_, 20_02_

[ ] DISAPPROVED     at _7:20_ o'clock, _A_.M.


_Henry A. Ramon_
EDWARD D. MANUEL, Chairman
TOHONO O'ODHAM NATION


Returned to the Legislative Secretary on the _20th_ day of _May_, 20_02_, at _11:46_ o'clock, _A_.M.

_Julianna Lopez for_
Julianna Saraficio, Acting Legislative Secretary

RESOLUTION NO. 02-233

ACTION: APPROPRIATING FUNDS FOR PRE-PURCHASE CONTINGENCY COSTS FOR POTENTIAL LAND PURCHASE OF SAN LUCY DISTRICT REPLACEMENT LANDS

MOVED: COUNCILWOMAN GLORIA RAMIREZ     SECOND: COUNCILMAN ALBERT MANUEL

DATE: MAY 16, 2002

| DISTRICT | LEGISLATIVE REPRESENTATIVES | # OF VOTES | FOR | AGAINST | NOT VOTING | ABSENT |
|---|---|---|---|---|---|---|
| BABOQUIVARI 317.7 | 1. FRANCES MIGUEL ( ) | 158.85 | X | | | |
| | 2. FRANCES G. ANTONE (Lucilda Norris-Valenzuela) | 158.85 | X | | | |
| CHUKUT KUK 248.1 | 1. KENNETH WILLIAMS (Juanita Homer) | 124.05 | X | | | X |
| | 2. DAVID GARCIA (Mary Audrey Juan) | 124.05 | X | | | |
| GU ACHI 230.7 | 1. CAMILLUS LOPEZ ( ) | 115.35 | X | | | |
| | 2. ALEX J. RAMON (Jerome Joaquin) | 115.35 | X | | | |
| GU VO 188.3 | 1. FERN SALCIDO ( ) | 94.15 | X | | | |
| | 2. EMILIO LEWIS (Michael Flores) | 94.15 | X | | | |
| HICKIWAN 167.3 | 1. SHIRLEY MOLINA ( ) | 83.65 | X | | | X |
| | 2. SANDRA ORTEGA ( ) | 83.65 | X | | | |
| PISINEMO 174.7 | 1. BARBARA SALVICIO (Alex Antone) | 87.35 | | | | X |
| | 2. PATRICIA CRUZ (Johnson Jose) | 87.35 | | | | X |
| SAN LUCY 160.7 | 1. ALBERT MANUEL, JR. (John W. Lawson, Sr.) | 80.35 | X | | | |
| | 2. GLORIA RAMIREZ ( ) | 80.35 | X | | | |
| SAN XAVIER 184.7 | 1. CRESCENCIO "TONY" ENCINAS ( ) | 92.35 | X | | | X |
| | 2. DENNIS RAMON ( ) | 92.35 | X | | | |
| SCHUK TOAK 144.5 | 1. MARY FLORES ( ) | 72.25 | X | | | |
| | 2. AMBROSE ENCINAS (Frances B. Conde(Francisco)) | 72.25 | X | | | |
| SELLS 416.1 | 1. DENNIS E. JOSE ( ) | 208.05 | X | | | |
| | 2. EVELYN JUAN ( ) | 208.05 | X | | | |
| SIF OIDAK 184.7 | 1. ISIDRO LOPEZ ( ) | 92.35 | X | | | |
| | 2. RITA MARTINEZ (Nicholas Jose) | 92.35 | X | | | |
| TOTAL | | 2,417.5 | 2,242.8 | -0- | -0- | 174.7 [05] |

**PASSED VOTES