# EXHIBIT B

3.

5-22-02 Joint mtg w/ Task Force
* History of what is going on, the
* lawyers are the ones to render their
* decision - opinion -
Update on
7-31- as the closing date.
8-1-02 - if we close it's still our
money - plenary discuss w/ the
BIA. it is the Task Force need
to follow through w/ it

~~BIA - Marco - Attorney D - Dawn -
Committees - Task Force - VDI - committee~~

BIA - discussion - Task Force / VDI / Marco
Parties - Task Force - AG - Buren - VDI - committee -
community - ~~Dawn~~

1,110,000 -
1- 2,600
2- 800
3- 11,000

1. 2,600 - 1,110,000.00
2.   800 - 1,940,000.00
3  11,000 -    10,000.00

PRRS-       AZDS       Kin-
2600        2600)       3,400
1200         800         11,20000
                11,200.00

1. purchase - instead of (2)
   3400 - $3,050,000 - 900 - acres.
   Kin would still own - 11,200 ac