FENNEMORE CRAIG, P.C.
Patrick Irvine (No. 006534)
Douglas C. Northup (No. 013987)
Carrie Pixler Ryerson (No. 028072)
2394 E. Camelback Road, Suite 600
Phoenix, AZ  85016-3429
Telephone:  (602) 916-5000
Email:  pirvine@fclaw.com
Email:  dnorthup@fclaw.com
Email:  cryerson@fclaw.com

GIBSON, DUNN & CRUTCHER LLP
Matthew D. McGill (*pro hac vice*)
1050 Connecticut Avenue, N.W.
Washington, DC  20036-5306
Telephone:  (202) 955-8500
Email:  MMcGill@gibsondunn.com

Matthew A. Hoffman (*pro hac vice*)
Timothy W. Loose (*pro hac vice*)
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone:  (213) 229-7000
Email:  MHoffman@gibsondunn.com
Email:  TLoose@gibsondunn.com

*Attorneys for Defendant/Counterclaimant
Director Daniel Bergin, Arizona Department of Gaming*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| The Tohono O'odham Nation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Douglas Ducey, Governor of Arizona; Mark Brnovich, Arizona Attorney General; and Daniel Bergin, Director, Arizona Department of Gaming, in their official capacities,<br><br>　　　　Defendants.<br><hr>Daniel Bergin, Director, Arizona Department of Gaming, in his official capacity,<br><br>　　　　Counterclaimant,<br><br>　　v.<br><br>The Tohono O'odham Nation,<br><br>　　　　Counterdefendant. | No. CV-15-01135-PHX-DGC<br><br>**NOTICE OF SERVICE OF DIRECTOR BERGIN'S SUPPLEMENTAL RESPONSES AND OBJECTIONS** |

Pursuant to LRCiv 5.2, Defendant Bergin gives notice that on July 11, 2016, he served via email to counsel for Plaintiff The Tohono O'odham Nation: (1) Director Bergin's Sixth Supplemental Responses and Objections to the Tohono O'odham Nation's First Requests for Production to Defendant Bergin; and (2) Director Bergin's Third Supplemental Objections and Responses to the Tohono O'odham Nation's Second Set of Requests for Production to Defendant Bergin.

DATED this 11th day of July, 2017.

FENNEMORE CRAIG, P.C.

By *s/ Carrie Pixler Ryerson*
Patrick Irvine
Douglas C. Northup
Carrie Pixler Ryerson

-and-

Matthew D. McGill
Matthew A. Hoffman
Timothy W. Loose
GIBSON, DUNN & CRUTCHER LLP

*Attorneys for Defendant/Counterclaimant Director Daniel Bergin, Arizona Department of Gaming*

# CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2016, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Seth P. Waxman
Danielle Spinelli
Kelly P. Dunbar
Sonya L. Lebsack
Kevin M. Lamb
Wilmer Cutler Pickering Hale & Dorr LLP
1875 Pennsylvania Ave. NW
Washington, DC  20006
Email:  seth.waxman@wilmerhale.com
Email:  danielle.spinelli@wilmerhale.com
Email:  kelly.dunbar@wilmerhale.com
Email:  sonya.lebsack@wilmerhale.com
Email:  kevin.lamb@wilmerhale.com
*Attorneys for Plaintiff*
*The Tohono O'odham Nation*

Jonathan Landis Jantzen
Laura Lynn Berglan
Tohono O'odham Nation
Office of the Attorney General
P. O. Box 830
Sells, AZ  85634
Email: jonathan.jantzen@tonation-nsn.gov
Email: laura.berglan@tonation-nsn.gov
*Attorneys for Plaintiff*
*The Tohono O'odham Nation*

Paul K. Charlton
Karl M. Tilleman
Erin N. Bass
Steptoe & Johnson LLP
201 E. Washington St., Suite 1600
Phoenix, AZ  85004
Email:  pcharlton@steptoe.com
Email:  ktilleman@steptoe.com
Email:  ebass@steptoe.com
*Attorneys for Plaintiff*
*The Tohono O'odham Nation*

s/ *Julie Calvano Tolby*
An employee of Fennemore Craig, P.C.

11802493.1/031495.0006

F<small>ENNEMORE</small> C<small>RAIG</small>, P.C.

P<small>HOENIX</small>