# EXHIBIT A

30(b)(6) of Arizona Department of Gaming - May 19, 2016
Director Daniel H. Bergin

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| THE TOHONO O'ODHAM NATION,    Plaintiff, <br> v. <br> DOUGLAS DUCEY, Governor of Arizona; MARK BRNOVICH, Arizona Attorney General; and DANIEL BERGIN, Director, Arizona Department of Gaming, in their official capacities,    Defendants. | Case No. 2:15-cv-01135-DGC |

RULE 30(b)(6) DEPOSITION OF THE ARIZONA DEPARTMENT OF GAMING, BY AND THROUGH DIRECTOR DANIEL H. BERGIN

Phoenix, Arizona

May 19, 2016

Prepared by:
Meri Coash, RMR, CRR
Certified Reporter
Certification No. 50327

**Coash & Coash, Inc.**
602-258-1440          www.coashandcoash.com

1   A.   I'm the director of the Department of Gaming.
2   Q.   And who's your -- who do you consider to be your
3   supervisor?
4   A.   Victor Riches, he's in the Governor's Office.  He
5   is --  I don't know his exact title.
6   Q.   But you consider him to be your direct report
7   supervisor?
8   A.   Yeah.  Yeah.  Although I also report to a number
9   of other people on various other issues.  For example,
10  Henry Darwin is important on legal issues that need
11  explanation and talked to.  Mike Liburdi.  Who else?
12  Danny Seiden, although I haven't actually talked to him.
13  He's been listed on several meetings.
14  Q.   Okay.  And with respect to the West Valley
15  Resort --  If I say the "West Valley Resort" or the
16  "Glendale property," just please recognize that is the
17  property at issue --
18  A.   Sure.
19  Q.   -- in the litigation.
20       What is the --  And if I say "Department,"
21  I'm talking about the Department of Gaming.
22  A.   Yes.
23  Q.   And also, we should establish, since we have two
24  different depositions scheduled today, I would like to
25  proceed forward with your 30(b)(6) deposition.

1  STATE OF ARIZONA     )
2  COUNTY OF MARICOPA   )
3           BE IT KNOWN the foregoing deposition was
4  taken by me pursuant to stipulation of counsel; that I was
5  then and there a Certified Reporter of the State of
6  Arizona, and by virtue thereof authorized to administer an
7  oath; that the witness before testifying was duly sworn by
8  me to testify to the whole truth; notice was provided that
9  the transcript was available for signature by the
10 deponent; that the questions propounded by counsel and the
11 answers of the witness thereto were taken down by me in
12 shorthand and thereafter transcribed into typewriting
13 under my direction; that the foregoing pages are a full,
14 true, and accurate transcript of all proceedings and
15 testimony had and adduced upon the taking of said
16 deposition, all to the best of my skill and ability.
17      I FURTHER CERTIFY that I am in no way related to
18 nor employed by any parties hereto nor am I in any way
19 interested in the outcome hereof.
20      DATED at Phoenix, Arizona, this 26th day of
21 May, 2016.
22
23                            _____
                              Meri Coash, RMR, CRR
24                            Certified Reporter #50327
25

Message

| | |
|---|---|
| **From:** | Daniel H. Bergin [/O=AZGAMING/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=GMBERGID7D4] |
| **Sent:** | 2/18/2015 5:50:20 PM |
| **To:** | 'Ted Vogt' [tvogt@az.gov] |
| **Subject:** | FW: West Valley Resort |
| **Attachments:** | Waxman Letter to ADG 2.13.15 w apps_(141695232)_(1).pdf |

Ted,

I am sending this to you as an update on the Tohono O'odham matter. I sent the email below and the attached document to Victor Riches yesterday. I plan to send a draft of a reply letter to Victor later today with a cc to you.

Please let me know if you have questions on this.

Dan

**Dan Bergin**

Director

Arizona Department of Gaming

1110 West Washington, Suite 450

Phoenix, Arizona 85007

Phone: 602.771.4263

Fax: 602.255.3883

**From:** Daniel H. Bergin
**Sent:** Tuesday, February 17, 2015 3:12 PM
**To:** 'vriches@az.gov'
**Cc:** Roger Banan; Courtney Coolidge
**Subject:** FW: West Valley Resort

Victor,

I received the attached correspondence from the Washington D.C. law firm representing the Tohono O'odham Nation ("TON") on Friday. This is in response to my correspondence of February 2, 2015 to TON Chairman Ned Norris. To summarize the responsive correspondence, TON's attorneys take the position that the Department of Gaming ("ADG") is required to abide by the Federal Court's rulings as there is no injunction, overruling or other legal order in place that would effectively stop TON from proceeding with the construction and opening of its Glendale Casino. I have consulted with my assigned AG representative and we do not disagree with the legal principles set out in the responsive correspondence.

As you know, according to the media, TON has announced that it intends to open the Glendale Casino in the fourth quarter of 2015. (*See, e.g.* http://www.azcentral.com/story/news/local/glendale/2015/01/14/bills-block-west-valley-casino-reintroduced/21788321/.) I would surmise that TON intends to proceed with its construction without regard to the status of the on-going litigation and request that ADG issue a letter of compliance in accordance with section 4(a) of the Compact in time to meet TON's announced opening date. Under those circumstances, ADG would have no choice but to proceed unless the proposed "Keep the Promise Act" passes or the Federal Court issues an injunction (or other court order) enjoining the construction and opening of the casino. I would note that at this point in the federal litigation the Arizona Attorney General's Office (which is representing the State) is apparently not pursuing such an injunction nor has it requested an expedited hearing and decision from the 9th Circuit. It is simply waiting for the scheduling of the oral argument on its appeal.

To date, TON has not made any formal communication to ADG concerning the Glendale casino and we are about 8 to 10 months away from TON's announced opening date. ADG plans to reply to the responsive correspondence advising that it ordinarily takes several months for ADG to conduct all of its investigations and inspections associated with issuing a letter of compliance, and that it would be untenable to put ADG in the position of being asked to issue a letter of compliance without first being given sufficient time to do its work under Compact section 4(a). We will run a draft by you before we send it.

Please let me know if you would like to discuss this. Thanks.

Dan

**Dan Bergin**

ADG0000285

Director

Arizona Department of Gaming

1110 West Washington, Suite 450

Phoenix, Arizona 85007

Phone: 602.771.4263

Fax: 602.255.3883


**From:** Whitley, Katie [mailto:Katie.Whitley@wilmerhale.com] **On Behalf Of** Waxman, Seth
**Sent:** Friday, February 13, 2015 3:14 PM
**To:** Daniel H. Bergin
**Cc:** Waxman, Seth
**Subject:** West Valley Resort


Dear Director Bergin:  Please find attached my letter in response to your letter of February 2, 2015, to Chairman Norris regarding the West Valley Resort.  Please let me know if you have any questions.


Sincerely,

Seth Waxman



**Seth P. Waxman | WilmerHale**
1875 Pennsylvania Avenue NW
Washington, DC 20006 USA
+1 202 663 6800 (t)
+1 202 663 6363 (f)
seth.waxman@wilmerhale.com

Please consider the environment before printing this email.

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.

ADG0000287