# EXHIBIT E

Case 2:15-cv-01135-DGC   Document 212-5   Filed 07/13/16   Page 1 of 3

**Tohono O'odham Nation v. Douglas Ducey, et al.**
**2:15-cv-01135-DGC**
**Privilege Log**
(updated July 13, 2016)

| Doc # | Bates No. | Date | Author | Recipient | Description | Privilege |
|---|---|---|---|---|---|---|
| 1 | TON_GOVDAD000001-3 | Undated | Unlabeled | Unlabeled | Work product and consulting expert advice to the Governor's Office regarding draft letters from the Gaming Director to Chairman Ned Norris, and from Governor to Chairman Norris, regarding the Tohono O'odham Glendale Casino | Attorney-Client Privilege; Attorney Work Product; Communications with Consulting Expert [Fed. R. Civ. P. 26(b)(3)(A), 26(b)(4)] |
| 2 | TON_GOVDAD000009-16 | 1/13/2014 | James Stipe [Attorney, Burch & Cracchiolo, P.A.] | Daniel H. Bergin [Director, Arizona Department of Gaming] | Memorandum containg attorney work product and communicating legal advice regarding the state's options to address the Tohono O'odham Glendale Casino | Attorney-Client Privilege; Attorney Work Product [Fed. R. Civ. P. 26(b)(3)(A)] |
| 3 | TON_GOVDAD000017-32 | 3/6/2015 | Daniel H. Bergin [Director, Arizona Department of Gaming] | Michael Liburdi [General Counsel, Arizona Governor's Office] | Email to Michael Liburdi attaching memorandum (TON_GOVDAD000055-67) containing attorney-client communications and confidential information regarding potential compact renegotiation terms | Attorney-Client Privilege; Communication between Government Attorney and Employee/Agent/Member of Executive Branch Government Entity [A.R.S. § 12-2234(B); Fed. R. Civ. P. 26(b)(3)(A)] |
| 4 | TON_GOVDAD000033-42 | 4/4/2015 | Consulting Expert | Michael Liburdi [General Counsel, Arizona Governor's Office] | Email chain to Michael Liburdi from a Consulting Expert to the Governor's Office providing draft letters from the Governor to ADG, and from ADG to Chariman Ned Norris, regarding the Tohono O'odham Glendale Casino; and also attaching TON_GOVDAD000044-50 | Attorney-Client Privilege; Attorney Work Product; Communications with Consulting Expert [Fed. R. Civ. P. 26(b)(3)(A), 26(b)(4)] |
| 5 | TON_GOVDAD000055-67 | 4/17/2015 | Daniel H. Bergin [Director, Arizona Department of Gaming] | Victor Riches [Deputy Chief of Staff for Policy and Budget, Arizona Governor's Office], Michael Liburdi [General Counsel, Arizona Governor's Office] | Memorandum containing attorney-client communications and confidential information regarding potential compact renegotiation terms | Attorney-Client Privilege; Communication between Government Attorney and Employee/Agent/Member of Executive Branch Government Entity [A.R.S. § 12-2234(B); Fed. R. Civ. P. 26(b)(3)(A)] |

Tohono O'odham Nation v. Douglas Ducey, et al.
2:15-cv-01135-DGC
Privilege Log
(updated July 13, 2016)

| Doc # | Bates No. | Date | Author | Recipient | Description | Privilege |
|---|---|---|---|---|---|---|
| 6 | TON_GOVDAD000073-76 | 4/24/2015 | Daniel H. Bergin [Director, Arizona Department of Gaming] | Roger Banan [Assistant Attorney General, Arizona Department of Gaming], Michael Liburdi [General Counsel, Arizona Governor's Office] | Letter containing attorney-client communications and legal advice to Danel Bergin re West Valley Resort | Attorney-Client Privilege; Communication between Government Attorney and Employee/Agent/Member of Executive Branch Government Entity [A.R.S. § 12-2234(B); Fed. R. Civ. P. 26(b)(3)(A)] |
| 7 | TON_GOVDAD000166-196 | 6/18/2015 | Heidi M. Staudenmaier [Attorney, Snell & Wilmer L.L.P.]; Pat Irvine [Attorney, Fennemore Craig] | Michael Liburdi [General Counsel, Arizona Governor's Office] | Email chain containing communications between counsel protected by common interest doctrine and attorney-client communications regarding the ADG response to a request for information from Senator Kavanagh | Attorney-Client Privilege; Attorney Work Product; Common Interest/Joint Defense [Fed. R. Civ. P. 26(b)(3)(A)] |