IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA
CIVIL MINUTES - TELEPHONIC CONFERENCE

Phoenix Division

CIV 15-1135-PHX-DGC                           DATE: 7/12/2016
Year   Case No   Initials

Title: Tohono O'odham Nation   vs.  Daniel Bergin,
       Plaintiff                    Defendant
========================================================================

HON: DAVID G. CAMPBELL


 Traci C. Abraham                    Patricia Lyons
        Deputy Clerk                    Court Reporter
TELEPHONIC APPEARANCES
 Danielle Spinelli, Kelly Dunbar, Karl Tilleman, Erin Bass
Attorney(s) for Plaintiff(s)
Matthew Hoffman, Andrew Pappas
 Attorney(s) for Defendant(s)
========================================================================

**PROCEEDINGS:**      **X**   **Open Court**        **Chambers**          **Other**

Other appearances: Brock Heathcotte for witnesses Hart and Bielecki

Telephonic Discovery Conference held.

Plaintiff raises the following two issues: (1) Disclosure of 3 new witnesses, Tom Lager, John McDonald, and Rodney Lewis. Plaintiff request permission to take their depositions or strike testimony. (2) Stipulation to depose former Governor Jane Hull and the Court's order, document 205.

Defendant raises the following issue: (1) Reopen the depositions of Gloria Ramirez and Vivian Juan-Saunders. Take the depositions of two new witnesses, Leah Ramirez and Jan Montana in relation to the newly disclosed documents.

Discussion held.

Parties have resolved the issue as to former Governor Jane Hull. Defendant will not be calling her as a witness.

Court will not strike the 3 newly disclosed witnesses, Tom Larger, John McDonald, and Rodney Lewis. Court will allow plaintiff to depose all 3. Court will allow defendant to depose the 2 new witnesses Leah Ramirez and Jana Montana, and reopen depositions as to Gloria Ramirez and Vivian Juan-Saunders, but these 4 depositions will be limited as follows: (a) 90 minutes each, (b) new documents disclosed under Court order, and (c) questions from the prior depositions where the witness was instructed not to answer on the basis of the legislative privilege.

Page 2
CV 15-1135 PHX DGC
7/12/2016

All depositions to be completed by 8/26/2016.

Pre-motion conference and exchange of letters discussed. Plaintiff to provide defendant a 2 page letter outlining the summary judgment motion by 7/22/2016. Defendant to provide a 2 page response letter to plaintiff by 7/29/2016. Parties are to email copies to the Court.  A telephonic conference will be held on 8/3/2016 at 11:00 a.m.  Court will set a briefing schedule at that time for the summary judgment motion.