Paul K. Charlton (012449)
Karl M. Tilleman (013435)
Erin N. Bass (030104)
STEPTOE & JOHNSON LLP
201 East Washington Street, Suite 1600
Phoenix, Arizona 85004-2382
Telephone: (602) 257-5200
Facsimile: (602) 257-5299
pcharlton@steptoe.com
ktilleman@steptoe.com
ebass@steptoe.com

Jennifer B. Bonneville (*Pro hac vice*)
STEPTOE & JOHNSON LLP
633 West Fifth Street, Suite 700
Los Angeles, California 90071
jbonnevi@steptoe.com

*Counsel for Plaintiff Tohono O'odham Nation*
(Additional attorneys for
Plaintiff listed on next page)

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| THE TOHONO O'ODHAM NATION,<br><br>                    Plaintiff,<br><br>     v.<br><br>DOUGLAS DUCEY, Governor of Arizona; MARK BRNOVICH, Arizona Attorney General; and DANIEL BERGIN, Director, Arizona Department of Gaming, in their official capacities,<br><br>                    Defendants. | Case No. 2:15-cv-01135-DGC<br><br>**NOTICE OF THE DEPOSITION OF THOMAS LARGO, SR.** |

Additional Attorneys:

Danielle Spinelli (*Pro hac vice*)
Kelly P. Dunbar (*Pro hac vice*)
Sonya L. Lebsack (*Pro hac vice*)
Kevin M. Lamb (*Pro hac vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
Telephone: (202) 663-6000
danielle.spinelli@wilmerhale.com
kelly.dunbar@wilmerhale.com
sonya.lebsack@wilmerhale.com
kevin.lamb@wilmerhale.com

Laura Berglan, Acting Attorney General, (022120)
Office of Attorney General
TOHONO O'ODHAM NATION
P.O. Box 830
Sells, AZ  85634
Telephone: (520) 383-3410
laura.berglan@tonation-nsn.gov

1  **YOU ARE HEREBY NOTIFIED** that, pursuant to Rule 30 of the Federal Rules
2  of Procedure, the deposition will be taken upon oral examination of the person whose
3  name and address is stated below at the time and place stated below before an officer
4  authorized by law to administer oaths.  The deposition shall be recorded stenographically.

| | |
|---|---|
| PERSON TO BE EXAMINED: | Thomas Largo, Sr. |
| DATE OF DEPOSITION: | August 9, 2016 |
| TIME OF DEPOSITION: | 9:00 a.m. |
| PLACE OF DEPOSITION: | STEPTOE & JOHNSON LLP<br>Collier Center<br>201 E. Washington Street, Suite 1600<br>Phoenix, Arizona 85004-2382<br>Telephone:  (602) 257-5200 |

The deposition shall be used for discovery purposes and may be introduced as evidence in the trial of the above-captioned action.

DATED this 14th day of July, 2016.

        STEPTOE & JOHNSON LLP


        /s/ Karl M. Tilleman
         Paul K. Charlton
         Karl M. Tilleman
         Erin N. Bass
         201 E. Washington Street
         Suite 1600
         Phoenix, AZ  85004
         (602) 257-5200

         STEPTOE & JOHNSON LLP
         Jennifer B. Bonneville
         633 West Fifth Street, Suite 700
         Los Angeles, CA 90071
         (Admitted Pro Hac Vice)

Doc. # DC-9372165 v.1

|   |   |
|---|---|
| 1 | WILMER CUTLER PICKERING |
| 2 | HALE AND DORR LLP |
|   | Danielle Spinelli |
| 3 | Kelly P. Dunbar |
|   | Sonya L. Lebsack |
| 4 | Kevin M. Lamb |
| 5 | 1875 Pennsylvania Avenue, N.W. |
|   | Washington, D.C. 20006 |
| 6 | (Admitted Pro Hac Vice) |
| 7 |   |
|   | TOHONO O'ODHAM NATION |
| 8 | Laura Berglan |
|   | P.O. Box 830 |
| 9 | Sells, AZ  85634 |
| 10 |   |
|   | *Counsel for Plaintiff Tohono O'odham Nation* |

-3-

Doc. # DC-9372165 v.1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of July, 2016, I electronically transmitted the foregoing document to the Clerk's office using the CM/ECF system, which will send a notice of filing to all counsel of record.

/s/    Beth Hardin