1 | Paul K. Charlton (012449)
2 | Karl M. Tilleman (013435)
Erin N. Bass (030104)
3 | STEPTOE & JOHNSON LLP
201 East Washington Street, Suite 1600
4 | Phoenix, Arizona 85004-2382
5 | Telephone: (602) 257-5200
Facsimile: (602) 257-5299
6 | pcharlton@steptoe.com
ktilleman@steptoe.com
7 | ebass@steptoe.com
8 |
Jennifer B. Bonneville (*Pro hac vice*)
9 | STEPTOE & JOHNSON LLP
633 West Fifth Street, Suite 700
10 | Los Angeles, California 90071
11 | jbonnevi@steptoe.com
12 |
*Counsel for Plaintiff Tohono O'odham Nation*
13 | (Additional attorneys for
Plaintiff listed on next page)
14 |

15 |

16 | **UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**
17 |

18 | THE TOHONO O'ODHAM NATION,

19 |                    Plaintiff,

20 |         v.

21 | DOUGLAS DUCEY, Governor of Arizona;
22 | MARK BRNOVICH, Arizona Attorney General;
and DANIEL BERGIN, Director, Arizona
23 | Department of Gaming, in their official
capacities,
24 |
                    Defendants.
25 |

26 |

27 |

28 |

Case No. 2:15-cv-01135-DGC

**NOTICE OF THE DEPOSITION OF RODNEY LEWIS**

1  Additional Attorneys:

2  Danielle Spinelli (*Pro hac vice*)

3  Kelly P. Dunbar (*Pro hac vice*)
   Sonya L. Lebsack (*Pro hac vice*)

4  Kevin M. Lamb (*Pro hac vice*)
   WILMER CUTLER PICKERING

5  HALE AND DORR LLP

6  1875 Pennsylvania Avenue, N.W.
   Washington, D.C.  20006

7  Telephone: (202) 663-6000

8  danielle.spinelli@wilmerhale.com
   kelly.dunbar@wilmerhale.com

9  sonya.lebsack@wilmerhale.com

10 kevin.lamb@wilmerhale.com

11 Laura Berglan, Acting Attorney General, (022120)

12 Office of Attorney General
   TOHONO O'ODHAM NATION

13 P.O. Box 830
   Sells, AZ  85634

14 Telephone: (520) 383-3410
   laura.berglan@tonation-nsn.gov

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Doc. # DC-9372164 v.1

1    **YOU ARE HEREBY NOTIFIED** that, pursuant to Rule 30 of the Federal Rules

2    of Procedure, the deposition will be taken upon oral examination of the person whose

3    name and address is stated below at the time and place stated below before an officer

4    authorized by law to administer oaths.  The deposition shall be recorded stenographically.

5    PERSON TO BE EXAMINED:          Rodney Lewis

6    DATE OF DEPOSITION:             August 4, 2016

7    TIME OF DEPOSITION:             9:00 a.m.

8    PLACE OF DEPOSITION:            STEPTOE & JOHNSON LLP
                                     Collier Center
9                                    201 E. Washington Street, Suite 1600
                                     Phoenix, Arizona 85004-2382
10                                   Telephone:  (602) 257-5200

11

12        The deposition shall be used for discovery purposes and may be introduced as

13   evidence in the trial of the above-captioned action.

14        DATED this 14th day of July, 2016.

15                              STEPTOE & JOHNSON LLP

16

17                              /s/ Karl M. Tilleman
                                    Paul K. Charlton
18                                  Karl M. Tilleman
                                    Erin N. Bass
19                                  201 E. Washington Street
                                    Suite 1600
20                                  Phoenix, AZ  85004
                                    (602) 257-5200
21

22                                  STEPTOE & JOHNSON LLP
                                    Jennifer B. Bonneville
23                                  633 West Fifth Street, Suite 700
                                    Los Angeles, CA 90071
24                                  (Admitted Pro Hac Vice)

25

26

27

28
                                    -2-

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WILMER CUTLER PICKERING
HALE AND DORR LLP
Danielle Spinelli
Kelly P. Dunbar
Sonya L. Lebsack
Kevin M. Lamb
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
(Admitted Pro Hac Vice)

TOHONO O'ODHAM NATION
Laura Berglan
P.O. Box 830
Sells, AZ  85634

*Counsel for Plaintiff Tohono O'odham Nation*

-3-

1

**CERTIFICATE OF SERVICE**

2          I hereby certify that on this 14th day of July, 2016, I electronically transmitted the

3   foregoing document to the Clerk's office using the CM/ECF system, which will send a

4   notice of filing to all counsel of record.

5

6

7                                                        /s/      Beth Hardin

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Doc. # DC-9372164 v.1