Paul K. Charlton (012449)
Karl M. Tilleman (013435)
Erin N. Bass (030104)
STEPTOE & JOHNSON LLP
201 East Washington Street, Suite 1600
Phoenix, Arizona 85004-2382
Telephone: (602) 257-5200
Facsimile: (602) 257-5299
pcharlton@steptoe.com
ktilleman@steptoe.com
ebass@steptoe.com

Jennifer B. Bonneville (*Pro hac vice*)
STEPTOE & JOHNSON LLP
633 West Fifth Street, Suite 700
Los Angeles, California 90071
jbonnevi@steptoe.com

*Counsel for Plaintiff Tohono O'odham Nation*
(Additional attorneys for
Plaintiff listed on next page)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| THE TOHONO O'ODHAM NATION,<br><br>                    Plaintiff,<br><br>     v.<br><br>DOUGLAS DUCEY, Governor of Arizona; MARK BRNOVICH, Arizona Attorney General; and DANIEL BERGIN, Director, Arizona Department of Gaming, in their official capacities,<br><br>                    Defendants. | Case No. 2:15-cv-01135-DGC<br><br>**AMENDED NOTICE OF THE DEPOSITION OF RODNEY LEWIS** |

Doc. # DC-9382576 v.1

Additional Attorneys:

Danielle Spinelli (*Pro hac vice*)
Kelly P. Dunbar (*Pro hac vice*)
Sonya L. Lebsack (*Pro hac vice*)
Kevin M. Lamb (*Pro hac vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
Telephone: (202) 663-6000
danielle.spinelli@wilmerhale.com
kelly.dunbar@wilmerhale.com
sonya.lebsack@wilmerhale.com
kevin.lamb@wilmerhale.com

Laura Berglan, Acting Attorney General, (022120)
Office of Attorney General
TOHONO O'ODHAM NATION
P.O. Box 830
Sells, AZ  85634
Telephone: (520) 383-3410
laura.berglan@tonation-nsn.gov

1    **YOU ARE HEREBY NOTIFIED** that, pursuant to Rule 30 of the Federal Rules
2    of Procedure, the deposition will be taken upon oral examination of the person whose
3    name and address is stated below at the time and place stated below before an officer
4    authorized by law to administer oaths. The deposition shall be recorded stenographically.

PERSON TO BE EXAMINED:	Rodney Lewis

DATE OF DEPOSITION:	August 12, 2016

TIME OF DEPOSITION:	9:00 a.m.

PLACE OF DEPOSITION:	STEPTOE & JOHNSON LLP
	Collier Center
	201 E. Washington Street, Suite 1600
	Phoenix, Arizona 85004-2382
	Telephone: (602) 257-5200

The deposition shall be used for discovery purposes and may be introduced as evidence in the trial of the above-captioned action.

DATED this 18th day of July, 2016.

STEPTOE & JOHNSON LLP


/s/ Karl M. Tilleman
Paul K. Charlton
Karl M. Tilleman
Erin N. Bass
201 E. Washington Street
Suite 1600
Phoenix, AZ  85004
(602) 257-5200

STEPTOE & JOHNSON LLP
Jennifer B. Bonneville
633 West Fifth Street, Suite 700
Los Angeles, CA 90071
(Admitted Pro Hac Vice)

-2-

Doc. # DC-9372164 v.1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

WILMER CUTLER PICKERING
HALE AND DORR LLP
Danielle Spinelli
Kelly P. Dunbar
Sonya L. Lebsack
Kevin M. Lamb
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
(Admitted Pro Hac Vice)

TOHONO O'ODHAM NATION
Laura Berglan
P.O. Box 830
Sells, AZ  85634

*Counsel for Plaintiff Tohono O'odham Nation*

-3-

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of July, 2016, I electronically transmitted the foregoing document to the Clerk's office using the CM/ECF system, which will send a notice of filing to all counsel of record.

/s/     Beth Hardin

Doc. # DC-9372164 v.1