1  FENNEMORE CRAIG, P.C.
   Patrick Irvine (No. 006534)
2  Douglas C. Northup (No. 013987)
   Carrie Pixler Ryerson (No. 028072)
3  2394 E. Camelback Road, Suite 600
   Phoenix, AZ  85016-3429
4  Telephone:  (602) 916-5000
   Email:  pirvine@fclaw.com
5  Email:  dnorthup@fclaw.com
   Email:  cryerson@fclaw.com
6
   GIBSON, DUNN & CRUTCHER LLP
7  Matthew D. McGill (*pro hac vice*)
   1050 Connecticut Avenue, N.W.
8  Washington, DC  20036-5306
   Telephone:  (202) 955-8500
9  Email:  MMcGill@gibsondunn.com

10 Matthew A. Hoffman (*pro hac vice*)
   Timothy W. Loose (*pro hac vice*)
11 Andrew G. Pappas (*pro hac vice*)
   333 South Grand Avenue
12 Los Angeles, CA  90071-3197
   Telephone:  (213) 229-7000
13 Email:  MHoffman@gibsondunn.com
   Email:  TLoose@gibsondunn.com
14 Email:  APappas@gibsondunn.com

15 *Attorneys for Defendant/Counterclaimant*
   *Director Daniel Bergin, Arizona Department of Gaming*
16
                  UNITED STATES DISTRICT COURT
17
                        DISTRICT OF ARIZONA
18

| | |
|---|---|
| The Tohono O'odham Nation,<br><br>Plaintiff,<br><br>v.<br><br>Douglas Ducey, Governor of Arizona; Mark Brnovich, Arizona Attorney General; and Daniel Bergin, Director, Arizona Department of Gaming, in their official capacities,<br><br>Defendants. | No. CV-15-01135-PHX-DGC<br><br>**NOTICE OF VIDEOTAPED DEPOSITION OF GLORIA RAMIREZ (REOPENED)** |
| Daniel Bergin, Director, Arizona Department of Gaming, in his official capacity,<br><br>Counterclaimant,<br><br>v.<br><br>The Tohono O'odham Nation,<br><br>Counterdefendant. | |

19
20
21
22
23
24
25
26
27
28

You are hereby notified that, pursuant to Federal Rules of Civil Procedure 26 and 30, the deposition will be taken upon oral examination of the person whose name and address is indicated below at the time and place stated herein before an officer authorized by law to administer oaths.  Testimony will be recorded by audio-video and stenographic means.

**PERSON TO BE EXAMINED:**          Gloria Ramirez

**DATE AND TIME OF DEPOSITION:**    August 4, 2016, 3:30 p.m.

**PLACE OF DEPOSITION:**            FENNEMORE CRAIG, P.C.
                                    2394 E. Camelback Road, Suite 600
                                    Phoenix, Arizona  85016

        DATED this 18th day of July, 2016.

                                FENNEMORE CRAIG, P.C.


                                By s/ *Douglas C. Northup*
                                    Patrick Irvine
                                    Douglas C. Northup
                                    Carrie Pixler Ryerson

                                    -and-

                                    Matthew D. McGill
                                    Matthew A. Hoffman
                                    Timothy W. Loose
                                    Andrew G. Pappas
                                    GIBSON, DUNN & CRUTCHER LLP

                                    *Attorneys for Defendant/Counterclaimant*
                                    *Director Daniel Bergin, Arizona*
                                    *Department of Gaming*

# CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2016, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Seth P. Waxman
Danielle Spinelli
Kelly P. Dunbar
Sonya L. Lebsack
Kevin M. Lamb
Wilmer Cutler Pickering Hale & Dorr LLP
1875 Pennsylvania Ave. NW
Washington, DC  20006
Email:  seth.waxman@wilmerhale.com
Email:  danielle.spinelli@wilmerhale.com
Email:  kelly.dunbar@wilmerhale.com
Email:  sonya.lebsack@wilmerhale.com
Email:  kevin.lamb@wilmerhale.com
*Attorneys for Plaintiff*
*The Tohono O'odham Nation*

Jonathan Landis Jantzen
Laura Lynn Berglan
Tohono O'odham Nation
Office of the Attorney General
P. O. Box 830
Sells, AZ  85634
Email:  jonathan.jantzen@tonation-nsn.gov
Email:  laura.berglan@tonation-nsn.gov
*Attorneys for Plaintiff*
*The Tohono O'odham Nation*

Paul K. Charlton
Karl M. Tilleman
Erin N. Bass
Steptoe & Johnson LLP
201 E. Washington St., Suite 1600
Phoenix, AZ  85004
Email:  pcharlton@steptoe.com
Email:  ktilleman@steptoe.com
Email:  ebass@steptoe.com
*Attorneys for Plaintiff*
*The Tohono O'odham Nation*

Jennifer B. Bonneville
Steptoe & Johnson LLP
633 W. Fifth Street, Suite 700
Los Angeles, CA 90071
Email:  jbonneville@steptoe.com
*Attorneys for Plaintiff*
*The Tohono O'odham Nation*

*s/ Phyllis Warren*
An employee of Fennemore Craig, P.C.