| | |
|---|---|
| 1 | FENNEMORE CRAIG, P.C. |
| | Patrick Irvine (No. 006534) |
| 2 | Douglas C. Northup (No. 013987) |
| | Carrie Pixler Ryerson (No. 028072) |
| 3 | 2394 E. Camelback Road, Suite 600 |
| | Phoenix, AZ  85016-3429 |
| 4 | Telephone:  (602) 916-5000 |
| | Email:  pirvine@fclaw.com |
| 5 | Email:  dnorthup@fclaw.com |
| | Email:  cryerson@fclaw.com |
| 6 | |
| | GIBSON, DUNN & CRUTCHER LLP |
| 7 | Matthew D. McGill (*pro hac vice*) |
| | 1050 Connecticut Avenue, N.W. |
| 8 | Washington, DC  20036-5306 |
| | Telephone:  (202) 955-8500 |
| 9 | Email:  MMcGill@gibsondunn.com |
| 10 | Matthew A. Hoffman (*pro hac vice*) |
| | Timothy W. Loose (*pro hac vice*) |
| 11 | Andrew G. Pappas (*pro hac vice*) |
| | 333 South Grand Avenue |
| 12 | Los Angeles, CA  90071-3197 |
| | Telephone:  (213) 229-7000 |
| 13 | Email:  MHoffman@gibsondunn.com |
| | Email:  TLoose@gibsondunn.com |
| 14 | Email:  APappas@gibsondunn.com |

*Attorneys for Defendant/Counterclaimant*
*Director Daniel Bergin, Arizona Department of Gaming*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| The Tohono O'odham Nation, | No. CV-15-01135-PHX-DGC |
| Plaintiff, | |
| v. | **NOTICE OF VIDEOTAPED DEPOSITION OF JANA MONTANA** |
| Douglas Ducey, Governor of Arizona; Mark Brnovich, Arizona Attorney General; and Daniel Bergin, Director, Arizona Department of Gaming, in their official capacities, | |
| Defendants. | |
| Daniel Bergin, Director, Arizona Department of Gaming, in his official capacity, | |
| Counterclaimant, | |
| v. | |
| The Tohono O'odham Nation, | |
| Counterdefendant. | |

1   You are hereby notified that, pursuant to Federal Rules of Civil Procedure 26 and
2   30, the deposition will be taken upon oral examination of the person whose name and
3   address is indicated below at the time and place stated herein before an officer authorized
4   by law to administer oaths.  Testimony will be recorded by audio-video and stenographic
5   means.

**PERSON TO BE EXAMINED:**        Jana Montana

**DATE AND TIME OF DEPOSITION:**  August 5, 2016, 11:00 a.m.

**PLACE OF DEPOSITION:**          FENNEMORE CRAIG, P.C.
                                  2394 E. Camelback Road, Suite 600
                                  Phoenix, Arizona  85016

DATED this 18th day of July, 2016.

FENNEMORE CRAIG, P.C.


By s/ *Douglas C. Northup*
   Patrick Irvine
   Douglas C. Northup
   Carrie Pixler Ryerson

   -and-

   Matthew D. McGill
   Matthew A. Hoffman
   Timothy W. Loose
   Andrew G. Pappas
   GIBSON, DUNN & CRUTCHER LLP

   *Attorneys for Defendant/Counterclaimant Director Daniel Bergin, Arizona Department of Gaming*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 18, 2016, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Seth P. Waxman
Danielle Spinelli
Kelly P. Dunbar
Sonya L. Lebsack
Kevin M. Lamb
Wilmer Cutler Pickering Hale & Dorr LLP
1875 Pennsylvania Ave. NW
Washington, DC  20006
Email:  seth.waxman@wilmerhale.com
Email:  danielle.spinelli@wilmerhale.com
Email:  kelly.dunbar@wilmerhale.com
Email:  sonya.lebsack@wilmerhale.com
Email:  kevin.lamb@wilmerhale.com
*Attorneys for Plaintiff*
*The Tohono O'odham Nation*

Jonathan Landis Jantzen
Laura Lynn Berglan
Tohono O'odham Nation
Office of the Attorney General
P. O. Box 830
Sells, AZ  85634
Email:  jonathan.jantzen@tonation-nsn.gov
Email:  laura.berglan@tonation-nsn.gov
*Attorneys for Plaintiff*
*The Tohono O'odham Nation*

Paul K. Charlton
Karl M. Tilleman
Erin N. Bass
Steptoe & Johnson LLP
201 E. Washington St., Suite 1600
Phoenix, AZ  85004
Email:  pcharlton@steptoe.com
Email:  ktilleman@steptoe.com
Email:  ebass@steptoe.com
*Attorneys for Plaintiff*
*The Tohono O'odham Nation*

Jennifer B. Bonneville
Steptoe & Johnson LLP
633 W. Fifth Street, Suite 700
Los Angeles, CA 90071
Email:  jbonneville@steptoe.com
*Attorneys for Plaintiff*
*The Tohono O'odham Nation*

s/ *Phyllis Warren*
An employee of Fennemore Craig, P.C.

FENNEMORE CRAIG, P.C.
PHOENIX

11818167