AO 435 — Administrative Office of the United States Courts
AZ Form (Rev. 1/2015)

**TRANSCRIPT ORDER**

FOR COURT USE ONLY
DUE DATE:

| # | Field | Value |
|---|---|---|
| 1 | NAME | Sonya L. Lebsack |
| 2 | PHONE NUMBER | 202-663-6063 |
| 3 | DATE | 8/5/16 |
| 4 | FIRM NAME | Wilmer Cutler Pickering Hale and Dorr LLP |
| 5 | MAILING ADDRESS | 1875 Pennsylvania Ave NW |
| 6 | CITY | Washington |
| 7 | STATE | DC |
| 8 | ZIP CODE | 20006 |
| 9 | CASE NUMBER | 2:15-cv-1135-PHX-DGC |
| 10 | JUDGE | Campbell |
| 11 | DATES OF PROCEEDINGS | 8/5/2016 at 2:30pm |
| 12 | | |
| 13 | CASE NAME | Tohono O'odhan Nation v. Ducey et al. |
| 14 | LOCATION OF PROCEEDINGS | Phoenix (DGC) |
| 15 | STATE | AZ |

16. ORDER FOR
- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [x] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested.)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☑ OTHER (Specify) Tel. Conference | 8/5/2016 at 2:30pm |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

18. ORDER

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES |
|---|---|---|---|
| 30 DAYS | ☐ | ☐ | |
| 14 DAYS | ☐ | ☐ | |
| 7 DAYS | ☐ | ☐ | |
| DAILY | ☑ | ☐ | |
| HOURLY | ☐ | ☐ | |
| REALTIME | ☐ | ☐ | |

DELIVERY INSTRUCTIONS (Check all that apply.)
- [ ] PAPER COPY
- [x] PDF (e-mail)
- [ ] ASCII (e-mail)

ESTIMATED COSTS

CERTIFICATION (19. & 20.)
By signing below, I certify that I will pay all charges (deposit plus additional).

E-MAIL ADDRESS: sonya.lebsack@wilmerhale.com

19. SIGNATURE: /s/ Sonya L. Lebsack

20. DATE: 8/5/2016

**NOTE: IF ORDERING MORE THAN ONE FORMAT, THERE WILL BE AN ADDITIONAL CHARGE.**

| TRANSCRIPT TO BE PREPARED BY | | | ESTIMATE TOTAL | |
| ORDER RECEIVED | DATE | BY | PROCESSED BY | PHONE NUMBER |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

**DISTRIBUTION:** COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY