UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| THE TOHONO O'ODHAM NATION,<br><br>                        Plaintiff,<br><br>        v.<br><br>DOUGLAS DUCEY, Governor of Arizona; MARK BRNOVICH, Arizona Attorney General; and DANIEL BERGIN, Director, Arizona Department of Gaming, in their official capacities,<br><br>                        Defendants. | No. CV15-01135-PHX DGC<br><br>**ORDER** |

The Court has considered the Stipulation re Depositions of Roger Banan and Donald Pongrace.  Doc. 242.

It is ordered: approving the Stipulation as follows:

1.     Director Bergin will produce Mr. Banan for deposition on August 23, 2016 at 9 a.m. to testify on the topics identified in the Nation's deposition notice (Doc. 239).  The deposition shall last no longer than three hours.

2.     Following the conclusion of Mr. Banan's deposition, the parties will meet and confer regarding whether Mr. Pongrace's deposition (Doc. 240) is necessary in light of Mr. Banan's testimony, and if needed, will expeditiously seek the Court's intervention to resolve any related issues.

Dated this 22nd day of August, 2016.

_David G. Campbell_

_____
David G. Campbell
United States District Judge

v.1