1
2
3
4
5
6                    UNITED STATES DISTRICT COURT
7                        DISTRICT OF ARIZONA
8
9   THE TOHONO O'ODHAM NATION,          )   No. CV15-1135-PHX DGC
                                        )
10                        Plaintiff,    )
                                        )
11       v.                             )   **ORDER**
                                        )
12  DOUGLAS   DUCEY,  Governor   of     )
    Arizona; MARK BRNOVICH, Arizona     )
13  Attorney   General;   and  DANIEL   )
    BERGIN, Director, Arizona Department )
14  of Gaming, in their official capacities, )
                                        )
15                        Defendants.   )
    _____)
16

17       Pursuant to the Stipulation re Briefing Schedule for Motion for Summary

18  Judgment.  Doc. 250.

19       **IT IS ORDERED:**

20       1.    The stipulation re briefing (Doc. 250) is **granted.**  The Nation shall file its

21             Motion for Summary Judgment on or before Tuesday, September 27,

22             2016.

23       2.    Director  Bergin  shall  file  his  response  on  or  before  Tuesday,

24             November 8, 2016.

25       3.    The Nation shall file its reply on or before Monday, December 5, 2016.

26
27
28

1      4.      The motion hearing will remain scheduled on December 14, 2016 at 3:00

2              p.m. before the Honorable David G. Campbell, Courtroom 603, 401 West

3              Washington Street, Phoenix, Arizona 85003.

4      Dated this 15th day of September, 2016.

_____
David G. Campbell
United States District Judge

1