# Exhibit B

**DANIEL H. BERGIN PRIVILEGE LOG**

*The Tohono O'odham Nation vs. Douglas Ducey, Governor of Arizona; Mark Brnovich, Arizona Attorney General; and Daniel Bergin, Director,*

*Arizona Department of Gaming, in their official capacities*

United States District Court for the District of Arizona, No. CV-15-01135-PHX-DGC

| NO. | AUTHOR | RECIPIENT | CC | DATE | BASIS OF PRIVILEGE | DESCRIPTION | RELEVANT BATES NUMBERS |
|---|---|---|---|---|---|---|---|
| 1 | Daniel H. Bergin [Director, Arizona Department of Gaming] | James M. Stipe [Burch & Cracchiolo, P.A.] | | 1/12/2015 | Attorney-Client Privilege | Redacted communications reflect request for legal advice regarding draft letter to Tohono O'odham Nation. | ADG0000005 - ADG0000008 |
| 2 | Daniel H. Bergin [Director, Arizona Department of Gaming] | Roger Banan [Assistant Attorney General, Arizona Dept. of Gaming] | | 1/28/2015 | Attorney-Client Privilege; Attorney Work Product | Email containing attorney-client communications reflecting legal advice regarding Glendale Casino, and attaching memorandum from counsel regarding same. | ADG0000471 - ADG0000479 |
| 3 | Roger Banan [Assistant Attorney General, Arizona Dept. of Gaming] | Daniel H. Bergin [Director, Arizona Department of Gaming] | | 1/28/2015 | Attorney-Client Privilege | Email chain reflecting legal advice regarding Glendale Casino. | ADG0000470 |
| 4 | Roger Banan [Assistant Attorney General, Arizona Dept. of Gaming] | Michael Liburdi [General Counsel, Arizona Governor's Office]; Kate King [Deputy General Counsel, Arizona Governor's Office] | | 1/28/2015 – 1/29/2015 | Attorney-Client Privilege; Attorney Work Product; Common Interest/Joint Defense | Email chain containing communications between counsel protected by common interest doctrine and attorney-client communications requesting and reflecting legal advice regarding Glendale Casino, and attaching memorandum regarding same. | |

| NO. | AUTHOR | RECIPIENT | CC | DATE | BASIS OF PRIVILEGE | DESCRIPTION | RELEVANT BATES NUMBERS |
|---|---|---|---|---|---|---|---|
| 102 | Roger Banan [Assistant Attorney General, Arizona Dept. of Gaming] | Daniel H. Bergin [Director, Arizona Department of Gaming] | | 5/22/2015 | Attorney-Client Privilege; Attorney-Work Product | Email chain reflecting legal advice regarding draft letter to counsel for Tohono O'odham Nation, and attaching draft letter. | |
| 103 | Roger Banan [Assistant Attorney General, Arizona Dept. of Gaming] | Daniel H. Bergin [Director, Arizona Department of Gaming] | | 5/22/2015 | Attorney-Client Privilege; Attorney Work Product | Email chain reflecting legal advice of counsel relating to draft vendor notice, and attaching draft notice. | |
| 104 | Roger Banan [Assistant Attorney General, Arizona Dept. of Gaming] | Patrick Irvine [Fennemore Craig, P.C.] | | 5/22/2015 – 5/26/2015 | Attorney-Client Privilege | Email chain requesting legal advice relating to draft letter to counsel for Tohono O'odham Nation. | |
| 105 | Michael D. McGee [Assistant Director, Gaming Compliance, Arizona Department of Gaming] | Patrick Irvine [Fennemore Craig, P.C.] | Daniel H. Bergin [Director, Arizona Department of Gaming]; Roger Banan [Assistant Attorney General, Arizona Dept. of Gaming]; Amanda Jacinto | 5/27/2015 | Attorney-Client Privilege | Email requesting legal advice relating to certification notices, and attaching certification notices and letters to tribe representatives. | |

24