# ADDENDUM A

(3) **Number of Gaming Facilities and Maximum Devices Per Gaming Facility.**
The Tribe may operate Gaming Devices in the number of Gaming Facilities in column (3) or (4) of the Tribe's row in the Table, whichever is lower, but shall not operate more than its Maximum Devices Per Gaming Facility in any one Gaming Facility. The Maximum Devices Per Gaming Facility for the Tribe is the sum of the Tribe's Current Gaming Device Allocation (including automatic periodic increases under Section 3(c)(4)), plus the Tribe's Additional Gaming Devices, except if the Tribe is Salt River Pima-Maricopa Indian Community, Gila River Indian Community, Pascua Yaqui Tribe, ~~Tohono O'odham Nation,~~ or Navajo Nation, then the Maximum Devices Per Gaming Facility is the same number as the Maximum Devices Per Gaming Facility for Ak-Chin Indian Community and Ft. McDowell Yavapai Nation. ~~If the Tribe is the Tohono O'odham Nation, and if the Tribe operates four (4) Gaming Facilities, then at least one of the four (4) Gaming Facilities shall: a) be at least fifty (50) miles from the existing Gaming Facilities of the Tribe in the Tucson metropolitan area as of the Effective Date; b) have no more than six hundred forty-five (645) Gaming Devices; and c) have no more than seventy-five (75) Card Game Tables.~~

(4) **Periodic Increase.** During the term of this Compact, the Tribe's Current Gaming Device Allocation shall be automatically increased (but not decreased), without the need to amend this Compact on each five-year anniversary of the Effective Date, to the number equal to the Current Gaming Device Allocation specified in the Table multiplied by the Population Adjustment Rate (with any fractions rounded up to the next whole number).

(5) **Gaming Device Allocation Table.**

| Listed Tribe | (1) Current Gaming Device Allocation | (2) Additional Gaming Devices | (3) Previous Gaming Facility Allocation | (4) Revised Gaming Facility Allocation |
|---|---|---|---|---|
| The Cocopah Indian Tribe | 475 | 170 | 2 | 2 |
| Fort Mojave Indian Tribe | 475 | 370 | 2 | 2 |
| Quechan Tribe | 475 | 370 | 2 | 2 |
| Tonto Apache Tribe | 475 | 170 | 2 | 1 |
| Yavapai-Apache Nation | 475 | 370 | 2 | 1 |
| Yavapai-Prescott Tribe | 475 | 370 | 2 | 2 |
| Colorado River Indian Tribes | 475 | 370 | 2 | 2 |
| San Carlos Apache Tribe | 900 | 230 | 3 | 2 |
| White Mountain Apache Tribe | 900 | 40 | 3 | 2 |
| Ak-Chin Indian Community | 475 | 523 | 2 | 1 |
| Fort McDowell Yavapai Nation | 475 | 523 | 2 | 1 |

|  |  |  |  |  |
|---|---|---|---|---|
| Salt River Pima-Maricopa Indian Community | 700 | 830 | 3 | 2 |
| Gila River Indian Community | 1400 | 1020 | 4 | 3 |
| Pascua Yaqui Tribe | 900 | 670 | 3 | 2 |
| ~~Tohono O'odham Nation~~ | ~~1400~~ | ~~1020~~ | ~~4~~ | ~~4~~ |
| Subtotal: | 10,475 |  | 38 | 29 |
| Non-gaming Tribes (as of 5/1/02) |  |  |  |  |
| Havasupai Tribe | 475 |  | 2 |  |
| Hualapai Tribe | 475 |  | 2 |  |
| Kaibab-Paiute Tribe | 475 |  | 2 |  |
| Hopi Tribe | 900 |  | 3 |  |
| Navajo Nation | 2400 |  | 4 |  |
| San Juan Southern Paiute Tribe | 475 |  | 2 |  |
| Subtotal: | 5,200 |  | 15 |  |
| State Total: | 15,675 |  | 53 |  |

(6) If the Tribe is not listed on the Table, the Tribe's Current Gaming Device Allocation shall be four hundred seventy-five (475) Gaming Devices and the Tribe's Revised Gaming Facility Allocation shall be two (2) Gaming Facilities.

(7) **Multi-Station Devices.** No more than two and one-half percent (2.5%) of the Gaming Devices in a Gaming Facility (rounded off to the nearest whole number) may be Multi-Station Devices.

(d) **Transfer of Gaming Device Operating Rights.**

(1) **Transfer Requirements.** During the term of this Compact, the Tribe may enter into a Transfer Agreement with one or more Indian tribes to acquire Gaming Device Operating Rights up to the Tribe's number of Additional Gaming Devices or to transfer some or all of the Tribe's Gaming Device Operating Rights up to the Tribe's Current Gaming Device Allocation, except that if the Tribe is Navajo Nation, then the Tribe may transfer only up to 1400 Gaming Devices of its Current Gaming Device Allocation. The Tribe's acquisition or transfer of Gaming Device Operating Rights is subject to the following conditions:

(A) **Gaming Compact.** Each Indian tribe that is a party to a Transfer Agreement must have a valid and effective new Compact as defined in A.R.S. § 5-601.02(I)(6) that contains a provision substantially similar to this Section 3(d) permitting transfers of the Indian tribe's Gaming Device Operating Rights.

15