Paul K. Charlton (012449)
Karl M. Tilleman (013435)
Erin N. Bass (030104)
STEPTOE & JOHNSON LLP
201 East Washington Street, Suite 1600
Phoenix, Arizona 85004-2382
Telephone: (602) 257-5200
Facsimile: (602) 257-5299
pcharlton@steptoe.com
ktilleman@steptoe.com
ebass@steptoe.com

Jennifer B. Bonneville (*Pro hac vice*)
STEPTOE & JOHNSON LLP
633 West Fifth Street, Suite 700
Los Angeles, California 90071
jbonnevi@steptoe.com

*Counsel for Plaintiff Tohono O'odham Nation*
(Additional Plaintiff's counsel on next page)

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| The Tohono O'odham Nation,<br><br>                    Plaintiff,<br><br>     v.<br><br>Douglas Ducey, Governor of Arizona; Mark Brnovich, Arizona Attorney General; and Daniel Bergin, Director, Arizona Department of Gaming, in their official capacities,<br><br>                    Defendants. | Case No. 2:15-cv-01135-DGC<br><br>**TOHONO O'ODHAM NATION'S LOCAL RULE 7.2(m) STATEMENT OF EVIDENTIARY OBJECTIONS TO DIRECTOR BERGIN'S SEPARATE STATEMENT OF FACTS AND CONTROVERTING STATEMENT OF FACTS IN OPPOSITION TO THE NATION'S MOTION FOR SUMMARY JUDGMENT** |

9748638

Additional Attorneys:

Danielle Spinelli (*Pro hac vice*)
Kelly P. Dunbar (*Pro hac vice*)
Sonya L. Lebsack (*Pro hac vice*)
Kevin M. Lamb (*Pro hac vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
Telephone: (202) 663-6000
danielle.spinelli@wilmerhale.com
kelly.dunbar@wilmerhale.com
sonya.lebsack@wilmerhale.com
kevin.lamb@wilmerhale.com

Laura Berglan, Acting Attorney General
Office of Attorney General
TOHONO O'ODHAM NATION
P.O. Box 830
Sells, AZ  85634
Telephone: (520) 383-3410
laura.berglan@tonation-nsn.gov

9748638

Pursuant to Fed. R. Civ. P. 56(c)(2) and Local Rule 7.2(m), Plaintiff Tohono O'odham Nation ("Nation") submits this statement of objections to Director Bergin's evidence in support of his Separate Statement of Facts ("DSOF") and Controverting Statement of Facts ("CSOF") (collectively, "Statement"). None of the disputes Bergin seeks to conjure in his Statement is material to resolution of the Nation's motion for summary judgment (Doc. 253), and for the reasons explained in that motion and the Nation's reply brief (Doc. 283), the Nation is entitled to summary judgment on all remaining claims and defenses based on the undisputed facts in this case. To the extent, however, this Court deems the factual disputes alleged by Bergin to be material, the Nation objects to several of his evidentiary submissions as inadmissible and thus improper in opposing summary judgment. Fed. R. Civ. P. 56(c)(2), (c)(4).[1]

In compliance with Local Rule 7.2(m), the objections below are limited to the admissibility of Bergin's evidence in support of the "facts" in his Statement; they do not address whether the facts themselves are accurate, supported by the evidence cited, relevant to summary judgment, or proper facts rather than speculation or argument. While at summary judgment the Court focuses on the admissibility of content rather than form, *JL Beverage Co., LLC v. Jim Beam Brands Co.*, 828 F.3d 1098, 1110 (9th Cir. 2016), "[t]he burden is on the proponent [of the evidence] to show that the material is admissible as presented or to explain the admissible form that is anticipated," Fed. R. Civ. P. 56 advisory comm. notes to 2010 amendments.

Evidence is inadmissible if, among other things, it: (1) lacks a foundation, Fed. R. Evid. 602; (2) is improper lay opinion, *id*. 701; (3) is hearsay not within a recognized

---

[1] As a general matter, Bergin's Statement also violates both the language and the spirit of Fed. R. Civ. P. 56(c)(1) and Local Rule 56.1. Both rules require a party to state a specific fact followed by a specific admissible portion of the record. Instead, Bergin provides the Court paragraphs combining multiple "facts" and legal argument without specifying which portion of the record supports each factual assertion.

