Case: 2:15cv1135

FILED ✓     LODGED ___
RECEIVED ___  COPY ___

DEC 20 2016

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Tommy Hoggins

Rte. 2 Box 709X
Tombstone, AZ 85638

(Doc. 290)

---

UNITED STATES DISTRICT COURT
CONNOR U.S. COURTHOUSE, SUITE 130
W. WASHINGTON ST., SPC - 1
PHOENIX, AZ 85003-2118

OFFICIAL BUSINESS

PHOENIX
AZ 852
15 DEC '16
PM 6 L

NEOPOST
12/15/2016
US POSTAGE $000.46⁵

FIRST-CLASS MAIL

ZIP 85003
041M11277589

RECEIVED
DEC 20 2016
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

NIXIE       850   SE  1        0012/18/16
         RETURN TO SENDER
         NO SUCH NUMBER
         UNABLE TO FORWARD

BC: 85003213099      *2014-05833-15-37