UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| The Tohono O'odham Nation,<br><br>        Plaintiff,<br><br>   v.<br><br>Douglas Ducey, Governor of Arizona; Mark Brnovich, Arizona Attorney General; and Daniel Bergin, Director, Arizona Department of Gaming, in their official capacities,<br><br>        Defendants. | Case No. 2:15-cv-01135-PHX-DGC<br><br>**SUPPLEMENTAL DECLARATION OF SONYA L. LEBSACK IN SUPPORT OF THE TOHONO O'ODHAM NATION'S MOTION FOR SUMMARY JUDGMENT** |

I, Sonya L. Lebsack, declare as follows:

1. I am an attorney at Wilmer Cutler Pickering Hale and Dorr LLP and one of the counsel for plaintiff Tohono O'odham Nation (the "Nation") in this case. This declaration is submitted in support of the Nation's Motion for Summary Judgment. I have personal knowledge of the facts set forth in this declaration and, if called to testify, I could and would testify accordingly.

2. Attached as **Exhibit 1** is a true and correct excerpted copy of the transcript of the deposition of Paul Michael Bielecki conducted on June 23, 2016.

3. Attached as **Exhibit 2** is a true and correct excerpted copy of the transcript of the deposition of the Arizona Department of Gaming ("ADG") 30(b)(6) Representative Daniel H. Bergin conducted on May 19, 2016.

4. Attached as **Exhibit 3** is a true and correct excerpted copy of the Tohono O'odham Nation's Fee-to-Trust Application, which was submitted to the Bureau of Indian Affairs on January 28, 2009, and was, in turn, submitted to this Court as part of the administrative record in *Gila River Indian Cmty. v. United States*, No. 10-cv-1993 (filed Nov. 17, 2010).

5. Attached as **Exhibit 4** is a true and correct copy of a March 4, 2009 letter from Rodney McVey, Acting Regional Director of the U.S. Bureau of Indian Affairs, to James M. Stipe, counsel for the Arizona Department of Gaming.

6. Attached as **Exhibit 5** is a true and correct copy of a February 23, 2009 letter from Samuel F. Daughety, Assistant Attorney General of the Tohono O'odham Nation, to James Stipe.

7. Attached as **Exhibit 6** is a true and correct copy of a January 31, 2009 newspaper article in the *Arizona Republic* titled "Tribe reveals plans to use county island for casino."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 3, 2017.

_____
SONYA L. LEBSACK

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of January, 2017, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System, which will send a notice of filing to all counsel of record.

/s/ Danielle Spinelli
DANIELLE SPINELLI