# EXHIBIT 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| THE TOHONO O'ODHAM NATION, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:15-cv-01135-DGC ) |
| DOUGLAS DUCEY, Governor of Arizona; MARK BRNOVICH, Arizona Attorney General; and DANIEL BERGIN, Director, Arizona Department of Gaming, in their official capacities, | ) ) ) ) ) ) ) |
| Defendants. | ) ) |

DEPOSITION OF PAUL MICHAEL BIELECKI

Phoenix, Arizona

June 23, 2016

Prepared by:

CINDY MAHONEY, RPR, RMR
Certified Court Reporter
Certificate No. 50680

**Coash & Coash, Inc.**
602-258-1440           www.coashandcoash.com

Case 2:15-cv-01135-DGC   Document 296-1   Filed 01/03/17   Page 3 of 4

The Tohono O'Odham Nation vs. Ducey
2:15-cv-01135-DGC

Paul Michael Bielecki
June 23, 2016

---

**12:44:47-12:45:43**                                    Page 154

1  Q.  Did you ever talk to Mr. Macpherson about his
2  communications with Governor Symington regarding the
3  possibility of off-reservation gaming on islands?
4  A.  No.
5  Q.  Do you know what off-reservation gaming on
6  islands refers to generally as a concept?
7  A.  I assume it's county islands.
8  Q.  So in other words, if there's an area of
9  unincorporated county land that's surrounded entirely by
10 incorporated land, that was a concern.
11     MR. NORTHUP: Object to form and
12 foundation.
13     BY MR. TILLEMAN:
14 Q.  That's what we're talking about, is gaming on
15 those islands, unincorporated county land.
16     MR. NORTHUP: Object to form and
17 foundation.
18     THE WITNESS: We're getting into legal
19 areas again.  In a sense -- this is from 1993.  I didn't
20 come on until '97.  I met with Ian one time and couldn't
21 figure out what the hell he was saying, so I found
22 somebody else.
23     BY MR. TILLEMAN:
24 Q.  So you essentially let him go?
25 A.  If I could have understood him, I might have

**12:45:51-12:47:24**                                    Page 155

1  kept him.  You are a picture of utter clarity that he
2  could never approach, I'm telling you.  There is this
3  artifice of a footnote verbally that has a footnote to
4  it, a footnote to it.  And then you've got to -- after
5  all that, you've got to come back and go back with the
6  middle of the sentence.  Unusual way of describing it.
7  Q.  Mr. Bielecki, when did you become aware
8  personally of the -- of the statements and activities of
9  the Tohono O'odham Nation that you considered to be
10 deceptive and fraudulent?  When did you become aware of
11 those facts and/or silence?
12 A.  When TO announced their project.
13 Q.  So at the beginning of 2009?
14 A.  Whenever it was, yeah.
15 Q.  So whatever the date was.  Were you still with
16 the state at that time?
17 A.  No.
18 Q.  Did you have discussions with the state
19 Attorney General's Office or the -- Attorney General's
20 Office or with the Department of Gaming then at that
21 point?  How long did it take you to -- that is not
22 picture of clarity.
23     When did you first -- when did you first
24 discuss your feelings about the -- your feeling that the
25 Nation had committed fraud with anyone from the state?

**12:47:26-12:48:16**                                    Page 156

1  A.  Anyone from the state?
2  Q.  Yes.
3  A.  I don't recall.
4  Q.  Would it have been --
5  A.  I discussed it with a lobbyist for Tohono
6  O'odham, John Kelly, and I looked at him -- and we were
7  in a room with lawyer lobbyists, and I said, John, do
8  you really want to have a casino at 19th Avenue and
9  Bell?
10 Q.  No.  Is that -- excuse me.  That might be
11 right.
12 A.  It's the racetrack.
13 Q.  I'm sorry?
14 A.  That was my first interaction with this thing.
15 Q.  Excuse me?
16 A.  From day one, I was shocked and amazed and --
17 of my knowledge of it.  And if somebody had asked me,
18 I'd have said, that ain't what we intended, and I think
19 it's a bullshit deal.
20 Q.  Did you --
21 A.  I think somebody lied to us.
22 Q.  I mean, was it a matter of hours, minutes, or
23 days before you told the state about how you felt?
24 A.  I don't recall telling the state unless
25 somebody had asked me.

**12:48:20-12:49:41**                                    Page 157

1  Q.  Did you have any -- when did you first have a
2  conversation with the state about how you felt about
3  what happened at the project?
4  A.  I don't recall.
5  Q.  Did it happen within the first month or two?
6  I'm just trying to narrow this down.  A year, months,
7  days?
8  A.  I don't recall.
9  Q.  When did you last discuss the Tohono O'odham
10 Nation's West Valley Resort property with Governor Hull?
11 A.  Two, two and a half weeks ago.
12 Q.  And can you tell me the nature of those
13 conversations, please?
14 A.  I just -- I've talked with her maybe three
15 times over the years as things unfolded.  When I found
16 out I was getting deposed, I wanted to let her know some
17 more stuff's going on out there.  I called her up and,
18 you know, she is so far past all of this, she doesn't
19 care.  She spends seven, eight months a year up in
20 Pinetop.
21     So I just -- right out, I just gave her
22 questions straight up and down.  I said, Governor, if
23 you knew they were going to build a casino there, would
24 you have signed their compact?  Her answer was,
25 absolutely not.

Page 209

```
 1    STATE OF ARIZONA    )
 2    COUNTY OF MARICOPA  )
 3           BE IT KNOWN that the foregoing deposition
 4    was taken by me pursuant to stipulation of counsel; that
 5    I was then and there a Certified Reporter in and for the
 6    County of Maricopa, State of Arizona, and by virtue
 7    thereof authorized to administer an oath; that the
 8    witness before testifying was duly sworn by me to testify
 9    to the whole truth; that the questions propounded by
10    counsel and the answers of the witness thereto were taken
11    down by me in shorthand and thereafter transcribed into
12    typewriting under my direction; that the foregoing pages
13    are a full, true and accurate transcript of all
14    proceedings and testimony had and adduced upon the taking
15    of said deposition, all to the best of my skill and
16    ability.
17           I FURTHER CERTIFY that I am in no way
18    related to nor employed by any parties hereto nor am I in
19    any way interested in the outcome hereof.
20           DATED at Phoenix, Arizona, this ____ day of
21    _____, 2012.
22
23
            _____
24          Pamela J. Mayer
            Certified Reporter
25          Certificate No. 50207
```