Case: 2:15cv1135



Tommy Hoggins

Rte. 2 Box 709X
Tombstone, AZ 85638

(Doc. 297)

---

CLERK, UNITED STATES DISTRICT COURT
SANDRA DAY O'CONNOR U.S. COURTHOUSE, SUITE 130
401 W. WASHINGTON ST., SPC - 1
PHOENIX, AZ 85003-2118

OFFICIAL BUSINESS



