IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA
CIVIL MINUTES - TELEPHONIC CONFERENCE

Phoenix Division

CIV 15-1135-PHX-DGC                    DATE: 1/18/2017
Year   Case No   Initials

Title:  Tohono O'odham Nation, vs. Daniel Bergin,
        Plaintiff                    Defendant
===========================================================================

HON: DAVID G. CAMPBELL


 Traci C. Abraham              Patricia Lyons
   Deputy Clerk                 Court Reporter
TELEPHONIC APPEARANCE:

 Danielle Spinelli and Karl Tilleman
Attorney(s) for Plaintiff(s)
 Matthew Hoffman and Doug Northup
 Attorney(s) for Defendant(s)
===========================================================================

**PROCEEDINGS:**    X   Open Court        Chambers            Other

**Other appearances: Britt Clapham**

Telephonic discovery conference held.

Joint Memorandum (doc. 299) discussed.

A firm bench trial is set for July 31 to August 4, 2017, and August 7-11, 2017. Each side is allotted 27 hours of trial time.

A final pretrial conference is set for June 30, 2017 at 3:00 p.m.

Filing of motions in limine discussed. Plaintiff may file a motions on privilege issues and another on theories of fraud. Motions are limited to 10 pages. Responses limited to 10 pages. No replies permitted.

Settlement discussed. Parties to hold a settlement conference no later than May 26, 2017 with a neutral mediator or a Magistrate Judge designated by the Court. Court encourages and finds it would be helpful for other interested

Page 2
CV 15-1135-PHX-DGC
1/18/2017

parties to participate in the settlement discussions.

The Court will enter an order on whether interpretation of the Compact will be addressed during the trial.