FENNEMORE CRAIG, P.C.
Patrick Irvine (No. 006534)
Douglas C. Northup (No. 013987)
Carrie Pixler Ryerson (No. 028072)
2394 E. Camelback Road, Suite 600
Phoenix, AZ 85016-3429
Telephone: (602) 916-5000
Email: PIrvine@fclaw.com
Email: DNorthup@fclaw.com
Email: CRyerson@fclaw.com

GIBSON, DUNN & CRUTCHER LLP
Matthew D. McGill (admitted *pro hac vice*)
1050 Connecticut Avenue N.W.
Washington, DC 20036
Telephone: (202) 955-8500
Email: MMcGill@gibsondunn.com

Matthew A. Hoffman (admitted *pro hac vice*)
Andrew G. Pappas (admitted *pro hac vice*)
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: (213) 229-7000
Email: MHoffman@gibsondunn.com
Email: APappas@gibsondunn.com

*Attorneys for Defendant/Counterclaimant*
*Director Daniel Bergin, Arizona Department of Gaming*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| The Tohono O'odham Nation, | No. 2:15-cv-01135-DGC |
| Plaintiff, | **DECLARATION OF CARRIE PIXLER RYERSON IN SUPPORT OF DIRECTOR BERGIN'S OPPOSITION TO PLAINTIFF'S MOTION FOR RECONSIDERATION** |
| v. | |
| Douglas Ducey, Governor of Arizona; Mark Brnovich, Arizona Attorney General; and Daniel Bergin, Director, Arizona Department of Gaming, in their official capacities, | |
| Defendants. | |
| Daniel Bergin, Director, Arizona Department of Gaming, in his official capacity, | |
| Counterclaimant, | |
| v. | |
| The Tohono O'odham Nation, | |
| Counterdefendant. | |

I, Carrie Pixler Ryerson, declare and state as follows:

1. I am an attorney at Fennemore Craig, P.C., and one of the attorneys for defendant Daniel Bergin, Director, Arizona Department of Gaming. I make this declaration on personal knowledge, and could and would competently testify to the following matters if called to do so.

2. Attached as Exhibit A is a true and correct copy of Exhibit 11 to the deposition of Paul Michael Bielecki taken in this action on June 23, 2016 in Phoenix, Arizona.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 20th day of January, 2017, in Phoenix, Arizona.

Carrie Pixler Ryerson

102242586.3

2