IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Tohono O'odham Nation, | Case No. 2:15-cv-01135 DGC |
|---|---|
| Plaintiff, | **ORDER ON MOTION TO INTERVENE FOR LIMITED PURPOSE** |
| v. | |
| Douglas A. Ducey, et al., | |
| Defendants. | |

The Motion to Intervene filed by Christopher S. Cunningham having come on for decision, and good cause appearing.

**IT IS HEREBY ORDERED** granting the Motion to Intervene.

_____
Judge of the United States District Court