Laura Berglan, Acting Attorney General (022120)
Office of Attorney General
TOHONO O'ODHAM NATION
P.O. Box 830
Sells, Arizona 85634
(520) 383-3410
laura.berglan@tonation-nsn.gov

Seth P. Waxman (*Pro hac vice*)
Danielle Spinelli (*Pro hac vice*)
Kelly P. Dunbar (*Pro hac vice*)
Kevin M. Lamb (*Pro hac vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
(202) 663-6000
seth.waxman@wilmerhale.com
danielle.spinelli@wilmerhale.com
kelly.dunbar@wilmerhale.com
kevin.lamb@wilmerhale.com

*Counsel for Plaintiff Tohono O'odham Nation*

COUNSEL CONTINUED ON FOLLOWING PAGE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| The Tohono O'odham Nation,<br><br>               Plaintiff,<br>   v.<br><br>Douglas Ducey, Governor of Arizona; Mark Brnovich, Arizona Attorney General; and Daniel Bergin, Director, Arizona Department of Gaming, in their official capacities,<br><br>               Defendants. | Case No. 2:15-cv-01135-PHX-DGC<br><br>**NOTICE OF ATTORNEY WITHDRAWAL** |

| | |
|---|---|
| 1 | Paul K. Charlton (012449) |
| 2 | Karl M. Tilleman (013435) |
|   | Erin N. Bass (030104) |
| 3 | STEPTOE & JOHNSON LLP |
|   | 201 East Washington Street, Suite 1600 |
| 4 | Phoenix, Arizona 85004 |
| 5 | (602) 257-5200 |
|   | pcharlton@steptoe.com |
| 6 | ktilleman@steptoe.com |
| 7 | ebass@steptoe.com |
| 8 | Jennifer B. Bonneville (*Pro hac vice*) |
|   | STEPTOE & JOHNSON LLP |
| 9 | 633 West Fifth Street, Suite 700 |
| 10 | Los Angeles, California 90071 |
|   | (213) 439-9400 |
| 11 | jbonnevi@steptoe.com |
| 12 | |
| 13 | *Counsel for Plaintiff Tohono O'odham Nation* |

(Line numbers 14–28 blank)

Pursuant to Local Rule of Civil Procedure 83.3(b)(4), Defendant the Tohono O'odham Nation ("the Nation") hereby gives notice that after May 1, 2017, Sonya L. Lebsack will no longer be associated with Wilmer Cutler Pickering Hale and Dorr LLP.  Ms. Lebsack therefore will no longer represent the Nation in this matter.  The Nation will continue to be represented by Seth P. Waxman, Danielle Spinelli, Kelly P. Dunbar, and Kevin M. Lamb of Wilmer Cutler Pickering Hale and Dorr LLP, who have already entered appearances in this matter.  The Nation will also continue to be represented by attorneys with Steptoe & Johnson LLP.

Pursuant to Local Rule of Civil Procedure 83.3(b)(3), undersigned counsel states that she is aware of the trial date in this action and will be prepared for trial.

| | | |
|---|---|---|
| 1 | Dated:  April 28, 2017 | Respectfully submitted, |
| 2 | | |
| | | /s/ Danielle Spinelli |
| 3 | Paul K. Charlton (012449) | Laura Berglan, Acting Attorney General (022120) |
| | Karl M. Tilleman (013435) | Office of Attorney General |
| 4 | Erin N. Bass (030104) | TOHONO O'ODHAM NATION |
| 5 | STEPTOE & JOHNSON LLC | P.O. Box 830 |
| | 201 E. Washington Street, Suite 1600 | Sells, Arizona   85634 |
| 6 | Phoenix, Arizona   85004 | (520) 383-3410 |
| 7 | (602) 257-5200 | laura.berglan@tonation-nsn.gov |
| | pcharlton@steptoe.com | |
| 8 | ktilleman@steptoe.com | Seth P. Waxman (*Pro hac vice*) |
| | ebass@steptoe.com | Danielle Spinelli (*Pro hac vice*) |
| 9 | | Kelly P. Dunbar (*Pro hac vice*) |
| 10 | Jennifer B. Bonneville (*Pro hac vice*) | Kevin M. Lamb (*Pro hac vice*) |
| | STEPTOE & JOHNSON LLP | WILMER CUTLER PICKERING |
| 11 | 633 West Fifth Street, Suite 700 |  HALE AND DORR LLP |
| | Los Angeles, California 90071 | 1875 Pennsylvania Avenue, N.W. |
| 12 | (213) 439-9400 | Washington, D.C.   20006 |
| 13 | jbonnevi@steptoe.com | (202) 663-6000 |
| | | seth.waxman@wilmerhale.com |
| 14 | | danielle.spinelli@wilmerhale.com |
| 15 | | kelly.dunbar@wilmerhale.com |
| | | kevin.lamb@wilmerhale.com |
| 16 | | |
| 17 | | *Counsel for Plaintiff Tohono O'odham Nation* |

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 28th day of April, 2017, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System, which will send a notice of filing to all counsel of record.

                                            /s/ Danielle Spinelli

                                            DANIELLE SPINELLI