# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| The Tohono O'odham Nation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Douglas Ducey, Governor of Arizona; Mark Brnovich, Arizona Attorney General; and Daniel Bergin, Director, Arizona Department of Gaming, in their official capacities,<br><br>　　　　Defendants. | No. CV15-01135-PHX DGC<br><br>**ORDER** |

Pursuant to the stipulation of defendant and counterclaimant Daniel Bergin, plaintiff and counterdefendant the Tohono O'odham Nation, and proposed intervenor Christopher S. Cunningham, by and through their respective counsel. Doc. 312.

**IT IS ORDERED** that the stipulation (Doc. 312) is **granted.** The parties' shall respond to Mr. Cunningham's motion to intervene on or before **May 23, 2017**.

Dated this 3rd day of May, 2017.

_____
David G. Campbell
United States District Judge