UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| The Tohono O'odham Nation,<br><br>       Plaintiff,<br><br>   v.<br><br>Douglas Ducey, Governor of Arizona; Mark Brnovich, Arizona Attorney General; and Daniel Bergin, Director, Arizona Department of Gaming, in their official capacities,<br><br>       Defendants. | No. CV15-01135-PHX DGC<br><br>**ORDER** |

The parties have filed a joint status report and stipulation of dismissal. Doc. 317.

**IT IS ORDERED** that the stipulation of dismissal (Doc. 317) is **granted.** All claims and counterclaims in this case are dismissed with prejudice, each side to bear its own costs and attorneys' fees.

Dated this 18th day of July, 2017.

_____
David G. Campbell
United States District Judge

1