- 1 -

9748638

exception, *id.* 801-807; or (4) lacks authentication, *id*. 901. In addition, "Rule 56 explicitly requires that summary judgment affidavits 'be made on personal knowledge.'… '[C]onclusory affidavits that do not affirmatively show personal knowledge of specific facts are insufficient.'" *Comite de Jornaleros de Redondo Beach v. City of Redondo Beach*, 657 F.3d 936, 950 (9th Cir. 2011) (citations omitted).[2]

| Ex.[3] | Citations in DSOF/CSOF | Objection |
|---|---|---|
| 15<br>Hart 5/14/12 Dep. | DSOF ¶¶9, 10, 11, 19, 33, 34<br>CSOF ¶¶26, 42 | 74:7-79:10; 116:16-117:2; 117:9-13; 119:13-19; 147:4-24: hearsay, lack of foundation<br>150:1-151:20, 199:5-16: lack of foundation |
| 16<br>Bielecki 6/12/12 Dep. | DSOF ¶¶16, 18, 33, 34 | 74:10-76:1: hearsay, lack of foundation<br>183:20-184:6: lack of foundation, improper lay opinion |
| 20<br>Hart Decl. | DSOF ¶¶9, 10, 12, 16, 32<br>CSOF ¶¶16, 17, 19, 27, 41 | ¶¶5, 8, 9, 11: lack of foundation<br>¶¶8, 9, 10: hearsay |
| 21<br>Bielecki Decl. | DSOF ¶¶9, 16, 19, 32<br>CSOF ¶¶16, 17, 19, 21, 41 | ¶¶3-4, 8: hearsay<br>¶¶5-6, 10-14: lack of foundation |
| 22<br>LaSarte-Meeks 5/16/12 Dep. | DSOF ¶¶9, 10, 11, 17 | 58:6-59:10, 81:19-82:12, 101:10-105:3, 127:10-128:13: hearsay, lack of foundation |
| 23<br>Bergin Decl. | DSOF ¶9 | ¶4: lack of foundation |
| 24<br>Hart 6/22/16 Dep. | DSOF ¶¶10, 18, 19 | 100:4-101:10; 114:13-116:10: hearsay, lack of foundation<br>103:16-104:9; 178:21-179:4: lack of foundation |
| 25<br>Lunn 4/4/12 Dep. | DSOF ¶¶10, 15 | 36:12-41:14; 82:1-22; 83:4-24: hearsay, lack of foundation |

---

[2] In making these objections for summary judgment purposes, the Nation does not concede relevance or admissibility for other purposes and does not waive its right to raise new or different objections at a later stage.

[3] Exhibit numbers refer to exhibits to the Ryerson Declaration (Doc. 274-1).

- 2 -

9748638

| Ex.[3] | Citations in DSOF/CSOF | Objection |
|---|---|---|
| 26 Landry 3/8/12 Dep. | CSOF ¶19 | 65:7-66:21: hearsay, lack of foundation 85:1-18: lack of foundation |
| 27 Bielecki 6/23/16 Dep. | DSOF ¶¶12, 14, 16, 19 CSOF ¶¶16, 17 | 67:3-70:24, 71:22-73:13, 92:16-25; 96:10-97:17; 98:2-11; 107:1-17; 115:17-117:4, 127:1-17; 129:2-21; 138:15-139:24; 151:18-153:15; 157:9-158:22: hearsay, lack of foundation |
| 28 Dahlstrom 3/71/12 Dep. | DSOF ¶17 | 294:8-295:3: hearsay |
| 30 3/28/02 Handwritten notes | DSOF ¶22 | hearsay, lack of foundation, lack of authentication |
| 31 10/25/02 VDI Tr. | DSOF ¶23 | hearsay, lack of foundation |
| 33 VDI0001752-1788 | DSOF ¶¶23, 25, 27 CSOF ¶48 | hearsay, lack of foundation, lack of authentication |
| 34 2/10/03 VDI Tr. | DSOF ¶24 | hearsay, lack of foundation |
| 35[4] VDI Mem. | DSOF ¶26 | hearsay, lack of foundation |
| 36 2/23/03 VDI Tr. | DSOF ¶27 | hearsay, lack of foundation |
| 38 2/27/03 Handwritten notes | DSOF ¶28 | hearsay |
| 39 2/27/03 Meeting minutes | DSOF ¶28 | hearsay |
| 40 6/26/03 VDI Tr. | DSOF ¶29 | hearsay, lack of foundation |

---

[4] Bergin incorrectly identifies this as a "Memorandum from the SLD Council to VDI" but the document states it is from VDI to the SLD Council.

- 3 -

9748638

| Ex.[3] | Citations in DSOF/CSOF | Objection |
|---|---|---|
| 41 Quigley Email | DSOF ¶30 | hearsay, lack of foundation |
| 42 Walker 8/24/12 Dep. | DSOF ¶33. | 117:14-118:21: hearsay |
| 44 Lewis 8/12/16 Dep. | CSOF ¶19 | 85:6-13; 90:10-13; 91:1-8: lack of foundation |
| 45 Largo 8/9/16 Dep. | CSOF ¶19 | 56:21-23; 58:13-59:4; 61:3-7: lack of foundation |
| 50 Clark 4/24/12 Dep. | CSOF ¶39 | 28:15-29:10: hearsay and lack of foundation 35:5-17: lack of foundation |
| 52 5/18/01 Handwritten notes | CSOF ¶¶48, 51 | hearsay, lack of foundation, lack of authentication |
| 53 VDI Land Presentation June 2002 | CSOF ¶48 | hearsay |
| 54 R. Ramirez Email | CSOF ¶48 | hearsay |
| 55 6/9/02 Handwritten notes | CSOF ¶48 | hearsay, lack of foundation, lack of authentication |
| 57[5] 7/18/02 VDI Tr. | CSOF ¶48 | hearsay, lack of foundation |
| 58 8/1/02 Meeting minutes | CSOF ¶48 | hearsay |
| 60 8/22/02 VDI Tr. | CSOF ¶¶48, 50 | hearsay, lack of foundation |

---

[5] Bergin erroneously references the date of this document as June 18, 2002; the document is actually dated one month later, July 18, 2002.

- 4 -

9748638

| Ex.[3] | Citations in DSOF/CSOF | Objection |
|---|---|---|
| 61<br>8/22/02 VDI Tr. | CSOF ¶48 | hearsay |
| 62<br>VDI Land Presentation | CSOF ¶50 | hearsay |
| 64<br>6/26/01 SLD Recording | CSOF ¶¶49, 52 | hearsay, lack of foundation |
| 65<br>10/17/02 VDI Tr. | CSOF ¶49 | hearsay, lack of foundation |
| 66<br>10/02 VDI Tr. | CSOF ¶49 | hearsay, lack of foundation |
| 67<br>10/29/02 Handwritten notes | CSOF ¶49 | hearsay, lack of foundation, lack of authentication |
| 68<br>6/18/02 Meeting minutes | CSOF ¶50 | hearsay |
| 69<br>6/02 VDI Tr. | CSOF ¶¶50, 51 | hearsay, lack of foundation |
| 70<br>8/1/02 VDI Tr. | CSOF ¶50 | hearsay, lack of foundation |
| 71<br>8/4/02 Doc. | CSOF ¶51 | hearsay |
| 72<br>8/26/01 SLD Recording | CSOF ¶52 | hearsay, lack of foundation |
| 74<br>4/13/02 VDI Tr. | CSOF ¶52 | hearsay, lack of foundation |
| 76<br>9/19/02 VDI Tr. | CSOF ¶52 | hearsay, lack of foundation |
| 77<br>7/13/03 Handwritten notes | CSOF ¶56 | hearsay |

| Ex.[3] | Citations in DSOF/CSOF | Objection |
|---|---|---|
| 78<br>10/29/02 SLD Meeting Minutes | CSOF ¶56 | hearsay |

DATED this 7th day of December, 2016.

STEPTOE & JOHNSON LLP

/s/    Karl M. Tilleman
   Paul K. Charlton
   Karl M. Tilleman
   Erin N. Bass
   201 E. Washington Street
   Suite 1600
   Phoenix, AZ  85004
   (602) 257-5200
   pcharlton@steptoe.com
   ktilleman@steptoe.com
   ebass@steptoe.com


STEPTOE & JOHNSON LLP
Jennifer B. Bonneville (*Pro hac vice*)
633 West Fifth Street, Suite 700
Los Angeles, CA 90071
(213) 439-9400
jbonnevi@steptoe.com

WILMER CUTLER PICKERING
HALE AND DORR LLP
Seth P. Waxman (*Pro hac vice*)
Danielle Spinelli (*Pro hac vice*)
Kelly P. Dunbar (*Pro hac vice*)
Sonya L. Lebsack (*Pro hac vice*)
Kevin M. Lamb (*Pro hac vice*)
1875 Pennsylvania Avenue, N.W.

- 6 -

9748638

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Washington, D.C. 20006
(202) 663-6000
seth.waxman@wilmerhale.com
danielle.spinelli@wilmerhale.com
kelly.dunbar@wilmerhale.com
sonya.lebsack@wilmerhale.com
kevin.lamb@wilmerhale.com


TOHONO O'ODHAM NATION
Laura Berglan, Acting Attorney General (022120)
Office of Attorney General
TOHONO O'ODHAM NATION
P.O. Box 830
Sells, Arizona  85634
(520) 383-3410
laura.berglan@tonation-nsn.gov

*Counsel for Plaintiff Tohono O'odham Nation*

- 7 -

9748638

# CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of December, 2016, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System, which will send a notice of filing to all counsel of record.

Patrick Irvine
Douglas C. Northup
Carrie Pixler Ryerson
Fennemore Craig, P.C.
2394 E. Camelback Road, Suite 600
Phoenix, AZ  85016-3429

Matthew D. McGill
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue N.W.
Washington, DC  20036-5306

Matthew A. Hoffman
Timothy W. Loose
Andrew G. Pappas
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197

*Attorneys for Defendant*
*Director Daniel Bergin*
*Arizona Department of Gaming*

/s/   Diane Linn
Employee of Steptoe & Johnson LLP

9748638